**Fill in this information to identify the case:**

Debtor name: Quadrant 4 System Corporation
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known): 17-19689

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Baker Tilly Virchow Krause, LLP<br>1650 Market St<br>Suite 4500<br>Philadelphia, PA 19103 | Joseph Pellerite<br>Joe.Pellerite@bakertilly.com<br>215-557-2016 | Professional Service | | | | $34,377.79 |
| Bank Of America Credit Card<br>P O Box 851001<br>Dallas, TX 75285-1001 | 888-702-1161 | Credit Card- Nandu Thondavadi | Disputed | | | $22,672.49 |
| Cleary Planning Services Ltd<br>Level 1, 12 O'Connell Street<br>PO Box 9066<br>Newmarket, Auckland 01149-0000<br>New Zealand | Grant Cleary<br>info@cleary.co.nz<br>+ 64 9 379 5507 | | Disputed | | | $3,937.50 |
| Faegre Baker Daniels LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203-4532 | Michael R. MacPhail<br>michael.macphail@FaegreBD.com<br>303-607-3692 | Professional Service | | | | $71,932.09 |
| FisherBroyles, LLP<br>1200 Abernathy Road, Building 600<br>Northpark Town Center<br>Suite 1700<br>Atlanta, GA 30328 | Kevin Broyles<br>Kevin.Broyles@fisherbroyles.com<br>770-846-0278 | | Disputed | | | $32,095.00 |
| FRACTAL ADVISORS LLC<br>9308 Lee Ct.<br>Leawood, KS 66206-1929 | Mike Roznowski<br>mroz@fractaladv.net<br>913-735-9284 | Debt | Disputed | | | $29,000.00 |

Debtor  Quadrant 4 System Corporation                                            Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services,) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LJ Soldinger Associates 21925 Field Parkway Suite 240 Deer Park, IL 60010 | Larry Soldinger solly@soldinger.com 847-726-8100 | Professional Service | Disputed | | | $6,786.00 |
| MGL America 4330 Chancery Park Drive Fairfax,, VA 22030 | Bhushan Dandawate bhushan@dandawate.org 703-278-1760 | Debt listed on Q4 books with no support | Disputed | | | $2,032,768.00 |
| Micah Winkelspecht 4141 Glencoe Ave Unit 507 Marina Del Rey, CA 90292 | winkelspecht@gmail.com 213-804-5376 | Alleged debt related to DialedIN Corp. | Disputed | | | $35,340.00 |
| Nixon Peabody LLP 70 W Madison St. Suite 3500 Chicago, IL 60602 | Gary I. Levenstein gilevenstein@nixonpeabody.com 312-977-4436 | Professional Service | | | | $640,533.03 |
| Quadrant 4 Software Solutions (P) Ltd. RR Towers IV, Super A 16 & 17 Thiru Vi Ka Industrial Estate, Guindy Chennai, Tamil Nadu India 600032 | Anant R. Koppar, PhD/CEO Anant.Koppar@qfor.com 914471727374 | Professional Service | Disputed | | | $928,000.00 |
| Saitskiy, Maksim 1490 East 2nd St. Brooklyn, NY 11230 | Maksim Saitskiy 718-998-6461 | | Disputed | | | $20,450.00 |
| Sirahu Technologies 39055 Hastings St Suite 202A Fremont, CA 94538 | Bastin Gerald bgerald@apptivo.com 650-906-1034 | Professional Service | Disputed | | | $47,000.00 |
| Taglich Brothers, Inc. 790 New York Avenue Suite 209 Huntington, NY 11743 | Leonard C. Schleicher LCS@taglichbrothers.com 646-290-5960 | Professional Service | | | | $7,500.00 |
| The Benchmark Company, LLC 150 East 58th Street 17th Floor New York, NY 10155 | Jamil Aboumeri jaboumeri@benchmarkcompany.com 212-312-6737 | Professional Service | | | | $7,500.00 |



Debtor  Quadrant 4 System Corporation    Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| THE GOLDING LAW OFFICES, P.C. 500 N. Dearborn Street 2nd FL Chicago, IL 60654 | Richard N. Golding rgolding@goldinglaw.net 312-832-7885 | Professional Services | Disputed | | | $22,035.95 |
| Thomas Law LLC 50 S. Steele Street Suite 250 Denver, CO 80209 | Jeffrey R. Thomas jthomas@thomaslawllc.com 720-330-2805 | Professional Service | | | | $5,209.08 |
| TractionJet, LLC 118 Parkview Road Pound Ridge, NY 10576 | Raghu Bala raghurambala@yahoo.com | Debt | Disputed | | | $43,250.00 |
| Vedder Price PC Attn: Doug Lipke 222 North LaSalle Street Chicago, IL 60601 | Doug Lipke 312-609-7500 | Professional Service to Secured Creditor, Payable by Debtor | | | | $65,449.23 |
| Xoriant Corporation 1248 Reamwood Ave. Sunnyvale, CA 94089 | 408-743-4400 | Alleged debt related to DialedIN Corp. | Disputed | | | $3,595.31 |

