**Fill in this information to identify the case:**

Debtor name    Quadrant 4 System Corporation

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    17-19689

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

|  |  | Current value of debtor's interest |
|---|---|---|
| 2. | Cash on hand - petty cash | $784.68 |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | First Florida Integrity Bank - ($-10,070.45) | Checking - Collection | 2516 | $0.00 |
| 3.2. | Silicon Valley Bank | Checking - Collection | 0332 | $106.27 |
| 3.3. | BMO Harris Bank, N.A. | Checking - Collection | 5582 | $260,971.16 |
| 3.4. | BMO Harris Bank, N.A. | Checking - Operating | 5574 | $11,081.30 |
| 3.5. | BMO Harris Bank, N.A. ($-532.97) | Checking - Payroll | 5608 | $0.00 |
| 3.6. | TD Bank, N.A. | Checking - FSA | 5452 | $1,345.88 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Quadrant 4 System Corporation | Case number *(if known)* 17-19689 |
|---|---|---|
| | Name | |

**4.    Other cash equivalents** *(Identify all)*

| 4.1. | None | $0.00 |
|---|---|---|

**5.    Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$274,289.29

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Security Deposit - Florida Office sublease - Brainchild Corporation<br>Holder of Deposit - Jeff Cameron | $2,000.00 |
|---|---|---|
| 7.2. | Security Deposit - Illinois Office - QFOR Corporate<br>Holder of Deposit  - John Hancock Life Insurance Company | $10,000.00 |
| 7.3. | Secuity Deposit - Michigan Office - Data Center<br>Holder of Deposit 30200 Telegraph Road Office Building | $6,281.00 |
| 7.4. | Security Deposit - Georgia Office sublease - Education<br>Holder of Deposit Westfal-Larsen Shipping US, Inc. | $2,688.00 |
| 7.5. | Miscellaneous Deposits per Debtor's books reflect multiple deposits in the aggregate amount of $16,324.00, which are now believed not to exist. | $0.00 |

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | Prepaid Expenses Immigration Fees - Consulting service employees. The Debtor's records reflect a prepayment of $131,649.00 being paid to the Department of Homeland Security.  This amount is amortized  over 36 months (the duration for each work permit). The Debtor does not know how much of the payment, if any, is considered as a prepayment by the Department of Homeland Security. | Unknown |
|---|---|---|
| 8.2. | Prepaid Expenses Immigration Fees - Solutions service employees. The Debtor's records reflect a prepayment of $225,732.00 being paid to the Department of Homeland Security.  This amount is amortized  over 36 months (the duration for each work permit). The Debtor does not know how much of the payment, if any, is considered as a prepayment by the Department of Homeland Security. | Unknown |
| 8.3. | Prepaid Expenses Immigration Fees - System employees. The Debtor's records reflect a prepayment of $46,307.00 being paid to the Department of Homeland Security. This amount is amortized  over 36 months (the duration for each work permit). The Debtor does not know how much of the payment, if any, is considered as a prepayment by the Department of Homeland Security. | Unknown |

Debtor    Quadrant 4 System Corporation _____    Case number *(if known)* 17-19689
            Name

| | | |
|---|---|---|
| 8.4. | Prepaid Expenses "Offshore Costs" - Debtor's books reflect advanced payments of $1,150,000 to Quadrantfour Software Solutions (Pvt.) Limited ("Q4 India"), however, upon information and belief, these funds were sent to one or more of the following companies, DUS, MGL or Unitiv, which in turn may have paid Q4 as account receivable payment or may have transferred a portion of these funds to or for the benefit of Nandu Thondavadi. | $0.00 |
| 8.5. | Prepaid Expense - Directors and Officers - Tail Coverage - QFOR Holder of Deposit Kansas City Series of Lockton Companies, LLC | $210,000.00 |
| 8.6. | Prepaid Expense - Directors and Officers - Premium - QFOR Holder of Deposit Kansas City Series of Lockton Companies, LLC | $120,138.00 |
| 8.7. | Prepaid Expense - E&O Privacy Premium Liability - QFOR Holder of Deposit Kansas City Series of Lockton Companies, LLC | $38,317.00 |
| 8.8. | Employee Advance - Employee Payroll - Wage advances for various employees arriving from India to assist with moving and settlement expenses. | $10,200.00 |

9.    **Total of Part 2.**                                                                        $399,624.00
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          3,327,052.00      -      434,065.00      = ....      $2,892,987.00
                                      face amount              doubtful or uncollectible accounts

11b. Over 90 days old:             2,674,385.00      -      2,188,482.00      =....      $485,903.00
                                      face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                        $3,378,890.00
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.    Mutual funds or publicly traded stocks not included in Part 1** | | |

| Debtor | Quadrant 4 System Corporation | | Case number *(if known)* 17-19689 |
|---|---|---|---|
| | Name | | |

Name of fund or stock:

| 14.1. | None | | $0.00 |
|---|---|---|---|

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: | % of ownership

| 15.1. | Stratitude, Inc. | 100 % | Unknown |
|---|---|---|---|

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1. | None | | $0.00 |
|---|---|---|---|

**17.** **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

| Unknown |
|---|

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** None | | $0.00 | | $0.00 |
| 20. | **Work in progress** None | | $0.00 | | $0.00 |
| 21. | **Finished goods, including goods held for resale** None | | $0.00 | | $0.00 |
| 22. | **Other inventory or supplies** Cartridge clamshells (Worldex Technology) | 6/1/2016 | $680.15 | N/A | Unknown |
| | Study Buddy Flash Memory (Profab Electronics) | 1/2016-10/2016 | $2,200.00 | N/A | Unknown |
| | Study Buddy II Devices | 1/2017-6/5/2017 | $3,795.00 | N/A | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Quadrant 4 System Corporation | Case number *(if known)* 17-19689 |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

**Unknown**

**24.** **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.** | **Office furniture** <br> See Exhibit to Questions 39-41 attached hereto. | Unknown | | Unknown |
| **40.** | **Office fixtures** <br> See Exhibit to Questions 39-41 attached hereto. | Unknown | | Unknown |
| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software** <br> See Exhibit to Questions 39-41 attached hereto. | Unknown | | Unknown |
| **42.** | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles <br> 42.1. None | $0.00 | | $0.00 |

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

**Unknown**

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

| Debtor | Quadrant 4 System Corporation | Case number *(If known)* 17-19689 |
|---|---|---|
| | Name | |

■ No
☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. None | $0.00 | | $0.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. None | $0.00 | | $0.00 |

**49.** **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1. None | $0.00 | | $0.00 |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Exhibit to questions 39-41 | Unknown | | Unknown |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | Unknown |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, warehouse, acreage, factory, warehouse, apartment or office building, if | | | | |

Debtor    Quadrant 4 System Corporation                                    Case number *(if known)* 17-19689
          Name

available.

| | | | | |
|---|---|---|---|---|
| 55.1. | 1501 E. Woodfield Rd., Suite 205 S Schaumburg, IL 60173 | Leasehold | Unknown | Unknown |
| 55.2. | 3655 Brookside Parkway, Suite 165 Alpharetta, GA 30022 | Subleasehold | Unknown | Unknown |
| 55.3. | 30200 Telegraph Road, Suite 250 Bingham Farms, MI 48025 | Leasehold | Unknown | Unknown |
| 55.4. | 1246 South River Road, Suite 102 Cranbury, NJ 08512 | Leasehold | Unknown | Unknown |
| 55.5. | 5430 Date Court Suite 400 Ann Arbor MI 48108 | Monthly usage of shared data center | Unknown | Unknown |
| 55.6. | 3050 Horseshoe Dr. North, Suite 218, Naples, FL 34104 | Subleasehold | Unknown | Unknown |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| Unknown |
|---|

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** See Exhibit to Questions 60-65 attached hereto. | Unknown | | Unknown |
| **61.**   **Internet domain names and websites** See Exhibit to Questions 60-65 attached hereto. | Unknown | | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   Quadrant 4 System Corporation
_____   Case number *(if known)*  17-19689
Name

| 62. | **Licenses, franchises, and royalties** | | |
|---|---|---|---|
| | See Exhibit to Questions 60-65 attached hereto. | Unknown | Unknown |

| 63. | **Customer lists, mailing lists, or other compilations** | | |
|---|---|---|---|
| | See Exhibit to Questions 60-65 attached hereto. | Unknown | Unknown |

| 64. | **Other intangibles, or intellectual property** | | |
|---|---|---|---|
| | See Exhibit to Questions 60-65 attached hereto. | Unknown | Unknown |

| 65. | **Goodwill** | | |
|---|---|---|---|
| | See Exhibit to Questions 60-65 attached hereto. | Unknown | Unknown |

**66.**   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

> **Unknown**

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☐ No

■ Yes   **Pertains to QHIX healthcare platform.**

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

■ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

Current value of
debtor's interest

**71.**   **Notes receivable**

Description (include name of obligor)

None

|  | 0.00 | - | 0.00 | = | $0.00 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

**72.**   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Net operating losses per 2015 Form 10-K filed with
Securities and Exchange Commission on 3/28/2016 claimed
value $5,717,000.00)

Tax year  2015                                        Unknown

| Debtor | Quadrant 4 System Corporation | Case number *(if known)* 17-19689 |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| Net operating losses per 2014 Form 10-K filed with Securities and Exchange Commission on 8/21/2015 (claimed value $5,291,000.00) | Tax year 2014 | | Unknown |
| Net operating losses per 2013 Form 10-K filed with Securities and Exchange Commission on 3/17/2014 (claimed value $1,894,000.00) | Tax year 2013 | | Unknown |
| Net operating losses per 2012 Form 10-K filed with Securities and Exchange Commission on 3/29/2013 (claimed value $2,500,000.00) | Tax year 2012 | | Unknown |
| Net operating losses per 2011 Form 10-K filed with Securities and Exchange Commission on 7/21/2012 (claimed value $2,300,000) | Tax year 2011 | | Unknown |

**73.** **Interests in insurance policies or annuities**

None                                                                                                    $0.00

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

See Exhibit to Questions 74-75 attached hereto.                                    Unknown

| Nature of claim | Unknown |
|---|---|
| Amount requested | Unknown |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See Exhibit to Questions 74-75 attached hereto.                                    Unknown

| Nature of claim | Unknown |
|---|---|
| Amount requested | Unknown |

**76.** **Trusts, equitable or future interests in property**

None                                                                                                    $0.00

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

None                                                                                                    $0.00

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    | **Unknown** |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

| Debtor | Quadrant 4 System Corporation | Case number *(if known)* 17-19689 |
|---|---|---|
| | Name | |

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $274,289.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $399,624.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,378,890.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,052,803.29 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,052,803.29 |
| | | **plus Unknowns** |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Quadrant 4 System Corporation

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   17-19689

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1**   **BIP Capital**
Creditor's Name

3575 Piedmont Road
Building 15, 7th Floor, Suite 730
Atlanta, GA 30305
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/3/2016
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority. BMO Harris Senior Lien

**Describe debtor's property that is subject to a lien**
All Assets

**Describe the lien**
Junior Blanket
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: $5,337,018.99

Column B: Unknown

**2.2**   **BMO Financial Group**
Creditor's Name

115 South LaSalle Street 4W
Chicago, IL 60603
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7/1/2016
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
All Assets

**Describe the lien**
Senior Blanket
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$19,447,315.91
Principal balance only

Unknown

Debtor   Quadrant 4 System Corporation                            Case number (if know)    17-19689
         _____
         Name

- [ ] No
- [✔] Yes. Specify each creditor,    [ ] Contingent
  including this creditor and its relative    [✔] Unliquidated
  priority. BIP Junior Lien    [ ] Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $24,784,334.90

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Douglas J. Lipke<br>Vedder, Price, PC<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, IL 60601 | Line _2.2_ | |
| Matthew T. Gensburg<br>Dale & Gensburg PC<br>200 W Adams St # 2425<br>Chicago, IL 60606 | Line _2.1_ | |
| Peter J. Haley<br>Nelson Mullins Riley & Scarborough LLP<br>One Post Office Square<br>Boston, MA 02109 | Line _2.1_ | |
| Stephanie K. Hor-Chen<br>Vedder Price P.C.<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, IL 60601 | Line _2.2_ | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

**Fill in this information to identify the case:**

Debtor name    Quadrant 4 System Corporation

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   17-19689

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>   * Employees listed on Exhibit to<br>   Question 2.1 attached hereto | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>*Benefits including vacation claims. Information being complied. |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>   * See "Basis for the claim" below | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>*Employees' prepetition priority wage claims, as more fully described in the Debtor's motion filed 6/29/2017 [Dkt. No. 9], as amended [Dkt. No. 24] was approved by Order entered 7/7/2017 [Dkt. No. 50] and were fully paid. |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| Debtor | Quadrant 4 System Corporation | | Case number (if known) | 17-19689 |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** | Priority creditor's name and mailing address
**Alabama Department of Revenue**
P.O. Box 327430
Montgomery, AL 36132-7430

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**Alaska Department of Revenue**

Alaska

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
**Arizona Department of Revenue**
P.O. Box 29079
Phoenix, AZ 85038-9079

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
**California Franchise Tax Board**
P.O. Box 942857
Sacramento, CA 94257.0501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Quadrant 4 System Corporation | Case number (if known) | 17-19689 |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address
Colorado Department of Revenue

Denver, CO 80261-0006

| As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
Comptroller of Maryland, Rev. Admin.
Div
110 Carroll Street
Annapolis, MD 21411-0001

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address
Corporation Income Tax
915 SW Harrison St.
Topeka, KS 66612-1588

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
Corporation Income Tax Section
P.O. Box 919
Little Rock, AR 72203-0919

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Quadrant 4 System Corporation | | Case number *(if known)* | 17-19689 |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Delaware Department of Revenue** Carvel State Office Bldg. 820 N. French St. Wilmington, DE 19801 | ☐ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Department of Revenue** P.O. Box 23050 Jackson, MS 39225-3050 | ☐ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Dept. of Revenue Services, State of Conn** P.O. Box 2974 Hartford, CT 06104-2974 | ☐ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Florida Department of Revenue** 500 W. Tennessee Street Tallahassee, FL 32399-0135 | ☐ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | Quadrant 4 System Corporation | Case number (if known) | 17-19689 |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address
Georgia Department of Revenue
P.O. Box 740397
Atlanta, GA 30374-0397

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.16** | Priority creditor's name and mailing address
Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section-Level 7-425
Chicago, IL 60601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.17** | Priority creditor's name and mailing address
Illinois Department of Revenue
P.O. Box 19008
Springfield, IL 62794-9008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.18** | Priority creditor's name and mailing address
Illinois Dept. of Employment Security
33 South State Street
9th Floor
Chicago, IL 60603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:
Taxes

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Quadrant 4 System Corporation | Case number (if known) | 17-19689 |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.19**

Priority creditor's name and mailing address
Indiana Department of Revenue
P.O. Box 7087
Indianapolis, IN 46207-7087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.20**

Priority creditor's name and mailing address
Internal Revenue Service
Special Procedures Branch
230 S. Dearborn, Suite 3030A
Attn: STOP 5010-CHI
Chicago, IL 60604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.21**

Priority creditor's name and mailing address
Iowa Department of Revenue
P.O. Box 10468
Des Moines, IA 50306-0468

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.22**

Priority creditor's name and mailing address
Kentucky Department of Revenue

Frankfort, KY 40620-0020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Quadrant 4 System Corporation | Case number (if known) | 17-19689 |
|---|---|---|---|
| | Name | | |

**2.23**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| Louisiana Department of Revenue | *Check all that apply.* | | |
| P.O. Box 91011 | ☐ Contingent | | |
| Baton Rouge, LA 70821-9011 | ■ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | ☐ Yes | | |

**2.24**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| Maine Department of Revenue | *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ■ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | ☐ Yes | | |

**2.25**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| Massachusetts Department of Revenue | *Check all that apply.* | | |
| P.O. Box 7005 | ☐ Contingent | | |
| Boston, MA 02204 | ■ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | ☐ Yes | | |

**2.26**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| Michigan Department of Treasury | *Check all that apply.* | | |
| P.O. Box 30113 | ☐ Contingent | | |
| Lansing, MI 48909 | ■ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | ☐ Yes | | |

| Debtor | Quadrant 4 System Corporation | Case number (if known) | 17-19689 |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address

**Minnesota Department of Revenue**
Mail Station 1250
St. Paul, MN 55145-1250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address

**Missouri Department of Revenue**
P.O. Box 700
Jefferson City, MO 65105-0700

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address

**Montana Department of Revenue**
P.O. Box 8021
Helena, MT 59604-8021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address

**Nevada Department of Revenue**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Quadrant 4 System Corporation | | Case number (if known) | 17-19689 |
|---|---|---|---|---|
| | Name | | | |

---

**2.31**

Priority creditor's name and mailing address

New Mexico Taxation & Revenue Dept.
P.O. Box 25127
Santa Fe, NM 87504-5127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.32**

Priority creditor's name and mailing address

NH DRA
P.O. Box 637
Concord, NH 03302-0637

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.33**

Priority creditor's name and mailing address

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0640

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.34**

Priority creditor's name and mailing address

NYS Corporation Tax Processing Unit
P.O. Box 1909
Albany, NY 12201-1909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Quadrant 4 System Corporation | Case number (if known) | 17-19689 |
| --- | --- | --- | --- |
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**2.35**

Priority creditor's name and mailing address

Office of Tax and Revenue
P.O. Box 96166
Washington, DC 20090-6166

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36**

Priority creditor's name and mailing address

Ohio Dpt. of Revenue
Bankruptcy Division
30 E. Broad St., 23rd Fl.
Columbus, OH 43215

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.37**

Priority creditor's name and mailing address

Oklahoma Tax Commission
P.O. Box 26800
Oklahoma City, OK 73126-0800

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.38**

Priority creditor's name and mailing address

Oregon Department of Revenue
P.O. Box 14790
Salem, OR 97309-0470

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Quadrant 4 System Corporation | Case number (if known) | 17-19689 |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

PA Dept. of Revenue
P.O. Box 280708
Harrisburg, PA 17128-0708

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

Rhode Island Dpt. of Revenue
One Capitol Hill
Providence, RI 02908

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

SC Department of Revenue
Corporate Taxable
Columbia, SC 29214-0033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

State of New Jersey, Rev. Proc.
Center
P.O. Box 666
Trenton, NJ 08646-0666

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Quadrant 4 System Corporation | Case number (if known) | 17-19689 |
|---|---|---|---|
| | Name | | |

---

**2.43** | Priority creditor's name and mailing address

State Tax Commissioner
600 E. Boulevard Ave., Dpt. 127
Bismarck, ND 58505-0599

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

---

**2.44** | Priority creditor's name and mailing address

Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

---

**2.45** | Priority creditor's name and mailing address

Texas Comptroller of Public Accounts
Franchise Tax Section
P.O. Box 149348
Austin, TX 78714-9348

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

---

**2.46** | Priority creditor's name and mailing address

Utah State Tax Commission
210 N. 1950 W
Salt Lake City, UT 84134-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

---

| Debtor | Quadrant 4 System Corporation | Case number (if known) | 17-19689 |
|---|---|---|---|
| | Name | | |

---

**2.47** | Priority creditor's name and mailing address
Vermont Department of Taxes
133 State Street
Montpelier, VT 05633-1401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
◼ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
◼ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.48** | Priority creditor's name and mailing address
Virginia Department of Taxation
P.O. Box 1500
Richmond, VA 23218-1500

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
◼ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
◼ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.49** | Priority creditor's name and mailing address
Washington Dpt. of Revenue
919 SW Grady Way, Suite 150
P.O. Box 877
Renton, WA 98055

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
◼ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.50** | Priority creditor's name and mailing address
West Virginia State Tax Department
P.O. Box 1202
Charleston, WV 25234-1202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
◼ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
◼ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Quadrant 4 System Corporation | | Case number (if known) | 17-19689 |
|---|---|---|---|---|
| | Name | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**2.51** Priority creditor's name and mailing address
Wisconsin Department of Revenue
P.O. Box 8908
Madison, WI 53708-8908

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
Alex Karpov
Uborevicha str. 6/68
Belarus, Brest region
Baranovichi

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$3,000.00

Date(s) debt was incurred __
Basis for the claim: __
Last 4 digits of account number __
Is the claim subject to offset? ☑ No ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Antonio Etayo
Av Cumanagoto 3558
Lecheria, Anzoategui 06016-0000
Venezuela

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,032.00

Date(s) debt was incurred __
Basis for the claim: __
Last 4 digits of account number __
Is the claim subject to offset? ☑ No ☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Ashish Sanan
c/o Subordinated Creditor Representative
39159 Paseo Padre Parkway
Suite 216
Fremont, CA 94538

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Unknown

Date(s) debt was incurred __
Basis for the claim: __
Last 4 digits of account number __
Is the claim subject to offset? ☑ No ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Baker Tilly Virchow Krause, LLP
1650 Market St
Suite 4500
Philadelphia, PA 19103

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$34,377.79

Date(s) debt was incurred __
Basis for the claim: __
Last 4 digits of account number __
Is the claim subject to offset? ☑ No ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Bank Of America Credit Card
P O Box 851001
Dallas, TX 75285-1001

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,672.49

Date(s) debt was incurred __
Basis for the claim: __
Last 4 digits of account number  7047
Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Quadrant 4 System Corporation | Case number (if known) | 17-19689 |
|---|---|---|---|
| | Name | | |

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,937.50

Cleary Planning Services Ltd
Level 1, 12 O'Connell Street
PO Box 9066
Newmarket, Auckland 01149-0000
New Zealand

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00

Dale Hopkins

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Dr. Durga Gaviola
PO Box 4183
Warren, NJ 07059

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.20

Extrius Inc.
5850 Town & Country Blvd.
Suite # 1102
Frisco, TX 75034

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,932.09

Faeger Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,095.00

FisherBroyles, LLP
1200 Abernathy Road, Building 600
Northpark Town Center
Suite 1700
Atlanta, GA 30328

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,000.00

FRACTAL ADVISORS LLC
9308 Lee Ct.
Leawood, KS 66206-1929

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | Quadrant 4 System Corporation | Case number (if known) | 17-19689 |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address**

Hoang Thanh Tung
121 B4 Dai Kim New Urban
Hoang Mai District, Hanoi
Vietnam

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$1,800.00

---

**3.14** | **Nonpriority creditor's name and mailing address**

Khannan Sankaran
c/o Subordinated Creditor Representative
39159 Paseo Padre Parkway
Suite 216
Fremont, CA 94538

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

Unknown

---

**3.15** | **Nonpriority creditor's name and mailing address**

LJ Soldinger Associates
21925 Field Parkway
Suite 240
Deer Park, IL 60010

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$6,786.00

---

**3.16** | **Nonpriority creditor's name and mailing address**

MGL America
4330 Chancery Park Drive
Fairfax,, VA 22030

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

$2,032,768.00

---

**3.17** | **Nonpriority creditor's name and mailing address**

Micah Winkelspecht
4141 Glencoe Ave
Unit 507
Marina Del Rey, CA 90292

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$35,340.00

---

**3.18** | **Nonpriority creditor's name and mailing address**

Mineraltree
125 Cambridgepark Dr.
Cambridge, MA 02140

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.19** | **Nonpriority creditor's name and mailing address**

Nixon Peabody LLP
70 W Madison St.
Suite 3500
Chicago, IL 60602

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$640,533.03

---

| Debtor | Quadrant 4 System Corporation | Case number (if known) | 17-19689 |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**Open Market / Simple Wire**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pankaj Kalra**
c/o Subordinated Creditor Representative
39159 Paseo Padre Parkway
Suite 216
Fremont, CA 94538

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Petta Technology**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $928,000.00 |
|---|---|---|---|

**Quadrantfour Software Solutions PVT Ltd.**
RR Towers IV, Super A 16 & 17
Thiru Vi Ka Industrial Estate, Guindy
Chennai, Tamil Nadu
India 600032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,000.00 |
|---|---|---|---|

**Robert H. Steele**
8108 Tower Bridge Ave.
Las Vegas, NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Stock purchase

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,450.00 |
|---|---|---|---|

**Saitskiy, Maksim**
1490 East 2nd St.
Brooklyn, NY 11230

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,000.00 |
|---|---|---|---|

**Sirahu Technologies**
39055 Hastings St
Suite 202A
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Quadrant 4 System Corporation | | Case number (if known) | 17-19689 |
|---|---|---|---|---|
| | Name | | | |

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$550.00**

Smith Creative Company
9409 Grenville Ave
Las Vegas, NV 89134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Steele Financial Group, LLC
8108 Tower Bridge Ave
Las Vegas, NV 89117

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Commissions due on QHIX healthcare platform

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00**

Taglich Brothers, Inc.
790 New York Avenue
Suite 209
Huntington, NY 11743

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00**

The Amos Group, LLC
4730 Lannon Court
St. Michael, MN 55376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00**

The Benchmark Company, LLC
150 East 58th Street
17th Floor
New York, NY 10155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,035.95**

THE GOLDING LAW OFFICES, P.C.
500 N. Dearborn Street
2nd FL
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,460.03**

The Nasdaq OMX Group, Inc.
Nasdaq Office of General Counsel
805 King Farm Blvd
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Quadrant 4 System Corporation                          Case number (if known)   17-19689
         Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,209.08 |
|---|---|---|---|

Thomas Law LLC
50 S. Steele Street
Suite 250
Denver, CO 80209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,250.00 |
|---|---|---|---|

TractionJet, LLC
118 Parkview Road
Pound Ridge, NY 10576

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

U.S. Securities and Exchange Comission
c/o Sonia Chae, Robin Andrews
Division of Enforcement
175 West Jackson, Suite 900
Chicago, IL 60604

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,120.00 |
|---|---|---|---|

Verinon Technology Solutions Ltd
3395 N. Arlington Heights Road
Arlington Heights, IL 60004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

White, C.B.
15 Church St.
, Timaru
New Zealand

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,595.31 |
|---|---|---|---|

Xoriant Corporation
1248 Reamwood Ave.
Sunnyvale, CA 94089

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    Quadrant 4 System Corporation
          _____
          Name

Case number (if known)    17-19689
                          _____

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 4,068,102.47 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 4,068,102.47<br>**plus Unknowns** |

# Schedule A/B Part 7:

## Questions 39-41
## Office furniture, fixtures, and equipment

SCHEDULE A/B PART 7:
QUESTIONS 39-41
OFFICE EQUIPMENT (OWNED)

| General Description | Quantity | Type | Location | Current Value |
|---|---|---|---|---|
| Macbook / Apple | 1 | Office Equipment | Alpharetta | Unknown |
| Dell Laptop | 1 | Office Equipment | Alpharetta | Unknown |
| Dell Laptop | 1 | Office Equipment | Alpharetta | Unknown |
| Dell Laptop | 1 | Office Equipment | Alpharetta | Unknown |
| Toshiba Laptop | 1 | Office Equipment | Alpharetta | Unknown |
| Apple Macbook Air | 1 | Office Equipment | Alpharetta | Unknown |
| Toshiba Laptop | 1 | Office Equipment | Alpharetta | Unknown |
| HP Laptop | 1 | Office Equipment | Alpharetta | Unknown |
| Acer Laptop | 1 | Office Equipment | Alpharetta | Unknown |
| HP Laptop | 1 | Office Equipment | Alpharetta | Unknown |
| HP Laptop | 1 | Office Equipment | Alpharetta | Unknown |
| Sony Viao | 1 | Office Equipment | Terrell, TX | Unknown |
| Dell Laptop | 1 | Office Equipment | | Unknown |
| Dell Laptop | 5 | Office Equipment | | Unknown |
| Dell Laptop | 1 | Office Equipment | Alpharetta | Unknown |
| Dell Laptop | 1 | Office Equipment | Alpharetta | Unknown |
| Toshiba Laptop | 1 | Office Equipment | Alpharetta | Unknown |
| Study Buddy Desktop | 1 | Office Equipment | | Unknown |
| Google Goggles | 1 | Office Equipment | | Unknown |
| iPad | Apple | 3 | Office Equipment | Alpharetta | Unknown |
| Apple Pen | 1 | Office Equipment | Alpharetta | Unknown |
| Tower | Brainchild | 1 | Office Equipment | Alpharetta | Unknown |
| HP LaserJet 1536 | 1 | Office Equipment | Alpharetta | Unknown |
| HP OfficeJet 4650 | 1 | Office Equipment | Alpharetta | Unknown |
| TV - flat screen | Insignia | 1 | Office Equipment | Alpharetta | Unknown |
| HP Servers | 2 | Office Equipment | Alpharetta | Unknown |
| ip Phones | Cisco | 10 | Office Equipment | Alpharetta | Unknown |
| LG Monitor | 1 | Office Equipment | Alpharetta | Unknown |
| Dell Computer Monitor | 5 | Office Equipment | Alpharetta | Unknown |
| Acer Computer Monitor | 1 | Office Equipment | Alpharetta | Unknown |
| Lenovo Monitor | 1 | Office Equipment | Alpharetta | Unknown |
| NAS Drive | 2 | Office Equipment | Alpharetta | Unknown |
| Xfinity Phone | 3 | Office Equipment | Alpharetta | Unknown |
| Jett The Robot | Robokind | | Office Equipment | | Unknown |
| WiFi Router | Netgear | 1 | Office Equipment | Alpharetta | Unknown |
| UPS | APC | 1 | Office Equipment | Alpharetta | Unknown |
| Marketing Booth Setup Box | 2 | Office Equipment | Alpharetta | Unknown |
| Computer Monitors | 3 | Office Equipment | Texas | Unknown |
| TV | 2 | Office Equipment | Texas | Unknown |
| Blade Server | HP | 1 | Office Equipment | Detroit | Unknown |
| NAS Drive | WD | 1 | Office Equipment | Detroit | Unknown |
| Switch | Cisco | 24 Port | 1 | Office Equipment | Detroit | Unknown |
| Hub | 4 Port | 1 | Office Equipment | Detroit | Unknown |
| Keurig Coffee Machine | 1 | Office Fixture | Alpharetta | Unknown |
| Individual Table | 6 | Office Furniture | Alpharetta | Unknown |
| Office Chairs, Task | 17 | Office Furniture | Alpharetta | Unknown |
| Office Chairs, Guest | 6 | Office Furniture | Alpharetta | Unknown |
| Chairs, Lobby | 1 | Office Furniture | Alpharetta | Unknown |
| Table, Lobby | 1 | Office Furniture | Alpharetta | Unknown |
| Microwave | 1 | Office Fixture | Alpharetta | Unknown |
| Toaster Oven | 1 | Office Fixture | Alpharetta | Unknown |
| Cooler | 1 | Office Fixture | Alpharetta | Unknown |
| Refrigerator | 1 | Office Fixture | Alpharetta | Unknown |
| Paper Shredder | 1 | Office Fixture | Alpharetta | Unknown |
| Desk | 6 | Office Furniture | Alpharetta | Unknown |
| File Cabinets | 2 | Office Fixture | Alpharetta | Unknown |
| Conference Table | 1 | Office Furniture | Alpharetta | Unknown |
| Conference Table Chairs | 4 | Office Furniture | Alpharetta | Unknown |
| Wastebaskets | 9 | Other | Alpharetta | Unknown |
| Large (approx 9-feet) Brainchild flyer | 1 | Other | Alpharetta | Unknown |

SCHEDULE A/B PART 7:
QUESTIONS 39-41
OFFICE EQUIPMENT (OWNED)

| General Description | Quantity | Type | Location | Current Value |
|---|---|---|---|---|
| Small (approx 3-feet) Brainchild flyer | 1 | Other | Alpharetta | Unknown |
| 1 lg (wide) pop-up Brainchild flyer | 1 | Other | Alpharetta | Unknown |
| 1 long (narrow) pop-up Brainchild flyer | 1 | Other | Alpharetta | Unknown |
| Brainchild tablecloths | 4 | Other | Alpharetta | Unknown |
| Dell Laptop | 1 | Office Equipment | Naples | Unknown |
| Monitor | 1 | Office Equipment | Naples | Unknown |
| Dell Laptop | 1 | Office Equipment | Naples | Unknown |
| Dell Laptop | 1 | Office Equipment | Naples | Unknown |
| Lenovo Computer | 1 | Office Equipment | Naples | Unknown |
| Dell Monitor | 2 | Office Equipment | Naples | Unknown |
| Dell Laptop | 1 | Office Equipment | Naples | Unknown |
| Dell Laptop | 1 | Office Equipment | Naples | Unknown |
| Dell Laptop | 1 | Office Equipment | Naples | Unknown |
| HDD Hard Drive Backups | 3 | Office Equipment | Naples | Unknown |
| Acer Monitor - 20-inch | 1 | Office Equipment | Naples | Unknown |
| Acer Monitor - 23 inch | 1 | Office Equipment | Naples | Unknown |
| Samsung Monitor - 22 inch | 1 | Office Equipment | Naples | Unknown |
| Apple Laptop | 1 | Office Equipment | Naples | Unknown |
| iPad | 1 | Office Equipment | Naples | Unknown |
| Ativa 21.5-inch Monitor | 1 | Office Equipment | Naples | Unknown |
| Dell Laptop | 1 | Office Equipment | Naples | Unknown |
| HP Laptop, 15F1a | 1 | Office Equipment | Naples | Unknown |
| iMac 24-inch Core 2 Duo 2008 | 1 | Office Equipment | Naples | Unknown |
| iMac 27-inch | 1 | Office Equipment | Naples | Unknown |
| non-branded PC | 1 | Office Equipment | Naples | Unknown |
| Dell Optiplex Core 2 Duo | 1 | Office Equipment | Naples | Unknown |
| Acer Monitor - 22-inch | 1 | Office Equipment | Naples | Unknown |
| Customer Computer Windows 10 Pro 4-gb ram core i5 | 1 | Office Equipment | Naples | Unknown |
| Monitor View Sonic - 22 inch | 2 | Office Equipment | Naples | Unknown |
| IP Phone from Brainchild | 2 | Office Equipment | Naples | Unknown |
| Regular Keyboard & Mouse | 2 | Office Equipment | Naples | Unknown |
| HP LaserJet Printer | 1 | Office Equipment | Naples | Unknown |
| Samsung Phone | 2 | Office Equipment | Naples | Unknown |
| Triplite 8-port console, kvm switch | 1 | Office Equipment | Naples | Unknown |
| Epson DotMatrix Printer, FX-2180 | 1 | Office Equipment | Naples | Unknown |
| HP LaserJet Printer | 1 | Office Equipment | Naples | Unknown |
| Epson Scanner | 1 | Office Equipment | Naples | Unknown |
| HON 4-drawer File Cabinet | 1 | Office Furniture | Naples | Unknown |
| Ativa Paper Shredder | 1 | Other | Naples | Unknown |
| L-shaped desk with hutch | 7 | Office Furniture | Naples | Unknown |
| Credenza with hutch | 1 | Office Furniture | Naples | Unknown |
| Office Chairs | 11 | Office Furniture | Naples | Unknown |
| Salter PS 150 Weight Scale | 1 | Other | Naples | Unknown |
| Conference Table | 1 | Office Furniture | Naples | Unknown |
| 5-shelf bookcase | 6 | Office Furniture | Naples | Unknown |
| UPS-425VA | 7 | Other | Naples | Unknown |
| UPS-APC XF 1500 | 2 | Other | Naples | Unknown |
| Electrolux Vacuum Cleaner | 1 | Other | Naples | Unknown |
| Fire Extinguisher | 1 | Other | Naples | Unknown |
| Fans | 4 | Other | Naples | Unknown |
| Whiteboard | 1 | Other | Naples | Unknown |
| Metal Bases | 2 | Other | Naples | Unknown |
| Insignia Monitor | 1 | Office Equipment | Texas | Unknown |
| Toshiba Laptop | 1 | Office Equipment | Texas | Unknown |
| Asus Laptop (with charger) | 1 | Office Equipment | Villa Rica, GA | Unknown |
| Credenza wooden | 1 | Office Furniture | Schaumburg, IL | Unknown |
| Pole lamp | 1 | Office Furniture | Schaumburg, IL | Unknown |
| Desks in offices and common area | 6 | Office Furniture | Schaumburg, IL | Unknown |
| Black leather chairs | 2 | Office Furniture | Schaumburg, IL | Unknown |
| Round end table glass top | 1 | Office Furniture | Schaumburg, IL | Unknown |
| Canon Copier/printer | 1 | Office Equipment | Schaumburg, IL | Unknown |

SCHEDULE A/B PART 7:
QUESTIONS 39-41
OFFICE EQUIPMENT (OWNED)

| General Description | Quantity | Type | Location | Current Value |
|---|---|---|---|---|
| Wooden reception desk | 1 | Office Furniture | Schaumburg, IL | Unknown |
| Black leather couch | 1 | Office Furniture | Schaumburg, IL | Unknown |
| Grey leather chairs | 2 | Office Furniture | Schaumburg, IL | Unknown |
| End tables | 2 | Office Furniture | Schaumburg, IL | Unknown |
| Coffee table glass top | 1 | Office Furniture | Schaumburg, IL | Unknown |
| Table lamps | 2 | Office Furniture | Schaumburg, IL | Unknown |
| Refrigerator | 1 | Office Fixture | Schaumburg, IL | Unknown |
| Microwave | 1 | Office Fixture | Schaumburg, IL | Unknown |
| Paper shredder | 1 | Office Equipment | Schaumburg, IL | Unknown |
| Black credenza | 2 | Office Furniture | Schaumburg, IL | Unknown |
| Conference table | 1 | Office Furniture | Schaumburg, IL | Unknown |
| Black desk chairs | 10 | Office Furniture | Schaumburg, IL | Unknown |
| Black desk chiars | 11 | Office Furniture | Schaumburg, IL | Unknown |
| Executive office chair | 2 | Office Furniture | Schaumburg, IL | Unknown |
| Safe | 1 | Office Fixture | Schaumburg, IL | Unknown |
| Dell Servers R720 | 3 | Office Equipment | Schaumburg, IL | Unknown |
| Desktop | 7 | Office Equipment | Schaumburg, IL | Unknown |
| Laptops | 3 | Office Equipment | Schaumburg, IL | Unknown |
| Printers Laser Mono | 1 | Office Equipment | Schaumburg, IL | Unknown |
| Printer Colour Canon | 1 | Office Equipment | Schaumburg, IL | Unknown |
| Phones | 7 | Office Equipment | Schaumburg, IL | Unknown |
| TV | 3 | Office Equipment | Schaumburg, IL | Unknown |
| TV | 1 | Office Equipment | Schaumburg, IL | Unknown |
| NAS | 1 | Office Equipment | Schaumburg, IL | Unknown |
| Printer Inkjet 1 | 1 | Office Equipment | Schaumburg, IL | Unknown |
| Printer Laser Richo | 1 | Office Equipment | Schaumburg, IL | Unknown |
| Dell Server R710 | 1 | Office Equipment | Schaumburg, IL | Unknown |
| Dell Server | 1 | Office Equipment | Schaumburg, IL | Unknown |
| Dell Server | 1 | Office Equipment | Schaumburg, IL | Unknown |
| 1 Cherry Desk | 1 | Office Furniture | Cranbury, NJ | Unknown |
| 1 Desk with extention | 1 | Office Furniture | Cranbury, NJ | Unknown |
| 2 Oak Desks with Right Returns | 2 | Office Furniture | Cranbury, NJ | Unknown |
| I L shape Reception Desk | 1 | Office Furniture | Cranbury, NJ | Unknown |
| I non-working Copy Machine | 1 | Office Equipment | Cranbury, NJ | Unknown |
| I conference Table - 10 Chairs | 1- 10 | Office Furniture | Cranbury, NJ | Unknown |
| 10 Revolving Chairs | 10 | Office Furniture | Cranbury, NJ | Unknown |
| 6 chairs | 6 | Office Furniture | Cranbury, NJ | Unknown |
| 2 Printers | 2 | Office Furniture | Cranbury, NJ | Unknown |
| 1 Round Table with 4 Chairs | 1 | Office Furniture | Cranbury, NJ | Unknown |
| 2 Cabinets | 2 | Office Furniture | Cranbury, NJ | Unknown |
| 7 - 5 Drawer lateral File Cabinets | 7 | Office Furniture | Cranbury, NJ | Unknown |
| 3 - 3 Drawer File Cabinet | 3 | Office Furniture | Cranbury, NJ | Unknown |
| 10 Optiplex Desktops - 10 years old | 10 | Office Equipment | Cranbury, NJ | Unknown |
| 8 Flat Screen Monitors | 8 | Office Equipment | Cranbury, NJ | Unknown |
| 3 non-working printers | 3 | Office Equipment | Cranbury, NJ | Unknown |
| 3 Laptops | 3 | Office Equipment | Cranbury, NJ | Unknown |
| 5 Cisco Phones | 5 | Office Equipment | Cranbury, NJ | Unknown |
| NAS Drive | 1 | Office Equipment | Cranbury, NJ | Unknown |
| Dell Server | 1 | Office Equipment | Cranbury, NJ | Unknown |
| 24 Port Switch | 2 | Office Equipment | Cranbury, NJ | Unknown |
| APS Power Backup | 1 | Office Equipment | Cranbury, NJ | Unknown |
| Ricoh Aficio SP320DN Color Printer | 1 | Computer Equipment | Bingham Farms, MI | Unknown |
| HPLaserJet 4250 Black & White Printer | 1 | Computer Equipment | Bingham Farms, MI | Unknown |
| Xerox Phaser 3635 MFP Printer/Scanner/Copier/Fax | 1 | Computer Equipment | Bingham Farms, MI | Unknown |
| Konika Minolta Bizhub C250 Color Printer (Old) | 1 | Computer Equipment | Bingham Farms, MI | Unknown |
| Furnished Offices (Wood Desk, Cabinets, Shelves, etc.) | 10 | Office Furniture | Bingham Farms, MI | Unknown |
| Office Cubicle - IT Office | 5 | Office Furniture | Bingham Farms, MI | Unknown |
| Metal Office Desks and Filing Cabinets (Open Area) | 5 | Office Furniture | Bingham Farms, MI | Unknown |
| Office Chairs | 46 | Office Furniture | Bingham Farms, MI | Unknown |
| Conference Room Tables (Large Wood) | 2 | Office Furniture | Bingham Farms, MI | Unknown |
| Cafeteria Table | 2 | Office Furniture | Bingham Farms, MI | Unknown |

SCHEDULE A/B PART 7:
QUESTIONS 39-41
OFFICE EQUIPMENT (OWNED)

| General Description | Quantity | Type | Location | Current Value |
|---|---|---|---|---|
| Entryway Table/Desk | 2 | Office Furniture | Bingham Farms, MI | Unknown |
| Entryway/Hallway Leather Chairs | 4 | Office Furniture | Bingham Farms, MI | Unknown |
| Video Projector | 1 | Video Equipment | Bingham Farms, MI | Unknown |
| Refrigerator | 1 | Kitchen Equipment | Bingham Farms, MI | Unknown |
| Dishwasher | 1 | Kitchen Equipment | Bingham Farms, MI | Unknown |
| Microwave Oven | 1 | Kitchen Equipment | Bingham Farms, MI | Unknown |
| Lenovo Laptop (Dirk) | 1 | Computer Equipment | Bingham Farms, MI | Unknown |
| HP ProBook 4530s Laptop (Don) | 1 | Computer Equipment | Bingham Farms, MI | Unknown |
| Toshiba Laptop (Rob) | 1 | Computer Equipment | Bingham Farms, MI | Unknown |
| Toshiba Satellite Laptop (Dan) | 1 | Computer Equipment | Bingham Farms, MI | Unknown |
| HP Laptop (Matt) | 1 | Computer Equipment | Bingham Farms, MI | Unknown |
| HP ProBook 4520s Laptop (Mike) | 1 | Computer Equipment | Bingham Farms, MI | Unknown |
| Other Misc Laptops (5+ years old) | 4 | Computer Equipment | Bingham Farms, MI | Unknown |
| Cisco IP Phone 7940 | 20 | Computer Equipment | Bingham Farms, MI | Unknown |
| 17" to 20" LCD Monitor (Acer, etc) | 5 | Computer Equipment | Bingham Farms, MI | Unknown |
| APC NetShelter 40U Rack Enclosure (13 years old) | 2 | Computer Equipment | Bingham Farms, MI | Unknown |
| Dell Servers (7+ years old) | 10 | Computer Equipment | Bingham Farms, MI | Unknown |
| Dell Servers (7+ years old) | 25 | Computer Equipment | Ann Arbor, MI | Unknown |
| IBM Servers (5+ years old) | 2 | Computer Equipment | Ann Arbor, MI | Unknown |
| Dell Equalogic iSAN (7+ years old) | 1 | Computer Equipment | Ann Arbor, MI | Unknown |
| Dell EMC Clarion CX3-20 SAN w/5x 3.5" Disk Encl (10 years old) | 1 | Computer Equipment | Ann Arbor, MI | Unknown |
| Dell Gigabit L2 Managed Switches (7+ years old) | 10 | Computer Equipment | Ann Arbor, MI | Unknown |
| Dell Gigabit L3 Managed Switches (7+ years old) | 2 | Computer Equipment | Ann Arbor, MI | Unknown |
| Dell 42U Rack Enclosure | 5 | Computer Equipment | Ann Arbor, MI | Unknown |
| Desk | 2 | Office Furniture | Athens, AL | Unknown |
| Table | 1 | Office Furniture | Athens, AL | Unknown |
| Chair | 3 | Office Furniture | Athens, AL | Unknown |
| Miscellaneous office furnishings, fixtures and supplies | | | Leased Offices | Unknown |

SCHEDULE A/B PART 7:
QUESTIONS 39-41
OFFICE EQUIPMENT (LEASED)

| General Description | Quantity | Type | Location | Extended Price Deal Currency |
|---|---|---|---|---|
| Rack Ballast Option Kit | 1 | Office Equipment | Ann Arbor, MI | $252 |
| ProLiant Blade Rack Shipping Bracket | 1 | Office Equipment | Ann Arbor, MI | 7 |
| c7000 Onboard Administrator w/KVM Option | 1 | Office Equipment | Ann Arbor, MI | 592 |
| Remove Standard Power Cords | 2 | Office Equipment | Ann Arbor, MI | 0 |
| 6 x Active Cool 200 Fans | 1 | Office Equipment | Ann Arbor, MI | 588 |
| 6x 2400W High Efficiency Hot Plug Power Supplies | 1 | Office Equipment | Ann Arbor, MI | 1,414 |
| Virtual Connect FlexFabric 10Gbps Switch Module, 24 Ports | 2 | Office Equipment | Ann Arbor, MI | 11,099 |
| 2GB Flash-Based Write Cache for P-Series Smart Array Controller | 2 | Office Equipment | Ann Arbor, MI | 604 |
| 331T 4-Port Network Adapter, 1Gbps | 2 | Office Equipment | Ann Arbor, MI | 323 |
| SATA DVD-ROM Optical Drive, 9.5mm High | 2 | Office Equipment | Ann Arbor, MI | 89 |
| 300GB SAS Hard Disk Drive, 6Gbps, 15,000rpm, 2.5in Wide | 26 | Office Equipment | Ann Arbor, MI | 6,377 |
| ProLiant DL360p G8 SFF Base, No CPU, 0 RAM, SArray P420i, No HD | 2 | Office Equipment | Ann Arbor, MI | 3,035 |
| 750W Power Supply Kit, Hot Plug | 4 | Office Equipment | Ann Arbor, MI | 682 |
| SFF Ball Bearing Rail Kit, 1U | 2 | Office Equipment | Ann Arbor, MI | 107 |
| Intelligent Power Module | 1 | Office Equipment | Ann Arbor, MI | 237 |
| BLc 554FLB 10Gbps Dual Port FlexFabric Adapter | 5 | Office Equipment | Ann Arbor, MI | 82 |
| FlexFabric 554FLR-SFP+ 10Gbps Networking Adapter, 2 Ports | 2 | Office Equipment | Ann Arbor, MI | 252 |
| Smart Array P220i Controller, 1GB Cache | 5 | Office Equipment | Ann Arbor, MI | 1,971 |
| MS Windows Server 2012, MultiLang | 2 | Office Equipment | Ann Arbor, MI | 967 |
| MS Windows Server 2012 Client Access License | 2 | Office Equipment | Ann Arbor, MI | 276 |
| 16GB Registered ECC DDR3 SDRAM DIMM, PC3-14900R, 1866MHz, Dual Rank | 112 | Office Equipment | Ann Arbor, MI | 18,900 |
| 2.4GHz Intel Xeon E5-2695v2 12-Core Processor, 30MB Cache | 2 | Office Equipment | Ann Arbor, MI | 5,019 |
| 2.4GHz Intel Xeon E5-2695v2 12-Core Processor, 30MB Cache | 2 | Office Equipment | Ann Arbor, MI | 5,019 |
| 3.0GHz Intel Xeon E5-2690V2 10-Core Processor, 25MB Cache | 5 | Office Equipment | Ann Arbor, MI | 9,373 |
| 3.0GHz Intel Xeon E5-2690V2 10-Core Processor, 25MB Cache | 5 | Office Equipment | Ann Arbor, MI | 9,373 |
| ProLiant BL460c G8 Base, No CPU, 0 RAM, No HD | 5 | Office Equipment | Ann Arbor, MI | 6,452 |
| Support Service | 1 | Office Equipment | Ann Arbor, MI | 3,270 |
| Support Service | 1 | Office Equipment | Ann Arbor, MI | 7,380 |
| 8.3KVA Intelligent Module Power Distribution Unit, 40A, Single Phase, CS8265C | 4 | Office Equipment | Ann Arbor, MI | 1,758 |
| Intelligent Power Distribution Unit Extension Bars G2 Kit, 5xC13 | 4 | Office Equipment | Ann Arbor, MI | 1,098 |
| Dual Port 8Gbps Fibre Channel Short Reach Host Bus Adapter, PCIe | 4 | Office Equipment | Ann Arbor, MI | 4,075 |
| B-Series 8Gbps ShortWave Fibre Channel SFP+ Transceiver, 1 Pack | 20 | Office Equipment | Ann Arbor, MI | 1,260 |
| StorageWorks 82Q 8Gbps Dual Port Fibre Channel Host Bus Adapter, PCIe | 2 | Office Equipment | Ann Arbor, MI | 1,294 |
| 2m MultiMode OM3 Fibre Channel Cable, LC-LC | 24 | Office Equipment | Ann Arbor, MI | 630 |
| StorageWorks 8/24 Fibre Channel SAN Switch, 8Gbps, 16 Ports | 1 | Office Equipment | Ann Arbor, MI | 2,415 |
| 3PAR 7200 Operating System Suite Base LTU Software | 1 | Office Equipment | Ann Arbor, MI | 216 |
| 3PAR 7200 Operating System Suite Base LTU Software | 1 | Office Equipment | Ann Arbor, MI | 207 |
| 3PAR 7200 Operating System Suite Drive LTU Software | 90 | Office Equipment | Ann Arbor, MI | 1,940 |
| 3PAR 7200 Virtual Copy Base LTU Software | 1 | Office Equipment | Ann Arbor, MI | 233 |
| 3PAR 7200 Virtual Copy Drive LTU Software | 90 | Office Equipment | Ann Arbor, MI | 1,049 |
| 3PAR 7200 Remote Copy Base LTU Software | 2 | Office Equipment | Ann Arbor, MI | 440 |
| 3PAR 7200 Remote Copy Drive LTU Software | 90 | Office Equipment | Ann Arbor, MI | 1,980 |
| 3PAR 7200 Reporting Suite LTU Software | 1 | Office Equipment | Ann Arbor, MI | 784 |
| 3PAR 7200 Reporting Suite LTU | 1 | Office Equipment | Ann Arbor, MI | 780 |
| 3PAR 7200 Application Suite LTU for VMware | 2 | Office Equipment | Ann Arbor, MI | 1,559 |
| 3PAR 7200 Data Optimization Suite v2 Base LTU | 2 | Office Equipment | Ann Arbor, MI | 607 |
| 3PAR 7200 Data Optimization Suite v2 Drive LTU | 90 | Office Equipment | Ann Arbor, MI | 2,732 |
| 3PAR 7200 Store Server Management Core Software E-Media | 1 | Office Equipment | Ann Arbor, MI | 4 |
| 3PAR 7000/7450 Operating System Suite Software E-Media | 1 | Office Equipment | Ann Arbor, MI | 4 |
| 3PAR 7000 Service Processor Software E-Media | 1 | Office Equipment | Ann Arbor, MI | 1 |
| 3PAR Application Suite for VMware Software E-Media | 1 | Office Equipment | Ann Arbor, MI | 4 |
| 3PAR Reporting Suite Software E-Media | 1 | Office Equipment | Ann Arbor, MI | 4 |
| VMware vCenter Server Standard 3y Software | 1 | Office Equipment | Ann Arbor, MI | 5,425 |
| VMware vCloud Suite Advanced E-LTU, 3 Years | 10 | Office Equipment | Ann Arbor, MI | 81,239 |
| Rack Grounding Kit | 1 | Office Equipment | Ann Arbor, MI | 38 |
| 642 1075mm Intelligent Shock Rack Enclosure | 2 | Office Equipment | Ann Arbor, MI | 2,089 |
| Factory Rack Integration Service | 2 | Office Equipment | Ann Arbor, MI | 330 |
| 42U 1075mm Rack Side Panel Kit | 2 | Office Equipment | Ann Arbor, MI | 439 |
| Air Flow Optimization Kit | 1 | Office Equipment | Ann Arbor, MI | 54 |
| 600mm Rack Stabilizer Kit | 1 | Office Equipment | Ann Arbor, MI | 126 |
| Custom Rack Door Branding Kit | 1 | Office Equipment | Ann Arbor, MI | 14 |
| 42U Location Discovery Kit | 1 | Office Equipment | Ann Arbor, MI | 164 |
| 4ft CAT 5e Cable, RJ45 M/M | 2 | Office Equipment | Ann Arbor, MI | 4 |
| CAT 5e Cable, 7ft, RJ45, M/M | 8 | Office Equipment | Ann Arbor, MI | 21 |
| CAT 5e Cable, 14ft, RJ45, M/M | 3 | Office Equipment | Ann Arbor, MI | 11 |
| OneView 3yr 24x7 Enclosure FIO phys 16 service License | 1 | Office Equipment | Ann Arbor, MI | 5,114 |
| OneView For DL 3yr 24x7 Enclosure FIO phys 16 service License | 2 | Office Equipment | Ann Arbor, MI | 559 |

SCHEDULE A/B PART 7:
QUESTIONS 39-41
OFFICE EQUIPMENT (LEASED)

| General Description | Quantity | Type | Location | Extended Price Deal Currency |
|---|---|---|---|---|
| 3PAR StoreServ 1.92TB SAS cMLC Solid State Drive, 2.5in Wide, 6Gbps | 8 | Office Equipment | Ann Arbor, MI | 36,646 |
| 3y 4h 24x7 Proactive Care Service | 7 | Office Equipment | Ann Arbor, MI | - |
| Networks SW Group 120 License Support | 2 | Office Equipment | Ann Arbor, MI | 311 |
| c7000 Enclosure HW Support | 1 | Office Equipment | Ann Arbor, MI | 520 |
| Proliant DL36x(p) HW Support | 2 | Office Equipment | Ann Arbor, MI | 1,441 |
| BL4xxc Svr Bld HW Support | 5 | Office Equipment | Ann Arbor, MI | 2,914 |
| B-Series 8/8 and 8/24 Switch Support | 1 | Office Equipment | Ann Arbor, MI | 540 |
| Networks 5900-48 Switch JW Support | 2 | Office Equipment | Ann Arbor, MI | 9,285 |
| 5900AF-48 2QSFP Switch JW Support | 2 | Office Equipment | Ann Arbor, MI | 2,985 |
| VMware vCenter Server Standard 3yr Software Support | 1 | Office Equipment | Ann Arbor, MI | 50 |
| vCldste Advd Support, 3 Years | 10 | Office Equipment | Ann Arbor, MI | 635 |
| 3PAR 7200 Operating System Suite Base LTU Support | 2 | Office Equipment | Ann Arbor, MI | 1,935 |
| 3PAR 7200 Remote Copy Base LTU Support | 2 | Office Equipment | Ann Arbor, MI | 1,975 |
| 3PAR 7200 Virtual Copy Base LTU Support | 2 | Office Equipment | Ann Arbor, MI | 1,047 |
| 3PAR 7200 Reporting Suite LTU Support | 2 | Office Equipment | Ann Arbor, MI | 1,264 |
| 3PAR 7000 Application Suite Support | 2 | Office Equipment | Ann Arbor, MI | 1,264 |
| Intelligent Infrastructure Analyzer LTU Support | 1 | Office Equipment | Ann Arbor, MI | 345 |
| 3PAR 7000  Service Processor Support | 1 | Office Equipment | Ann Arbor, MI | 123 |
| 3PAR 7200 Operating System Suite Drive LTU Support | 90 | Office Equipment | Ann Arbor, MI | 756 |
| 3PAR 7200 Virtual Copy Drive LTU Support | 90 | Office Equipment | Ann Arbor, MI | 403 |
| 3PAR 7200 Remote Copy Drive LTU Support | 90 | Office Equipment | Ann Arbor, MI | 781 |
| 3PAR 7200 Data Optimization Suite v2 Base LTU Support | 2 | Office Equipment | Ann Arbor, MI | 2,726 |
| 3PAR 7200 Data Optimisation Suite v2 Drv LTU Support | 90 | Office Equipment | Ann Arbor, MI | 1,058 |
| MS Windows Storage Server 2012 Standard OS+APP Software Support | 2 | Office Equipment | Ann Arbor, MI | 1,278 |
| OneView w/ILO Support | 2 | Office Equipment | Ann Arbor, MI | - |
| OneView for Blades Support | 1 | Office Equipment | Ann Arbor, MI | 41 |
| Converged Systems VMware vSOM Enterprise Plus 1P 3yr SW Support | 4 | Office Equipment | Ann Arbor, MI | 324 |
| 3PAR 7000 1.92TB SAS cMLC SSD HW Support | 8 | Office Equipment | Ann Arbor, MI | 419 |
| 3PAR StoreServ 7200 2N Base Support | 1 | Office Equipment | Ann Arbor, MI | 3,945 |
| 3PAR Internal Entitlement Purpose Service | 5 | Office Equipment | Ann Arbor, MI | 454 |
| 3PAR 7000 Drives Under 1TB Support | 48 | Office Equipment | Ann Arbor, MI | - |
| 3PAR 7000 Drives Over 1TB Support | 30 | Office Equipment | Ann Arbor, MI | 1,868 |
| 3PAR 7000 Drive Enclosure Support | 5 | Office Equipment | Ann Arbor, MI | 1,453 |
| 3PAR 7000 Adapter Support | 2 | Office Equipment | Ann Arbor, MI | 774 |
| 3PAR 7200 2-Node Storage Base Support | 1 | Office Equipment | Ann Arbor, MI | 229 |
| HP No Additional Support Required | 3 | Office Equipment | Ann Arbor, MI | 423 |
| Modular Power Distribution Unit,4.9kVA 208VAC, 20 Outlets, NA/Japan | 2 | Office Equipment | Ann Arbor, MI | - |
| CP Installation | 1 | Office Equipment | Ann Arbor, MI | 307 |
| Installation of Rack & Rack Options | 1 | Office Equipment | Ann Arbor, MI | - |
| CP Installation & Startup | 2 | Office Equipment | Ann Arbor, MI | 330 |
| Startup 3PAR 7200 2 Node Storage Base Service | 2 | Office Equipment | Ann Arbor, MI | - |
| Startup 3PAR 7000 Fiber Channel Adapter Service | 2 | Office Equipment | Ann Arbor, MI | 4,043 |
| Startup 3PAR 7000 2U SAS Enclosure Service | 3 | Office Equipment | Ann Arbor, MI | 433 |
| Startup 3PAR 7000 4U SAS Enclosure Service | 2 | Office Equipment | Ann Arbor, MI | 866 |
| CP Tech Installation and Startup | 2 | Office Equipment | Ann Arbor, MI | 577 |
| Additional 1/2 day Startup | 2 | Office Equipment | Ann Arbor, MI | - |
| 3PAR Remote Copy | 2 | Office Equipment | Ann Arbor, MI | 2,100 |
| 3PAR Virtual Copy | 2 | Office Equipment | Ann Arbor, MI | 6,240 |
| Startup 3PAR 7000 Application Site VMWare Service | 1 | Office Equipment | Ann Arbor, MI | 2,760 |
| Startup 3PAR 7000 Reporting Site Service | 2 | Office Equipment | Ann Arbor, MI | 1,380 |
| 3PAR 7000 Data Optimization Suite V2 Startup Services | 2 | Office Equipment | Ann Arbor, MI | 4,200 |
| Factory Express Level 4 Service | 1 | Office Equipment | Ann Arbor, MI | 8,400 |
| Factory Express Proliant Server Package 4 Service | 1 | Office Equipment | Ann Arbor, MI | 1,686 |
| Proliant Servers 1-2U | 1 | Office Equipment | Ann Arbor, MI | 158 |
| Class 3 (10-17U Servers) | 1 | Office Equipment | Ann Arbor, MI | 158 |
| Factory Express Storage and Networking Packing Service, 4Years | 2 | Office Equipment | Ann Arbor, MI | 495 |
| Rackable Storage and Networking | 2 | Office Equipment | Ann Arbor, MI | 264 |
| Fctry Exp Virtualization Enable SVC | 3 | Office Equipment | Ann Arbor, MI | 264 |
| Onsite Familiarization Service | 2 | Office Equipment | Ann Arbor, MI | 2,700 |
| Fcty Exp Control Environment Srvr SVC | 1 | Office Equipment | Ann Arbor, MI | 1,380 |
| Care Pack Service for Storage Training | 3 | Office Equipment | Ann Arbor, MI | 1,320 |
| Factory Express Complex Custom Service | 3 | Office Equipment | Ann Arbor, MI | 2,700 |
| Industry Standard Server Technical Assist Service | 1 | Office Equipment | Ann Arbor, MI | 2,520 |
| Converged System 7000 V1.1 for VMware, BLc7000 Blade Enclosure | 1 | Office Equipment | Ann Arbor, MI | 1,380 |
| Converged Systems VMware vSphere w/Ops Mgmt Enterprise Plus License, 1P, 3yr | 4 | Office Equipment | Ann Arbor, MI | 3,499 |
| A58x0AF 650W AC Power Supply | 8 | Office Equipment | Ann Arbor, MI | 19,356 |
| 58x0AF Fan Tray, Back to Front Airflow | 8 | Office Equipment | Ann Arbor, MI | 1,498 |
| | | | | 358 |

SCHEDULE A/B PART 7:
QUESTIONS 39-41
OFFICE EQUIPMENT (LEASED)

| General Description | Quantity | Type | Location | Extended Price Deal Currency |
|---|---|---|---|---|
| 5900AF-48XG-4QSFP+ Top-of-Rack Switch, 48x10Gbps SFP+ Ports, 4x40Gbps Uplinks | 2 | Office Equipment | Ann Arbor, MI | 10,495 |
| X240 1.2m 10Gbps SFP+ SFP+ Direct Attach Copper Cable | 4 | Office Equipment | Ann Arbor, MI | 189 |
| X240 3m 10Gbps SFP+ SFP+ Direct Attach Copper Cable | 4 | Office Equipment | Ann Arbor, MI | 269 |
| X240 1m Direct Attach Copper Cable, 40Gbps, QSFP+ to QSFP+ Transceivers | 4 | Office Equipment | Ann Arbor, MI | 419 |
| X240 3m Direct Attach Copper Cable, 40Gbps, QSFP+ to 4x10Gbps SFP+ | 2 | Office Equipment | Ann Arbor, MI | 365 |
| 5900AF-48G-4XG-2QSFP+ L3 Managed Ethernet Switch, 48x1Gbps+4x10Gbps+2x40Gbps Pts | 2 | Office Equipment | Ann Arbor, MI | 3,995 |
| VSR1001 Virtual Services Router E-LTU Software | 2 | Office Equipment | Ann Arbor, MI | 300 |
| PremierFlex 5m Multi-mode Fiber Optic Cable, LC/LC, OM4 | 4 | Office Equipment | Ann Arbor, MI | 160 |
| PremierFlex 15m Multi-mode Fiber Optic Cable, LC/LC, OM4 | 16 | Office Equipment | Ann Arbor, MI | 907 |
| StoreServ 3PAR 7200 2-Node Storage Base System | 1 | Office Equipment | Ann Arbor, MI | 3,812 |
| 3PAR Quad Port 8Gbps Fibre Channel Host Adapter | 2 | Office Equipment | Ann Arbor, MI | 2,095 |
| M6710 SFF SAS Hard Disk Drive Enclosure, 25 x 2.5in Bays | 3 | Office Equipment | Ann Arbor, MI | 4,189 |
| M6720 SFF SAS Hard Disk Drive Enclosure, 25 x 2.5in Bays | 2 | Office Equipment | Ann Arbor, MI | 2,793 |
| 3PAR 900GB SAS Hard Disk Drive, 10,000rpm, 6Gbps, 2.5in Slim, Hot Swap | 48 | Office Equipment | Ann Arbor, MI | 18,939 |
| 3PAR 2TB SATA Nearline Hard Disk Drives Magazine, 7200rpm, P-Series | 30 | Office Equipment | Ann Arbor, MI | 9,024 |
| 3PAR StoreServ 7200c 2-Node Storage Base | 1 | Office Equipment | Ann Arbor, MI | 4,096 |
| 3PAR 7000 Service Processor Appliance | 1 | Office Equipment | Ann Arbor, MI | 1,117 |
| 6ft PLC Power Cable w/Data Lines | 12 | Office Equipment | Ann Arbor, MI | 191 |
| StoreOnce VSA 10TB E-LTU, 3 Years | 2 | Office Equipment | Ann Arbor, MI | 2,800 |
| Intelligent Infrastructure Analyzer Software v2 E-LTU | 1 | Office Equipment | Ann Arbor, MI | 350 |
| Power Cord, 250V, 16A | 2 | Office Equipment | Ann Arbor, MI | 186 |
| Storage Rack Front Door Cover Kit | 1 | Office Equipment | Ann Arbor, MI | 1 |
| UPTAX | 1 | Office Equipment | Ann Arbor, MI | 25,964 |
| RICOH AFICIO MP C3501 Copier | 1 | Office Equipment | Alpharetta | 292 |
| POWEREDGE 2950 * DELL POWEREDGE 2950 | 1 | Office Equipment | Ann Arbor, MI | 50 |
| POWEREDGE 2160AS * DELL POWEREDGE 2160AS 16-PORT | 3 | Office Equipment | Ann Arbor, MI | 50 |
| POWEREDGE 860 * DELL POWEREDGE 860 | 1 | Office Equipment | Ann Arbor, MI | 8 |
| POWEREDGE 860 * DELL POWEREDGE 860 | 1 | Office Equipment | Ann Arbor, MI | 32 |
| POWEREDGE 1950 * DELL POWEREDGE 1950 | 1 | Office Equipment | Ann Arbor, MI | 32 |
| POWEREDGE 2650 * DELL POWEREDGE 2650 | 7 | Office Equipment | Ann Arbor, MI | 50 |
| POWEREDGE 6950 * DELL POWEREDGE 6950 | 3 | Office Equipment | Ann Arbor, MI | 62 |
| POWERVAULT MD3220 * DELL POWERVAULT MD3220 24-SLOT | 1 | Office Equipment | Ann Arbor, MI | 40 |
| POWEREDGE R710 * DELL POWEREDGE R710 CTO CHASSI | 1 | Office Equipment | Ann Arbor, MI | 40 |
| POWEREDGE 2850 * DELL POWEREDGE 2850 | 5 | Office Equipment | Ann Arbor, MI | 50 |
| POWERVAULT 220S * DELL POWERVAULT 220S 14-SLOT E | 1 | Office Equipment | Ann Arbor, MI | 40 |
| POWEREDGE R610 * DELL POWEREDGE R610 | 1 | Office Equipment | Ann Arbor, MI | 50 |
| CX3-20 * EMC CX3-20 DISK ARRAY | 1 | Office Equipment | Ann Arbor, MI | 84 |
| CX-4PDAE * EMC 15-SLOT FC-4GB DISK ENCLOS | 2 | Office Equipment | Ann Arbor, MI | 26 |
| CX-4G10-300 * EMC 300GB 10K DISK FC-4GB (CX) | 15 | Office Equipment | Ann Arbor, MI | 180 |
| CX-4PDAE * EMC 15-SLOT FC-4GB DISK ENCLOS | 1 | Office Equipment | Ann Arbor, MI | 26 |
| CX-4G10-300 * EMC 300GB 10K DISK FC-4GB (CX) | 1 | Office Equipment | Ann Arbor, MI | 180 |
| CX-4G15-146 * EMC 146GB 15K DISK FC-4GB (CX) | 15 | Office Equipment | Ann Arbor, MI | 120 |
| CX-4PDAE * EMC 15-SLOT FC-4GB DISK ENCLOS | 1 | Office Equipment | Ann Arbor, MI | 26 |
| CX-4G15-300 * EMC 300GB 15K DISK FC-4GB (CX) | 15 | Office Equipment | Ann Arbor, MI | 120 |
| CX-4PDAE * EMC 15-SLOT FC-4GB DISK ENCLOS | 1 | Office Equipment | Ann Arbor, MI | 26 |
| CX-4G10-450 * EMC 450GB 10K DISK FC-4GB (CX) | 10 | Office Equipment | Ann Arbor, MI | 120 |
| PF415 * DELL 8/16-PORT FC-4GB SWITCH | 2 | Office Equipment | Ann Arbor, MI | 16 |
| POWERCONNECT 5324 * DELL 24-PORT GIGABIT SWITCH | 12 | Office Equipment | Ann Arbor, MI | 9 |
| POWEREDGE 2950 * DELL POWEREDGE 2950 | 11 | Office Equipment | Ann Arbor, MI | 50 |
| POWEREDGE R710 * DELL POWEREDGE R710 CTO CHASSI | 1 | Office Equipment | Ann Arbor, MI | 50 |
| XSERIES 3650M3 * IBM XSERIES 3650M3 CTO CHASSIS | 2 | Office Equipment | Ann Arbor, MI | 25 |
| POWEREDGE R300 * DELL POWEREDGE R300 | 1 | Office Equipment | Ann Arbor, MI | 19 |
| POWEREDGE 1950 * DELL POWEREDGE 1950 | 3 | Office Equipment | Ann Arbor, MI | 50 |
| POWERCONNECT 5424 * DELL 24-PORT GIGABIT SWITCH | 1 | Office Equipment | Ann Arbor, MI | 17 |
| PROLIANT DL360G6 * HP PROLIANT DL360G6 2.13GHZ/4M | 1 | Office Equipment | Ann Arbor, MI | 25 |
| POWEREDGE 750 * DELL POWEREDGE 750 * CJKQD31 | 1 | Office Equipment | Ann Arbor, MI | 50 |
| POWEREDGE 2550 * DELL POWEREDGE 2550 | 1 | Office Equipment | Ann Arbor, MI | 50 |
| POWEREDGE R710 * DELL POWEREDGE R710 CTO CHASSI | 3 | Office Equipment | Ann Arbor, MI | 50 |
| POWEREDGE R610 * DELL POWEREDGE R610 | 1 | Office Equipment | Ann Arbor, MI | 50 |
| EQUALLOGIC PS6500XV * DELL EQUALLOGIC PS6500XV 4U 48 | 1 | Office Equipment | Ann Arbor, MI | 150 |
| XSERIES 3650M3 * IBM XSERIES 3650M3 2.53GHZ/12M | 1 | Office Equipment | Ann Arbor, MI | 25 |
| PV132T/SDLT * DELL PV132T SDLT LDR SCSI-WU2 | 1 | Office Equipment | Ann Arbor, MI | 50 |

# Schedule A/B Part 10:

## Questions 60-65
## Other intangibles, or
## intellectual property

Quadrant 4
Schedule A/B - Part 10 Intangibles and intellectual property (page 1 of 3)

| Type of Asset | Description | Business Segment | Value |
|---|---|---|---|
| Intangible Asset | Customer List | Dialedin | Unknown |
| Intangible Asset | Technology | Dialedin | Unknown |
| Intellectual Property | Study Buddy Architecture | Education | Unknown |
| Intellectual Property | Web Achiever | Education | Unknown |
| Intellectual Property | Online Summative Assessment Plt | Education | Unknown |
| Intellectual Property | CD Cross Platform PC/MAC System | Education | Unknown |
| Intellectual Property | Content Management System - related to english, math, science, mechanics, and STEM | Education | Unknown |
| Intellectual Property | Library of Academic Content - related to english, math, science, mechanics, and STEM | Education | Unknown |
| Patents | Filed October 10, 1995, an electronic study guide unit (US Patent Number: D363085) | Education | Unknown |
| Patents | Filed May 27, 1997, an electronic study guide unit including housing with a screen and removable cartridge (US Patent Number: 5632624) | Education | Unknown |
| Trademark | Downloadable education course materials in the field of english, math, and science (US Serial Number: 86814001) | Education | Unknown |
| Trademark | QHIX Private Exchange | Healthcare | Unknown |
| Platform Copyright/Patent | Empowered Solutions and EmpowerED (Brainchild Platform) | Education | Unknown |
| Internet Domain Name | Name: qedix.com | Education | Unknown |
| Internet Domain Name | Name: brainchild.com, valid through 12/9/2021 | Education | Unknown |
| Internet Domain Name | Name: brainchildathome.com, valid through 12/19/2021 | Education | Unknown |
| Internet Domain Name | Name: empowered.solutions, valid through 9/23/2017 | Education | Unknown |
| Internet Domain Name | Name: quadrant4edu.com | Education | Unknown |
| Internet Domain Name | Name: qforedu.com | Education | Unknown |
| Internet Domain Name | Name: jettlingo.com, valid through 11/15/2017 | Education | Unknown |
| Internet Domain Name | Name: qforedu.com | Education | Unknown |
| Internet Domain Name | Name: gpalovemath.com, valid through 10/8/2018 | Education | Unknown |
| Internet Domain Name | Name: qfor.com, valid through 7/24/2019 | QFOR | Unknown |
| Internet Domain Name | Name: qforservices.com, 12/2/2017 | QFOR | Unknown |
| Internet Domain Name | Name: quadrant4health.com, valid through 4/8/2018 | Healthcare | Unknown |
| Internet Domain Name | Name: quadrantfour.com, valid through 6/12/2020 | QFOR | Unknown |
| Internet Domain Name | Name: stratitude.com, valid through 12/21/2020 | QFOR | Unknown |
| Internet Domain Name | Name: quadrant4services.com | QFOR | Unknown |
| Internet Domain Name | Name: empowhr.com | Healthcare | Unknown |
| Internet Domain Name | Name: 1nvoice.com | QFOR | Unknown |
| Intangible Asset | Customer List - Solutions | QFOR | Unknown |
| Intangible Asset | Customer List - Cloud | QFOR | Unknown |
| Intangible Asset | Customer List - Consulting | QFOR | Unknown |
| Intangible Asset | Customer List - Media | QFOR | Unknown |
| Intangible Asset | ERP Software Technology | QFOR | Unknown |
| Intangible Asset | Framework Software technologies | QFOR | Unknown |
| Intangible Asset | Technologies DUS C | QFOR | Unknown |
| Goodwill | Goodwill Related to Previous Acquisitions | QFOR | Unknown |
| License Agreement | TriZetto Corporation | Healthcare | Unknown |
| Intangible Asset/Intellectual Property | Miscellaneous intangible assets and intellectual property relating to all of Debtor's business units. | | Unknown |

Quadrant 4
Schedule A/B - Part 10 Intangibles and intellectual property – continued
Page 2 of 3

Debtor owns following internet domain names under its GoDaddy Account (all values unknown and includes some duplicates from page 1 of this Exhibit to Schedule A/B Part 10 Questions 60-65.

BZF.CO
EMPOWHR.COM
FANGGLE.COM
FANGGLECAST.COM
FANNGLE.COM
GOTSMAC.COM
gpalearn.com
gpalovemath.com
GSMAC.NET
ITEAMSITE.COM
LIBSERRA.COM
Q4-HOSTING.COM
Q4EDU.COM
Q4HEALTH.COM
q4hostingteam.com
Q4SMAC.COM
QBLITZ.IO
QFOR.COM
QFOREDU.COM
qforhix.com
QFORSERVICES.COM
QHIX.COM
QHIX.NET
QHIXBA.COM
QHIXHYBRID.COM
QUADRANT4CONSUTING.COM
QUADRANT4EDU.COM
QUADRANT4HEALTH.COM
quadrant4products.com
QUADRANT4SERVICES.COM
QUADRANT4SOLUTIONS.COM
QUADRANT4SYSTEMS.COM
QUADRANT4TECHNOLOGIES.COM
QUADRANT4TECHNOLOGY.COM
QUADRANTFOUR.COM
RESIDENTCHANNEL.TV

Page 3 of 3

RESOURCEMINE.COM
SMACBUSINESS.COM
SMACBUSINESSREVIEW.COM
SMACCENTRAL.COM
SMACDAILY.COM
SMACDIGEST.COM
SMACDOWN.NET
SMACENTERPRISE.COM
SMACHR.COM
SMACIFY.COM
SMACJOURNAL.COM
SMACREPORT.COM
SMACREVIEW.COM
SMACSTAC.COM
SMACTIMES.COM
SMACWEEKLY.COM
SMACZINE.COM
stratitude.com
SURREX.COM
TALKINSMAC.COM

## **EXHIBIT TO**

## **BANKRUPTCY SCHEDULE B, PART 11, ALL OTHER ASSETS**

### **QUESTION 74 - Causes of Action against third parties**

### **QUESTION 75 - Other contingent and unliquidated claims or causes of action**

EXHIBIT TO BANKRUPTCY SCHEDULE B, PART 11, ALL OTHER ASSETS

QUESTION 74 - Causes of Action against third parties

QUESTION 75 - Other contingent and unliquidated claims or causes of action

On November 29, 2016, the United States Attorney's Office for the Northern District of Illinois (**"U.S. Attorneys"**) filed a criminal complaint against two of the Debtor's principal shareholders, and former officers and directors, entitled *United States of America v. Nandu Thondavadi and Dhru Desai*, Case No. 16CR772 (USDC N.D. IL, E.D.) (**"Criminal Action"**) [Docket No. 1]. On November 30, 2016, Messrs. Thondavadi and Desai were arrested by agents of the Federal Bureau of Investigation in connection with the Criminal Action. The Criminal Action arises out of alleged violations of, inter alia, the federal securities and interstate wire laws, and false statements made to the Securities and Exchange Commission (**"SEC"**), including allegations that Messrs. Thondavadi and Desai intentionally provided the Debtor's audit firms with false information for public filings with the SEC concerning two or more of the Debtor's major asset acquisitions in order to inflate the purchase prices reported, and in turn, increase the stock prices for the Debtor's publicly held stock. Messrs. Thondavadi and Desai resigned as officers and directors of the Debtor on December 5, 2016.

On June 29, 2017, the U.S. Attorneys filed a Criminal Information in the Criminal Action [Docket No. 50] adding multiple additional charges against Messrs. Thondavadi and Desai, including misappropriation of monies from the Debtor and others over a period of years; causing "Fake Revenue" to be recorded on the Debtor's books and records; causing the concealment of numerous liabilities of the Debtor, including federal tax liability and tax returns; and numerous other acts of misconduct and wrongdoing.

The Debtor may have significant claims and causes of action, including other contingent and unliquidated claims and causes of action, against Messrs. Thondavadi and Desai, their affiliates, representatives, agents, successors and assigns, as well as any number of other persons or entities, whose identities are as yet undetermined.

In the course of the Chapter 11 Case, information may be discovered by the Debtor's management and representatives, which the Debtor will bring to the attention of the Bankruptcy Court, Office of the United States Trustee, the Official Committee of Unsecured Creditors in the Chapter 11 Case, U.S. Attorneys, Securities and Exchange Commission, and other federal and/or state governmental agencies, as applicable, and to the extent practicable.

In depth investigations of the Debtor's prior management's activities will likely be conducted by a subsequently appointed Creditor Trustee or Chapter 7 bankruptcy trustee following the completion of the Debtor's ongoing marketing and sale efforts pursuant to orders of the court and anticipated additional orders of the Court.

As such, as of the date hereof, the existence, nature and extent of any and all assets of the Debtor responsive to Questions 74 and 75 above are unknown.

# Schedule E/F Part 1

## Question 2.1
## (Potential priority employee benefit claims)

**[Addresses and amounts being compiled]**

**Employee**

**Adelekan, Damilola A**

**Agle, Matthew**

**Ahmad, Faiz**

**Akkinapally, Ravi C**

**Ambula, Sandeep**

**Anand, Prem**

**Anderson, Steve**

**Antzelevitch, David**

**Appiya Jawaharlal, Mathanlal**

**Arjunakani, Arjunan**

**Arunachala Gounder, Andamuthu**

**Avinash S, Narayanan**

**Ayichuveetil Kalathil, Manoj Kumar**

**Bagga, Anil**

**Baig, Mirza**

**Bala Prasannanjaneyulu (EZEN Computer Ser**

**Balakrishnan, Madanmohan**

**BALU, KARTHICK**

**Beernaert, Christine**

**Bergen, Cory D 1099 (Cable Vision)**

**Bhanushali, Kavita**

**Bhatt, Falguni**

**Bhatt, Riddhi**

**BONAQUIST, SUZANNE J**

**Bradley, William**

**Brady, Christopher**

**Brown, Jeffrey**

**Buyukkomur, Fikret Serca**

**CAMERON, BEVERLY R(1099)**

**CAMERON, JEFFERY A(1099)**

**Chandran, Senthil M**

**Chickkepally, Anuradha Rao**

**Chillecampalle V, Gangadhara Ravi K**

**Clark, Kathleen**

**Da Cunha, leonardo**

**Damara, Srinidhi Goud**

**Davis, Williams E**

**Desai, Harish Amritrao**

**DeSouza, Luberoff**

**Desrosiers, Michael**

**Devarajan, Kamalakumar**

**Dhinakaran, John**

**Dias, Hagen S**

**DiCicco, Don**

**Dickinson, Tami**

**Doreza, Arnel**

Dormady, Troy

Elangovan, Arun

Ellis, Stephen

ESCOBEDO, PEDRO

Eshenbaugh, Shawna

Eshenbaugh, Tyler(1099)

Fernandez, Dennis

Gajjala, Rajasekhar Reddy

Gamble Jr. Joseph Jr.

Ganesh Kumar Cheekati (Pyramid Consulting

GANTEC CORPORATION

Ghuge, Raosaheb

GIRIJAKUMARI, LEKSHMI

Glave, Richard Dale

Gongadi, Davana Satish

Gonzalez, Victor

Gopalan, Ravichandran

GOYAL, ASIT

Gupta, Anuj

GURU KAMAKOLANU, SUNDARA RAMU

Hancock, Adriana R

Haskett Deborah K

Hasnain Sadique Khan (Reliable Software R

Hebbar, Prakash Ramesh

Heitzman, Dirk

Hemprabhu, Dhavamani

Henderson Debbi L

Henderson, Gina M(1099)

Hira, Kulbir S

Hogue, Robert

Ippadi, Rajanna Kariyappa

Irvine, Sherry

Iyer, Shekar

Jagadeesh, Balasubramanian

Jan, Faisal

Jawaharlal, Srinivasan A

Jillella, Venkata Rama Reddy

JINDANI, ANIMESH

Johnson, Sherida D.

Joseph,Stella

Juliette, Daniel

Kadhar Mohideen, Mohamed Siddik

Kalae, Uday Kumar

KALVA, CHANDRASEKHAR

Kamineni, Prasad

Kannan, Sethuraman

Keenan, Stephen

Kenyon, Karen

Keshav Patidar (K-Tek Resourcing LLC)

Khan, Anwer

Kizhakkail, Saju A

KOSANA, REKHA

Kumar, Jatin

Lambert, Jim

Lauren Jack

Lonut Isac (Anagh Technologies Inc.)

Lynn, Mark R

Mahajan, Shweta

Mallipeddi, Yadagiri

Mani, Ramesh

Matthews, Betty J

Mayer, Pamela

Meenakshisundaram, Sivakumar

Methuku, Ajay

Metoyer, James(1099)

Metta, Divya

Meyer, Marjorie

Mistry, Mandeep

Mohandoss, Gunasekaran

MOHAPATRA, AKHILA M

Montoya, Cesar

Morani, Samir

Munrathi, Rajender

Murugesan, Pandiaraja

Muthahar, Syed Zameer Hussa

Muthukrishnan, Ponrangaprabhakaran

NAGULAGARI, ROOPA RANI

Nallakumar, Paramasivam

NALLAPATI, KONDAIAH

Nallavelli, Anurag

Nandimandalam, Bharat Kumar Raju

Narayanan, Poornima

NARRA, CHAKRAVARTHI K

Nataraj, Karthi

Nayineni, Naveen Kumar

Neethi, Maram

Nyxent Corporation

Ogirala, Venkata Adithya

Olive, Jeff

OMOTUNDE, SEGUN

Padmanivas, Shajeev

Palakkal, Sandeep (Fist Financail I Group

Palanivel, Kalaiarasi

Panchapakesan, Abarnagayathri  M

Pandey, Gopal Krishna

Pandian, Vadivel

Paravatha, Prasad

Parekh, Priyanka

Patel, Amit D.

Patel, Vandana

Patibandla, Seetarama

Perumal Jeybalan, Dhinahar

Pesara, Vinod

Pilgrim, Peter (Stony Brook)

Pinto, Sharon T

Pompey, Michael

Priester, Bethany

Puducode Venkateswaran, Seshadri

Racherla, Visweswar Reddy

Radeekesh, Aparna

Rajamanickam, Radharamani

Rajeev Kantamneni (Teradyne Infotech, Inc

Rajendran, Narendran

Ramadoss, Balasubramanian

Raman, Senthil

Rangineni, Mallikarjun Rao

Rao, Guruprasad Ragho

Ravikanth Ghanta (Reliable Software Resou

Robinson, Ceasar (CSI)

Roy, Sarbajit

Rozanski, Timothy

Sahay, Harsh

Saminidi Irudayaraj, Prema Monic

Selwyn, ANILA OLIVIA

Shenbagakuthalam, Balaji

Siddaramaiah, Lavanya

Sinha, Gaurav

Sirois, Jay

Sivaprakasam, Arulmurugan

Snovsky, Yury

Soni, Ravikumar R

Soundareswarane, Prabagarane

Srikanth Konuganti (Innovative Informatio

Steele, Robert H

Storvold, Jerry

Subburam, Karthikeyan

Subramanian, Karuppiah

Subramanian, Nagarajan

Tangudu, Srikanth

Taylor, Dan

Thangaiah, Balashanmugam

**Theunuo, Khriesangunyu**

**Thirukonda, Rakesh**

**THOTA, Vijay K**

**Thulasi, Mohana**

**Tiongco, Jezel D**

**TOTAL SALARIED EMPLOYEES**

**Trone, Chad E**

**Ullah, Rehmat**

**Vallabineni, Rajesh**

**Veeriah, Muniyandi**

**VELIVELA, SRI SRAVANA LAKSHMI DEVI**

**Vellaiseruvan Krishnan, Kasirajan**

**Venkatraj, Pravin Kumar**

**Viswanathan, Padmavathi**

**Wasmund, John**

**Wethington, Robert**

**Wikerson, Keegan Bryant(1099)**

**WINSLOW, ROBERT K**

**Woolley, Therese**

**Yani Chenn**

# EXHIBIT TO

# BANKRUPTCY SCHEDULE G

**Executory contracts and unexpired leases**

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| 2T CONSULTING, LLC | 881 RT 1 | | South Edison | NJ | 08817 | |
| 30200 Telegraph Rd. Office Building, LLC | 30200 Telegraph Rd, Suite 205 | | Bingham Farms | MI | 48025 | |
| 30200 Telegraph Road Office Building, LLC | 21 E Long Lake Road | Suite 101 | Bloomfield Hills | MI | 48304 | |
| A N Rico Elementary | 2202 N International Blvd | | Weslaco | TX | 78596-8420 | |
| Accela Inc | 2633 Camino Ramon Suite 500 | | San Ramon | CA | 94583 | |
| Accord Systems LLC | 53 S. Main Street, Suite 300 | | Alpharetta | GA | 30009 | |
| Adair County School District | 1204 Greensburg Street | | COLUMBIA | KY | 42728 | |
| Adnet Advertising Agency Inc. | 111 John Street | 7th Floor, Suite 701 | New York | NY | 10038 | |
| ADP I LLC | P O Box 7247-0372 | | Philadelphia | PA | 19170-0372 | |
| ADULT LRNG CTR OSCEOLA | 2320 New Beginnings Road | | Kissimmee | FL | 34744 | |
| Aegerion Pharmaceuticals | 101 Main Street, Suite 1850 | Building 2 | Cambridge | MA | 02142 | |
| Airport Elementary | 410 N Airport Dr | | Weslaco | TX | 78596-5508 | |
| Alabama Department of Youth Services | 1000 Industrial School Rd. | | Mt. Meigs | AL | 36057 | |
| ALATEC, INC. | 650 Pratt Avenue, Suite C | | Huntsville | AL | 35801 | |
| Alcoa Fastening Systems | 3990 A Heritage Oak Court | | Simi Valley | CA | 93063 | |
| ALDINE ISD (TX 4807710) | 14910 ALDINE WESTFIELD RD | | HOUSTON | TX | 77032 | |
| Allegs/GM | 901 Tower Drive | | Troy | MI | 48098 | |
| Allen Parish School Board | 521 West 6th Avenue | | Oberlin | LA | 70655 | |
| Allied World National Assurance Company | 1690 New Britain Ave., Suite 101 | | Farmington | CT | 06032 | |
| Altec Inc. | 210 Inverness Center Drive | | Birmingham | AL | 35242 | |
| Aluminum Precision Products | 11700 Monarch Street | | Garden Grove | CA | 92841 | |
| Amazon Web Services, Inc. | PO BOX 84023 | | Seattle | WA | 98124-8423 | |
| AMERICAN APPAREL, LLC | 747 Warehouse St. | | Los Angeles | CA | 90021 | |
| American Diabetes Association | 1701 N. Beauregard Street | | Alexandria | VA | 22321 | |
| American United Life | 517 Valhalla Terrace | | Vernon Hills | IL | 60061 | |
| American United Life Insurance | Mail Code G230 | P O Box 368 | Indianapolis | IN | 46206 | |
| Americold Logistics, LLC | 10 Glenlake Parkway | Suite 600 South Tower | Atlanta | GA | 30328 | |
| AMIKids Space Coast - Melbourne | 1000 Inspiration Lane | | Melbourne | FL | 32934 | |
| Amphitheater Public Schools | 701 W. Wetmore | | Tucson | AZ | 85705 | |
| Anagh Technologies Inc. | 2 Lake view Avenue, Suite 310 | | Piscataway | NJ | 08854 | |
| Andrew & Walter Young Family YMCA | 2220 Campbellton Road | | Atlanta | GA | 30311 | |
| Apalachee Correctional Institute | 35 Apalachee Drive | | Sneads | FL | 32460-4166 | |
| Arizona Department of Corrections | 1601 W. Jefferson | | Phoenix | AZ | 85007 | |
| Arnstein & Lehr LLP | 120 South Riverside Plaza, Suite 1200 | | Chicago | IL | 60606 | |
| Arp Junior High School | 101 School Street, | | ARP | TX | 75750 | |
| ARTHUR LAWRENCE MANAGEMENT, LLC | 11233 SHADOW CREEK PKWY, SUITE # 313 | | Pearland | TX | 77584 | |
| Assumption Parish Schools | 4901 Highway 308 | | Napoleonville | LA | 70390 | |
| ASUG | Dept 127 - PO Box 4248 | | Houston | TX | 77210-4248 | |
| AT&T | PO BOX 5014 | | Carol Stream | IL | 60197-5014 | |
| ATLANTIC ASSOCIATES, INC | 1208 VFW PARKWAY, SUITE 203 | | Roxbury | MA | 02132 | |
| ATOS IT SOLUTIONS & SERVICES, INC | P.O. Box 4356 | MC-IMA049 | Portland | OR | 97208 | |
| Audatex North America, Inc. | 10808 S River Front Pkwy #500 | | South Jordan | UT | 84095 | |
| AVIZION TECHNOLOGIES GROUP, INC | 15770 NORTH DALLAS PARKWAY, SUITE 900 | | Dallas | TX | 75248 | |
| Avnet | 2211 S. 47TH STREET | | Phoenix | AZ | 85034 | |
| Axcess Financial Services Inc. | 7755 Montgomery Road, Suite 400 | | Cincinnati | OH | 45236 | |
| Backupify, Inc. | c/o Datto, Inc., 101 Merritt 7 | | Norwalk | CT | 06851 | |
| Bakkavor Foods | 18201 South Central Avenue | | Carson | CA | 90746 | |
| Banmel Elementary School | 17309 Red Oak Dr | | Houston | TX | 77090 | |
| Bandwith.com | 75 Remittance Drive   Dept 6647 | | Chicago | IL | 60675-6647 | |
| Barracuda Networks, Inc. | Dept LA 22762 | | Pasadena | CA | 91185-2762 | |
| Bedell, Dittmar, DeVault, Pillans & Cove | 101 East Adams Street | | Jacksonville | FL | 32202 | |
| BLOOMINGTON ISD (TX 4810500) | P O BOX 155 | | BLOOMINGTON | TX | 77951 | |
| Blue Cross of Idaho | 100 East Pine Avenue | | Meridian | ID | 83642 | |
| Blythe Elementary School (PK-5) | 290 Church Street | | Blythe | GA | 30805 | |
| Bossier Parish School District | 1517 Cox St. | | Bossier City | LA | 71111 | |
| Boys & Girls Club of Palm Beach County | 800 Northpoint Parkway | Suite 204 | West Palm Beach | FL | 33407 | |

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| Boys and Girls Clubs of CSRA | 206 Milledge Road | | Augusta | GA | 30904 | |
| Bradford School District | 504 West Main Street | | Bradford | AR | 72020 | |
| Brandywine Elementary | 11480 Blue Gray Trail | | Brandywine | WV | 26802 | |
| Brevard County Center for Drug Free Living | 3905 Grissom Parkway | | Cocoa | FL | 32926 | |
| Bridge City Center For Youth | 3225 River Rd | | Bridge City | LA | 70094 | |
| BRILLO, LLC | 100 TOWN SQUARE PLACE, SUITE 308 | | Jersey City | NJ | 07310 | |
| BroadRidge ICS | P O BOX 416423 | | Boston | MA | 02241 | |
| Broward Youth Treatment Center | 800 North East 72nd Circle | | Pembroke Pines | FL | 33025 | |
| Brown Middle School (6-8) | 765 Peeples Street | | Atlanta | GA | 30310 | |
| Cabi, LLC | 21750 Arnold Center Rd | | Carson | CA | 90180 | |
| Caddo Parish Public Schools | Po Box 32000 | | Shreveport | LA | 71130 | |
| Cain & Daniels, Inc. | 4902 Eisenhower Blvd, 2nd Floor | | Tampa | FL | 33634 | |
| Calypso Technologies | 595 Market Street, Suite 1800 | | San Francisco | CA | 94105 | |
| Camp Destiny Summer Enrichment and Afterschool Program (21st CCLC) | 5718 5th Street | | Meridian | MS | 39307 | |
| CapitalSource Bank | P.O. Box 2485 | | Brea | CA | 92822-2485 | |
| Career Builders, LLC | 13047 Collection Center Drive | | Chicago | IL | 60693-0130 | |
| Casey County School District | 1922 North US 127 | | LIBERTY | KY | 42539 | |
| Catalina USA-Catalina Marketing | 200 Carillon Parkway | | St Petersburg | FL | 33716 | |
| CBS Sacramento | 2713 KOVR Drive | | West Sacramento | CA | 95605 | |
| CDW_LLC | 200 N Milwaukee Ave | | Chicago | IL | 60061 | |
| CellTrust | 20701 North Scottsdale Road, Suite 107-451 | | Scottsdale | AZ | 85255 | |
| Central Mississippi Correctional Facility | 3794 Hwy 468 | | Pearl | MS | 39208 | |
| Central Vermont Home Health & Hospice | 600 Granger Road | | Barre | VT | 05641 | |
| Chambers County School District | 1298 Vocational Drive | | Lafayette | AL | 36862 | |
| Chameleon Inspirations Learning Center | P.O. Box 205 | 120 N Vanderhorst Street | Winnsboro | SC | 29180 | |
| ChannelNet | 3 Parklane Boulevard | 430 Parklane Towers West | Dearborn | MI | 48126 | |
| Chanticleer Learning Center | 1109 Spring Drive | | Opelika | AL | 36801 | |
| Chesapeake Juvenile Services Center | 420 Albemarle Drive | | Chesapeake | VA | 23322 | |
| CHICAGO BOARD OPTIONS EXCHANGE, INC | 400 South LaSalle Street | | Chicago | IL | 60605 | |
| Chrysler LLC | 1100 General Offices | | Livonia | MI | 48153 | |
| Citrix GoToMeeting | 851 West Cypress Creek Rd | | Ft. Lauderdale | FL | 33309 | |
| CITY OF LONG BEACH, HARBOR DEPT, INFORMATION MANAGEMENT | 4801 Airport Plaza Drive | | Long Beach | CA | 90815 | |
| City of Sugar Land | P. O. Box 110 | | Sugar Land | TX | 77487-0110 | |
| Clarke & Company Benefits | 2422 Devine St | | Columbia | SC | 29205 | |
| Cleckler/Heald Elementary | 1601 W Sugarcane | | Weslaco | TX | 78596 | |
| Coats plc | 1 The Square | Stockley Park | Uxbridge, Middlesex | United Kingdom | UB11 1TD | INTL |
| Coeur Mining, Inc. | 104 S. Michigan Avenue, Suite 900 | | Chicago | IL | 60603 | |
| COLLABERA, INC | 25 AIRPORT ROAD | | Morristown | NJ | 07960 | |
| Colleton 01 (SC 4501830) | 611 Colleton Loop | | Walterboro | SC | 29488 | |
| Colleton County School District | 213 North Jefferies Boulevard | | Walterboro | SC | 29488 | |
| COMCAST | P O BOX 1577 | | Newark | NJ | 07101-1577 | |
| COMCAST | P O BOX 3001 | | Southeastern | PA | 19398-3001 | |
| COMCAST | P O BOX 530098 | | Atlanta | GA | 30353-0098 | |
| COMCAST | P O BOX 105257 | | Atlanta | GA | 30348-5257 | |
| COMED | PO Box 6111 | | Carol Stream | IL | 60197-6111 | |
| Commemorative Brands, Inc. | 7211 Circle S Rd | | Austin | TX | 78745 | |
| Cottageville Elementary School | 648 Peirce Rd | | Cottageville | SC | 29435 | |
| Coby, Inc | P O Box 3789 | | Sanford | NC | 27331 | |
| County of Lexington | 212 South Lake Drive | Suite 604 | Lexington | SC | 29072 | |
| Crestview Advisors | 667 Madison Avenue, 10th floor | | New York | NY | 10065 | |
| CSC Holdings | 1111 Stewart Ave | | Bethpage | NY | 11714 | |
| Cypress Creek Academy | 2855 W WOODLAND RIDGE DR | | LECANTO | FL | 34461 | |
| Cypress Juvenile Facility | 1117 N.E. 39th Boulevard | | Okeechobee | FL | 34972 | |
| DaltonMcCormick LLC. | 6550 St. Augustine Rd., # 304 | | Jacksonville | FL | 32217 | |

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| David Evans & Associates | 2100 SW River Parkway | | Portland | OR | 97201 | |
| Dawson Elementary & Secondary School | 600 Brownfield Highway | | Welch | TX | 79377 | |
| Dentons US LLP | 303 Peachtree Street, NE, Suite 5300 | | Atlanta | GA | 30308-3265 | |
| Department of Youth Services (Circleville Juvenile) | 640 Island Rd | | Circleville | OH | 43113 | |
| DESOTO (FL 1200420) | 530 Ia Solona Avenue | | ARCADIA | FL | 34266 | |
| DESOTO ISD (TX 4816860) | 200 E BELT LINE RD | | DESOTO | TX | 75115 | |
| Dice.com | 4939 Collections Center Drive | | Chicago | IL | 60693 | |
| DIVERSELYNX, LLC | 300 ALEXANDER PARK, SUITE 200 | | Princeton | NJ | 08540 | |
| Dooly County Elementary | 11949 Highway 41 North | | Pinehurst | GA | 31070 | |
| Dooly County Schools | 202 E. Cotton St. | | Vienna | GA | 31092 | |
| Dorchester County School District Two | 102 Green Wave Boulevard | | Summerville | SC | 29483 | |
| Doug Gates | 109 W Washington St | | Athens | AL | 35611 | |
| Doumar Insurance & Financial | 1928 Commerce Lane | Suite 4 | Jupiter | FL | 33458 | |
| Dovalina Elementary School | 1700 W. Anna Avenue | | Laredo | TX | 78040 | |
| DPM/BGRS | 507 East Maple Road | | Troy | MI | 48083 | |
| Dr R E Margo El | 1701 S Bridge Ave | | Weslaco | TX | 78596-7997 | |
| DR. HENRY W. MACK/WEST LITTLE RIVER ELEMENTARY SCH | 2450 NW 84TH ST | | MIAMI | FL | 33147 | |
| Dreamworks Academy | 3204 NC Highway 55 | | Durham | NC | 27713 | |
| Durham Public School District | Po Box 30002 | | Durham | NC | 27702 | |
| Eagle Inventech Systems LLC | 65 LASALLE ROAD, SUITE 305 | | West Hartford | CT | 06107 | |
| Eagle's Landing Middle School | 295 Tunis Rd | | Mcdonough | GA | 30253 | |
| Eastman Kodak Company | 343 State Street | | Rochester | NY | 14650 | |
| ECONOSOFT, INC | 2375 ZANKER ROAD, SUITE 250 | | San Jose | CA | 95131 | |
| Education Service Center, Region 7 | 1909 North Longview Street | | KILGORE | TX | 75662 | |
| Elevations Credit Union | Post Office Box 9004 | | Boulder | CO | 80301-9004 | |
| Elizabethton City School District | 804 South Watauga Avenue | | Elizabethton | TN | 37643 | |
| Endeavor Insurance Services | 218 Trade Street | Suite G | Greer | SC | 29651 | |
| Englewood Hospital and Medical Center | 350 Engle Street | | Englewood | NJ | 07631 | |
| Esteban Sosa Parent Education Center | 901 March Avenue | | San Antonio | TX | 78214 | |
| EXPERIS US, INC | 2050 E. ASU CIRCLE, SUITE 120 | | Tempe | AZ | 85284 | |
| EZEN Computer Services, Inc. | 5 Independence Way, Suite 300 | | Princeton | NJ | 08540 | |
| F D Roosevelt Elementary | 814 E Plaza | | Weslaco | TX | 78596 | |
| Farias Elementary School | 1510 Chicago St | | Laredo | TX | 78041-9695 | |
| FARM CREDIT FINANCIAL PARTNERS, INC. | 67 Hunt Street, Suite 2 | | Agawam | MA | 01001-1920 | |
| Federal Filings, LLC | 815-A Brazos Street, Suite 502 | | Austin | TX | 78701 | |
| Ficquett Elementary School | 2207 Williams St | | Covington | GA | 30014 | |
| Fifth Third Bank (furniture loan) | P O Box 630337 | | Cincinnati | OH | 45263-0337 | |
| Financial Connection LLC | 1504 Bombay Lane | | Roswell | GA | 30076 | |
| First Advantage Background Services Corp | PO BOX 403532 | | Atlanta | GA | 30384-3532 | |
| Fisi Financail Group | 9250 Lotus Ave | | Skokie | IL | 60077 | |
| Flat Rock Elementary School (PK-5) | 4603 Evans Mill Road | | Lithonia | GA | 30038-4033 | |
| Flat Shoals Elementary School (GA 13017A000725) | 3226 Flat Shoals Rd | | Decatur | GA | 30034 | |
| Fleet Enterprises LLC | 1000 John R Road # 110 | | Troy | MI | 48083 | |
| FLEET LANDING | One Fleet Landing Blvd | | Atlantic Beach | FL | 32233 | |
| FLEX IT, INC | 8201 Peters Rd , Suite 100 | | Plantation | FL | 33324 | |
| Florida A&M University - Smart Academies | 501 Orr Drive | | Tallahassee | FL | 32307 | |
| Florida Department of Juvenile Justice | 2737 Centerview Drive | | Tallahassee | FL | 32399-3100 | |
| FORD | 1 American Road | | Dearborn | MI | 48121 | |
| Forest Hills Elementary School | 633 Hiers Corner Rd | | Walterboro | SC | 29488 | |
| Forrest Road Elementary School | 6400 Forrest Road | | Columbus | GA | 31907 | |
| Forsyth Middle School | 178 Panther Road | | Forsyth | MO | 65653 | |
| Fort Stockton Middle School | 2400 West 5th Street | | Fort Stockton | TX | 79735 | |
| Forum One | 2200 Mount Vernon Avenue | | Alexandria | VA | 22301 | |
| FRACTAL ADVISORS LLC | 9308 Lee Ct. | | Leawood | KS | 66206 | |
| FusionSeven | 155 Bovet Road, Suite 770 | | San Mateo | CA | 94402 | |
| Future Foundation, Inc. | 1892 Washington Road | | East Point | GA | 30344 | |

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| GAS Academy for Young Women - Men | 279 N Stewarts Ferry Pike | | Nashville | TN | 37214 | |
| Gadsden County ESOL Program | 500 West King Street | | Quincy | FL | 32351 | |
| Gadsden County School District | 35 Martin Luther King Boulevard | | Quincy | FL | 32351 | |
| Gallup McKinley Co School District | PO Box 1318 | | Gallup | NM | 87305 | |
| Gantec Corporation | 1111 Plaza Drive, Suite 310 | | Schaumburg | IL | 60173 | |
| Garrett Elementary School (PK-5) | 1100 Eisenhower Drive | | Augusta | GA | 30909 | |
| GB TECH, INC | 2200 SPACE PARK DRIVE, SUITE 400 | | Houston | TX | 77058 | |
| GENERAL MOTORS, LLC | 400 GM RENAISSANCE CENTER | PO BOX 400 | Detroit | MI | 48265 | |
| Georgia Dept of Juvenile Justice | 3408 Covington Highway | | Decatur | GA | 30032 | |
| Gilchrist County School District | 310 NW 11th Avenue | | Trenton | FL | 32693 | |
| Globe Unified School District | 501 Ash St. | | Globe | AZ | 85501 | |
| Golden Glades Elementary | 16520 NW 28th Avenue | | Miami Gardens | FL | 33054 | |
| GOLDEN GLADES ELEMENTARY SCHOOL | 16520 NW 28TH AVE | | OPA LOCKA | FL | 33054 | |
| Golden State Foods | 18301 Von Karman Avenue, Suite 1100 | | Irvine | CA | 92612 | |
| Gossamer Threads (Hosting Request Tracker) | 500 - 455 Granville Street | Vancouver | BC | CANADA | V6C1T1 | INTL |
| Grady Enterprises | 515 East Mound Street | | Columbus | OH | 43215 | |
| GREENE COUNTY (GA 1302490) | P.O. BOX 209 | | GREENSBORO | GA | 30642 | |
| Greene County High School | 1002 South Main Street | | Greensboro | GA | 30642 | |
| Greene County School District | 101 East Third Street | | Greensboro | GA | 30642 | |
| GT.net | 455 Granville St. | Vancouver | BC | CANADA | V6C1T2 | INTL |
| GUIDENT TECHNOLOGIES, INC | P.O. BOX 1475 | | Herndon | VA | 20172 | |
| Gulf Coast Regional Blood Center | 1400 La Concha | | Houston | TX | 77054 | |
| Hardee Co School District- Migrant | PO BOX 1678 | | WAUCHULA | FL | 33873 | |
| Hardin County Adult and Community Education College View Campus | 521 Charlemagne Blvd. (West Pod) | | Elizabethtown | KY | 42701 | |
| HARLANDALE ISD (TX 4822470) | 102 GENEVIEVE ST | | SAN ANTONIO | TX | 78214 | |
| Harnett Co School District | 1008 South 11th Street | | Lillington | NC | 27546 | |
| Harold Lang Middle School | 1678 Chenault Street | | Dallas | TX | 75228 | |
| Hartford Life | P.O Box 2999 | | Hartford | CT | 06104-2999 | |
| Harvest Rain Academy | 51 Senoia Rd | | Fairburn | GA | 30213 | |
| HARVEY NASH, INC | 1680 ROUTE 23 NORTH, SUITE 300 | | Wayne | NJ | 07470 | |
| HASTINGS YOUTH ACADEMY | 765 E ST JOHNS AVE | | HASTINGS | FL | 32145 | |
| HealthSmart Benefits Solutions | 222 W Las Colinas Blvd, Suite 600N | | Irving | TX | 75039 | |
| HealthSmart Benefits Solutions | 222 West LasColinas Boulevard #600N | | Irving | TX | 75039 | |
| Hedley School | 301 Jones | | Hedley | TX | 79237 | |
| HELIOS & MATHESON NORTH AMERICA, INC | Empire State Building | 350 5th Ave - Suite 7520 | New York | NY | 10118 | |
| Hewlett-Packard Financial Services Co. | P.O. Box 402582 | | Atlanta | GA | 30384-2582 | |
| Hewlett-Packard Financial Services Company | 200 Connell Drive, Suite 5000 | | Berkeley Heights | NJ | 07922 | |
| Highland Hospital Association (HHA) - Charleston | 3 Hospital Plaza | | Clarksburg | WV | 26301 | |
| Highlands Youth Academy | 242 South Boulevard | | Avon Park | FL | 33825 | |
| Hill Crest / Higdon Hill School | 6869 5th Avenue South | | Birmingham | AL | 35212 | |
| Hillcrest Elementary School (K-5) | 1100 Edgewood Avenue | | Dublin | GA | 31021 | |
| Hillsborough County Public Schools | 901 E Kennedy Blvd | | Tampa | FL | 33601 | |
| Hinds County School District | 13192 Highway 18 | | Raymond | MS | 39154 | |
| Hollinger Scott | Lochar House | | Dumfries | United Kingdom | DG1 3NU | INTL |
| Holmes Correctional Institution | 3142 Thomas Drive | | Bonifay | FL | 32425 | |
| Hope Academy | 616 Adams (2nd Floor) | | Memphis | TN | 38105 | |
| HotChalk, Inc. | 1999 South Bascom Avenue, Suite 1020 | | Campbell | CA | 95008 | |
| Houston Area Urban League | 5320 Griggs Road | | Houston | TX | 77021 | |
| Hughes Middle School | 316 S.W. Thomas Street | | Burleson | TX | 76028 | |
| HYPERQUEST | 854 East Algonquin Rd, Suite 101 | | Schaumburg | IL | 60173 | |
| I T Standard Elementary School | 460 York Drive | | Blackfoot | ID | 83221 | |
| IADEPTIVE TECHNOLOGIES, LLC | 518-7 OLD POST ROAD, #211 | | Edison | NJ | 08817 | |
| IDC TECHNOLOGIES, INC | 1851 MCCARTHY BLVD, SUITE 116 | | Milpitas | CA | 95035 | |
| Immokalee Technical College | 508 North 9th Street | | Immokalee | FL | 34142 | |
| Indivior Inc. | 10700 Prairie Lakes Drive | | Eden Prairie | MN | 55344 | |

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| InEight Inc. | 9977 North 90th Street | | Scottsdale | AZ | 85258 | |
| INFOJINI, INC | 891 ELKRIDGE LANDING RD, SUITE 190 | | Linthicum Heights | MD | 21090 | |
| Innovative Information Technologies Inc. | 5 Independence Way, Suite 230 | | Princeton | NJ | 08540 | |
| Inovalon | 4321 Collington Road | | Bowie | MD | 20716-2259 | |
| Integral Ads Science | 955 Morton Street | | New York | NY | 10014 | |
| Integrated Business Services | 3 Brandywine Road | | South Barrington | IL | 60010 | |
| iPARTNER CONSULTING, INC | 1013 CENTRE ROAD, SUITE 403S | | Wilmington | DE | 19805 | |
| IPSOS-LOYALTY, INC | Morris Corporate Center | One Upper Pond RD, Bldg D | Parsippany | NJ | 07054 | |
| Isola Group | 3100 West Ray Road, Suite 301 | | Chandler | AZ | 85226 | |
| ISPACE,INC | 2381 ROSECRANS AVENUE, SUITE 110 | | El Segundo | CA | 80245 | |
| IT TRAILBLAZERS, LLC | 2050, State Route 27, Suite #203 | | Brunsiwch | NJ | 08902 | |
| Izenda License | 5775 Peachtree Dunwoody Rd. C 300 | | Atlanta | GA | 30342 | |
| J.B. LaFaigue Special Ed Center | 4515 Eddie Williams Boulevard | | Alexandria | LA | 71302 | |
| JA Benefits LLC | 1630 H Street | | Bedford | IN | 47408 | |
| James Metroyer | P.O Box 731 | | Humbl | TX | 77347 | |
| JD Byrider | 12802 Hamilton Crossing Blvd. | | Carmel | IN | 46032 | |
| Jeff & Beverly Cameron | 1725 Knights Way | | Naples | FL | 34112 | |
| JEFFREY T. GROSS LTD | 621 S W. TOUHY AVENUE | | Chicago | Il | 60646-1105 | |
| JELD-WEN, Inc. | 3303 Lakeport Blvd | | Klamath Falls | OR | 97601 | |
| Jen-Dar Realty, LLC | 1246 South River Road | | Cranbury | NJ | 08512 | |
| JMD PARTNERS, INC | 283 EAST HOFFMAN AVE | | Lindenhurt | NY | 11757 | |
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) - Office Rent - IL (HQ) | Real Estate Division - Dept  A | P.O. Box 5147 | Buffalo | NY | 14240-5147 | |
| John Hancock Life Insurance Company (USA) | 1501 E Woodfield Rd | | Schaumburg | IL | 60173 | |
| JW Consulting LLC | 235 Fern Rock Way | | Boulder Creek | CA | 95006 | |
| K12 Data, INC | 3570 East 12th Avenue, 3rd Floor | | Denver | CO | 80206 | |
| Kansas City Series of Lockton Companies | C/o Commerce Bank | P O Box 802707 | Kansas City | MO | 64180-2707 | |
| Karma Automotive | 2975 Red Hill Ave Suite 200 | | Costa Mesa | CA | 92626 | |
| Kaufman & Kahn, LLP | 747 Third Avenue, 32nd Floor | | New York | NY | 10017 | |
| K8 Sutton Elementary School | 1315 Highway 83 North | | Forsyth | GA | 31029 | |
| KCRA 3 | 3 Television Circle | | Sacramento | CA | 95814 | |
| Kelly Moore Paints | 2050 San Ramon Valley Blvd | | San Ramon | CA | 94583 | |
| Kentucky Migrant Regions | 164 Opportunity Way | | Lexington | KY | 40511 | |
| KERMIT ISD (TX 4825560) | 601 S POPLAR | | KERMIT | TX | 79745 | |
| KESTE, LLC | 6100 WEST PLANO PKWY, STE. 1800 | | Plano | TX | 75093 | |
| Keypath Education, Inc. | 15500 W 113th St #200 | | Lenexa | KS | 66219 | |
| KLX Inc | 1300 Corporate Center Way | | Wellington | FL | 33414 | |
| KNOWLEDGENT GROUP, INC | 3 MOUNTAIN VIEW ROAD, 2ND FLOOR | | Warren | NJ | 07059 | |
| K-Tek Resourcing LLC | 9494 Southwest Freeway, Suite 105 | | Houston | TX | 77047 | |
| La Villa ISD | 500 East 9th Street | | La Villa | TX | 78562-0009 | |
| LA VILLA ISD (TX 4825340) | P.O BOX 9 | | LA VILLA | TX | 78562 | |
| Labelle Migrant Program-Hendry County School District | 111 Curry Street Rm 1-003 | | LABELLE | FL | 33935 | |
| Lake Cumberland Youth Development Center | 9000 Highway 1546 | | Monticello | KY | 42633 | |
| Lake Forest Elementary Charter School | 11110 Lake Forest Blvd | | New Orleans | LA | 70128 | |
| Lakeview Operations/Pivotal (Watermark) | 10230 N E Points Drive | | Kirkland | WA | 98033 | |
| Lamar Junior High School | 4814 Mustang Ave | | Rosenberg | TX | 77471 | |
| Lancaster Correctional Institution | 3449 SW State Road 26 | | Trenton | Fl | 32693 | |
| Laredo ISD | 1702 Houston St | | Laredo | TX | 78040 | |
| Laurel Oaks - Behavioral Health Center | 700 East Cottonwood Road | | Dothan | AL | 36301 | |
| Law Offices of Damon M. Cheronis | 140 S. Dearborn St., Suite 411 | | Chicago | IL | 60603 | |
| Law Offices Of Marla Cruz Gold | 134 Franklin Corner Road, Suite 107 | | Lawrenceville | NJ | 08648 | |
| Lee County Youth Services | 1109 Spring Drive | | Opelika | AL | 36801 | |
| Leetink partners LLC | One Federal Street, 37th Floor | | Boston | MA | 02110 | |
| Levelland ISD | 704 11TH ST | | LEVELLAND | TX | 79336 | |
| LEVINOF, INC (DBA – ATLANTIC PARTNERS, CORP) | 6601 BROKEN SOUND PARKWAY, SUITE 506 | | Boca Raton | FL | 33487 | |
| Levy County Schools | 480 Marshburn Drive | | Bronson | FL | 32621 | |

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| LHH Knightbridge | 250 Yonge Street | | Toronto | ON | M5N2L7 | INTL |
| Lincoln Middle | 1601 N 27th St | | Mcallen | TX | 78501-9999 | |
| LINCOLN MIDDLE (TX 482967003338) | 2000 North 23rd Street | | MCALLEN | TX | 78501 | |
| Lincoln Parish School District | 410 S Farmerville St | | Ruston | LA | 71270 | |
| Littlefield Middle School | 9674 Nc Highway 41 N | | Lumberton | NC | 28358 | |
| Live Oak Elementary School | 500 Kirkland Rd | | Covington | GA | 30016 | |
| Livingstone Partners LLC | 443 North Clark St, Suite 200 | | Chicago | IL | 60654 | |
| LJ Soldinger Associates | 21925 Field Pkway, Suite 240 | | Deer Park | IL | 60010 | |
| Lockton Companies | 444 W 47th Street, Suite 911 | | Kansas City | MO | 64112-1906 | |
| Logicalis Inc. | Department # 172301 | P.O. Box 67000 | Detroit | MI | 48267-1723 | |
| Lonnie Jackson Academy | 4601 Buena Vista Rd | | Columbus | GA | 31907 | |
| Lorenzo ISD | PO BOX 520 | | LORENZO | TX | 79343 | |
| Lotus Engineering | 1254 North Main Street | | Ann Arbor | MI | 48104 | |
| Luckstone Corporation | 515 Stone Mill Dr | | Manakin Sabot | VA | 23103 | |
| LUMEN SOLUTIONS, INC | 5667 STONE ROAD, SUITE 535 | | Centreville | VA | 20120 | |
| MADISON (FL 1201200) | 210 NE DUVAL AVE | | St. Augustine | FL | 32095 | |
| Madison County School District | 210 NE Duval Avenue | | Madison | FL | 32340 | |
| MADISON PARISH (LA 2201050) | P.O. BOX 1620 | | TALLULAH | LA | 71284 | |
| Manatee County School District | PO BOX 9069 | | BRADENTON | FL | 34206 | |
| Marshall Medical Center | PO Box 672 | | Placerville | CA | 95667 | |
| MARTIN (FL 1201290) | 500 E OCEAN BLVD | | STUART | FL | 34994 | |
| Martin Girls Academy | 800 SE Monterey Road | | Stuart | FL | 34994 | |
| MARUTI CONSULTING | 4699 OLD IRONSIDES DR, SUITE 275 | | Santa Clara | CA | 95054 | |
| McAfee, Inc. | 6052 Payshere Circle | | Chicago | IL | 60674-6052 | |
| McAllen ISD | 2000 N 23Rd St | | McAllen | TX | 78501-2000 | |
| McKinley County Juvenile Services | 640 Boardman Ave | | Gallup | NM | 87301 | |
| McLaughlin Smoak & Clarke Benef | 710 Johnnie Dodds Blvd | Suite 102 | Mount Pleasant | SC | 29464 | |
| Meadowview Elementary | 4312 Shed Rd | | Bossier City | LA | 71111 | |
| Memorial Elementary | 1700 S. Border Street | | Weslaco | TX | 78596 | |
| Meteorological Svc of NZ Ltd. | 30 Salamanca Road | Kelburn | Wellington | New Zealand | 6012 | INTL |
| Michael's Uptown Cafe | 102 E Kirkwood Ave | | Bloomington | IN | 47408 | |
| Microsoft Exchange Cloud | 3626 E. Little Cottonwood Lane | | Sandy | UT | 84092 | |
| Migrant Education Northern Region: Kentucky Department of Education (KY) | 164 Opportunity Way, Bldg B, Room 100C | | Lexington | KY | 40511 | |
| Mindspark Interactive Network | 29 Wells Avenue, Suite 300 | | Yonkers | NY | 10701 | |
| Missouri Department of Youth Services | 1410 Genessee Street | | Kansas City | MO | 64102 | |
| Mitchell County School District | 108 South Harney Street | | Camilla | GA | 31730 | |
| Mitsui Inc. | 200 Park Avenue, 36th Floor | | New York | NY | 10166 | |
| MongoDB | 100 Forest Ave | | Palo Alto | CA | 94301 | |
| Monster | Plot No 1024 & 1024/1 | Road No 45 Jubilee Hills | Hyderabad | INDIA | 500 033 | INTL |
| Montgomery Public School District | 307 S. Decatur Street | | Montgomery | AL | 36104 | |
| Moodys | 410 Totten Pond Road | | Waltham | MA | 2451 | |
| Morpho Detection | P. O. Box 51351 | | Livonia | MI | 48151 | |
| Murad | 2121 Park Place 1st. Floor | | El Segundo | CA | 90245 | |
| Nasdaq Corporate Solutions, LLC | LBX#11700 | P. O. Box 780700 | Philadelphia | PA | 19178-0700 | |
| Navis LLC | 55 Harrison Street, Suite 600 | | Oakland | CA | 94607 | |
| NBC Universal Media, LLC | 100 Universal City Plaza | | Universal | CA | 91608 | |
| NE Baptist Church | 3204 North Carolina Highway 55 | | Durham | NC | 27713 | |
| NESTLE BUSINESS SERVICES | 801 Chouteau, Bldg A | | St. Louis | MO | 63102 | |
| NET MATRIX SOLUTIONS, INC | 10235 WEST LITTLE YORK ROAD, SUITE 435 | | Houston | TX | 77040 | |
| NET2SOURCE, INC. | ONE EVERTUST PLAZA, SUITE 305 | | Jersey City | NJ | 07302 | |
| New Life 21st CCLC | 7415 Fayetteville Road | | Durham | NC | 27713 | |
| Newport Beach and Company | 1600 Newport Center Drive, Suite 120 | | Newport Beach | CA | 92660 | |
| NEWTON COUNTY (GA 1303930) | 2109 Newton Drive, NE | | COVINGTON | GA | 30014 | |
| Newton County Theme School | 2207 Williams Street | | Covington | GA | 30014 | |
| NEWTON ISD (TX 4832730) | 414 N MAIN ST | | NEWTON | TX | 75966 | |

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| NM CORRECTIONS (NM 3500012) | PO Box 27116 | | Santa Fe | NM | 87501 | |
| North Bridge Elementary School | 2001 N Bridge St | | Weslaco | TX | 78596-4228 | |
| North Sumter Jr High School | 3300 Panola Parkway 34 | | Panola | AL | 35477 | |
| NorthWestern Benefit | 3438 Peachtree Road | Suite 1100 | Atlanta | GA | 30326 | |
| NPD Group | 900 W Shore Rd | | Port Washington | NY | 11050 | |
| Nyxent Corporation | 2202 Heydon Cir W | | Naples | FL | 34120-4580 | |
| Oak Hill Elementary School (GA 13039300207) | 6243 Hwy 212 | | Covington | GA | 30016 | |
| Ohio Dept of Rehab & Corrections | DRC Central Office | PO Box 182880 | Columbus | OH | 43218-2880 | |
| Online Tech | 305 E. Eisenhower Parkway, Suite 300 | | Ann Arbor | MI | 48108 | |
| Ouachita Parish School Dist | Po Box 1642 | | Monroe | LA | 71210 | |
| Pace Center for Girls Collier County | 160 North 1st Street | | Immokalee | FL | 34142 | |
| Pacific Power | PO Box 26000 | | Portland | OR | 97256-0001 | |
| Page County Middle School | 198 Panther Drive | | Shenandoah | VA | 22849 | |
| PAID, INC | 200 FRIBERG PARKWAY SUITE 4004 | | Westborough | MA | 01581 | |
| Palmetto Youth Academy | 14494 Harlee Road | | Palmetto | FL | 34221 | |
| Pankow Builders | 1995. Los Robles Avenue, Suite 300 | | Pasadena | CA | 91101 | |
| Paper Fish Printing, Inc. | 17251 Alico Center Road #5 | | Ft. Myers | FL | 33967-6025 | |
| Paradigm Info Tech Inc. | 8830 Stanford Blvd, Suite 312 | | Columbia | MD | 21045 | |
| PASSPORT SCHOOL INC | 5221 CURRY FORD RD | | ORLANDO | FL | 32812 | |
| Paul D West Middle School | 2376 Headland Drive | | East Point | GA | 30344 | |
| Paychex, Inc | 675 Basket Rd | | Webster | NY | 14580 | |
| PayChex, Inc | 1001 Heathrow Park Lane, Suite 2001 | | Lake Mary | FL | 32746 | |
| Pearson Embanet | 50 NW Point Blvd | | Elk Grove Village | IL | 60007 | |
| Pecos River Valley Cooperative | 111 East 11th Street | | McCamey | TX | 79752 | |
| Pentel of America | 2715 Columbia Street | | Torrance | CA | 90503 | |
| PepsiCo | 700 Anderson Hill Road | | Purchase | NY | 10577 | |
| PepsiCo | 7701 Legacy Drive | 3T-992 | Plano | TX | 75024 | |
| PFC Mario Ybarra Elementary | 1800 E Mile 10 N | | Weslaco | TX | 78596 | |
| Pharr-San Juan-Alamo ISD | 601 East Kelly | | Pharr | TX | 78577 | |
| PHOENIX TECHNOLOGY PARTNERS, LLC | 8 HILLSIDE AVENUE, SUITE 210 | | Montclair | NJ | 07042 | |
| PHOTON INFOTECH, INC | 12200 FORD ROAD, SUITE A470 | | Dallas | TX | 75234 | |
| Physicians Eyecare Plan | 48 Courtenay Drive | | Charleston | SC | 29403 | |
| PINELLAS (FL 12015G0) | P.O. Box 2942 | | LARGO | FL | 33779 | |
| Pinellas County Schools | 301 Fourth St. SW | | Largo | FL | 33770 | |
| Pinnacle Learning Center | 930 Lake Park Road | | Valdosta | GA | 31601 | |
| Pitney Bowes Global Financial Services | PO Box 371887 | | Pittsburgh | PA | 15250-7887 | |
| Pleasant Valley Business Solutions | 11720 Sunrise Valley Drive #200 | | Reston | VA | 20191 | |
| Pointe Coupee Parish Schools | 321 Napoleon St | | New Roads | LA | 70760 | |
| POLK (FL 12015190) | PO BOX 391 | | BARTOW | FL | 33831 | |
| Polk County Public Schools | 1915 South Floral Ave. | | Bartow | FL | 33831 | |
| PORT ARTHUR ISD (TX 4835400) | P O BOX 1388 | | PORT ARTHUR | TX | 77641 | |
| POS Portal, Inc. | 180 Promenade Circle Suite 215 | | Sacramento | CA | 95834 | |
| PR Newswire | 350 Hudson Street, Suite 300 | | New York | NY | 10012 | |
| PROKARMA, INC | 222 S. 15th STREET, SUITE 505N | | Omaha | NE | 98102 | |
| PSE&G Co | PO BOX 14444 | | New Brunswick | NJ | 08906-4444 | |
| PSE&G Co | PO BOX 14444 | | New Brunswick | NJ | 08906-4444 | |
| Public Schools of Robeson County (NC 3703930) | PO Drawer 2909 | | Lumberton | NC | 28359 | |
| Purchase Power | P.O. Box 371874 | | Pittsburgh | PA | 15250-7874 | |
| Pyramid Consulting | 11100 Atlantis Place | | Alpharetta | GA | 30022 | |
| Quadrant 4 India | RR Towers IV, Super A 16 & 17 | Thiru. Vi. Ka Industrial Estate, Guindy, Chennai | Tamil Nandu | INDIA | 600032 | INTL |
| Qualitech (Time Consultant Online site) | 11301 Carmel Commons Blvd, Suite 310 | | Charlotte | NC | 28226 | |
| R THREE CONSULTING INC | 36 SAPPINGTON ACRES DR | | St Louis | MO | 63126 | |
| Rackspace US, Inc. | 1 Fanatical Place | City of Windcrest | San Antonio | TX | 78218 | |
| Rain King Software, Inc. | 7700 Old Georgetown Rd., 5th Floor | | Bethesda | MD | 20814 | |
| RANDSTAD TECHNOLOGIES, LTD | ONE UPPER POND ROAD | BUILDING D THIRD FLOOR | Parsippany | NJ | 07054 | |
| RARE Conservation | 1310 N. Courthouse Road, Suite 110 | | Arlington | VA | 22201 | |

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| Raul A Gonzalez Elementary School | 3801 North 5 1/2 Mile West | | Weslaco | TX | 78596 | |
| Reach Out Program | 6703 Melara | | Shreveport | LA | 71108 | |
| Reconstruction Experts | 5310 Vivian St. | | Arvada | CO | 80002 | |
| Red Gap Communications | 504 Main Street | | Fort Worth | TX | 76102 | |
| REDCHIP COMPANIES, INC | 500 WINDERLEY PLACE, SUITE 100 | | Maitland | FL | 32751 | |
| Redwater Junior High School | 202 Red River Road North | | REDWATER | TX | 75573 | |
| Regions Bank, Inc. | 1500 Riverfront Dr | | Little Rock | AR | 72203 | |
| Reliable Software Resources Inc. | 22260 Haggerty Rd, Suite 285 | | Northville | MI | 48167 | |
| Rentrack Corporation | 7700 NE Ambassador Place | | Portland | OR | 97220 | |
| RESOURCE LOGISTICS, INC | 505 THORNALL STREET, SUITE 400 | | Edison | NJ | 08837 | |
| RF Binder | 950 Third Avenue | | New York | NY | 10022 | |
| RICHARDSON EL (TX 481716001489) | 1946 Avenue Q, 3rd Floor | | Lubbock | TX | 79411 | |
| Richmond County Title 1 | 864 Broad Street, 1st Floor | | Augusta | GA | 30901 | |
| Ricoh USA, Inc. | 70 Valley Stream Parkway | | Malvern | PA | 19355 | |
| Rising Scholars Academy of South Texas | 1515 S. Helen Road | | San Benito | TX | 78586 | |
| Rivarde Detention Center | 1550 Gretna Blvd. | | Gretna | LA | 70058 | |
| RIVERVIEW LEARNING CTR | 801 N WILD OLIVE AVE | | DAYTONA BEACH | FL | 32118 | |
| ROBOKIND (EDU) | 211 N. Ervay St., Suite 1100 | | Dallas | TX | 75201 | |
| Rocker Industries | 1500 West 240th Street | | Harbor City | CA | 91740 | |
| Roswell Correctional Facility | 578 W. Chickasaw Road | | Hageman | NM | 88232 | |
| R Pandyscape, PC | 1270 Broadway, Suite 509 | | New York | NY | 10001 | |
| Salesforce.com Inc | P.O. Box 203141 | | Des Moines | IA | 75320-3141 | |
| Sam Houston Elementary | 608 North Canto Street | | Weslaco | TX | 78596 | |
| San Benito CISD | 240 N Crockett St | | San Benito | TX | 78586-4608 | |
| SAP America, Inc. | P.O. Box 7780-824024 | | Philadelphia | PA | 19182-4024 | |
| SAP Global Marketing Inc. | Attn: C/o WebEvents Global | 9081 Foothills Blvd., Suite 100 | Roseville | CA | 95747 | |
| SASHRIKA SOFTECH | SASHRIKA SOFTECH 8-3-31 | A.G. College Road Rapatla | Guntur Dist. | AP | 822101 | INTL |
| Savannah-Chatham County School District | 208 Bull Street | | Savannah | GA | 31401 | |
| Sawyer Technologies | P.O. Box 900788 | | Sandy | UT | 84090 | |
| Schaumburg CC owner LLC for the | P.O. Box 310633 | | Des Moines | IA | 50331-0633 | |
| Scholastic | 557 Broadway | | New York | NY | 10012 | |
| Scott County School District | 100 East First Street | | Forest | MS | 39074 | |
| Scott Elementary School | 1752 Hollywood Rd Nw | | Atlanta | GA | 30318 | |
| Sealed Air | 2415 Cascade Point Blvd | | Charlotte | NC | 28202 | |
| Securities Transfer Corporation | 2591 Dallas Parkway, Suite 102 | | Frisco | TX | 75034 | |
| Sentinel Insurance Company, Ltd | One Hartford Plaza | | Hartford | CT | 06155 | |
| Service Express, Inc. | 3854 Broadmoor Ave SE | | Grand Rapids | MI | 49512 | |
| Service Express, Inc. | 3854 Broadmoor Ave SE | | Grand Rapids | MI | 49512 | |
| Shelby County Schools | 160 S. Hollywood Street | | Memphis | TN | 38112 | |
| SIGMA RESOURCES | 7950 SALTSBURG ROAD, SUITE 2 | | Pittsburgh | PA | 15239 | |
| SIGNATURE CONSULTANTS, LLC | 233, S Wacker Drive, Suite 9820 | | Chicago | IL | 60606 | |
| SNYDER ISD (TX 4840650) | 2901 37TH ST | | SNYDER | TX | 79549 | |
| Software One | 20875 Crossroads Circle, Suite 1 | | Waukesha | WI | 53186 | |
| SonoSite Inc | 200 Summit Lake Drive | | Valhall | NY | 10595-1356 | |
| Source Interlink Media (TEN) | 1821 East Dyer Road, Suite 150 | | Santa Ana | CA | 92705 | |
| Southeastern Correctional Complex | 5900 BIS Road SW | | Lancaster | OH | 43130-9606 | |
| Southern Kentucky Migrant Education Program - Eastern Kentucky University | 521 Lancaster Ave | | Richmond | KY | 40475 | |
| Southside Alternative/Swanson Center | 4701 S. Grand St. | | Monroe | LA | 71202 | |
| Southside Elementary School (PK-5) | 3310 Old Louisville Road | | Augusta | GA | 30906 | |
| Spring Lake Youth Academy | 8806 Start Center Street SW | | Arcadia | FL | 34269 | |
| St Mary's Academy Charter School | 507 N. Filmore | | Beeville | TX | 78102 | |
| St. Andrew's School | 601 Penn Waller Rd | | Savannah | GA | 31410 | |
| St. George Elementary School (PK-6) | Highway 121 | | Saint George | GA | 31562 | |
| St. Johns Juvenile Residential Facility | 4500 Avenue D | | St Augustine | FL | 32095 | |
| STAFFTECH SOLUTIONS | 105 MONTGOMERY AVE, SUITE 1053 | | Lansdale | PA | 19446 | |

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| Star C Corporation | 1175 Peachtree Street N.E. | Suite 760 | Atlanta | GA | 30361-3534 | |
| Sterling Risk Advisors | 1640 Powers Ferry Road | Building 28 | Marrietta | GA | 30067 | |
| Stewart Middle Magnet School | 1125 Spruce Street | | Tampa | FL | 33607 | |
| Storm Industries | 23223 Normandie Avenue | | Torrance | CA | 90501 | |
| STRATITUDE | 6601 Koll Center Parkway, Suite # 132 | | Pleasanton | CA | 94566 | |
| Sumter County School District | 100 Learning Lane | | Americus | GA | 31719 | |
| SUN COMMUNITIES | 27777 FRANKLIN ROAD, SUITE 200 | | Southfield | MI | 48034 | |
| Sunshine Elementary School | 601 Sara Ave | | Lehigh Acres | FL | 33971 | |
| Sure Payroll | 2700 Patriot Blvd, Suite 300 | | Glenview | IL | 60026 | |
| Susan Crocker | 2131 Woodruff Road | | Greenville | SC | 29607 | |
| Synergy Pharmaceuticals | 420 Lexington Avenue, Suite 2012 | Suite 2100-349 | New York | NY | 10170 | |
| Syntactx | 150 Greenwich Street, 44th Floor | | New York | NY | 10007 | |
| Tableau International, U.C. | The Oval, Shelbourne Road | Ballsbridge | Dublin | Ireland | 4 | INTL |
| Tableau International, U.C. | The Oval, Shelbourne Road | Ballsbridge | Dublin | Ireland | 4 | INTL |
| TALENER GROUP, LLC | 15 BROAD ST, STE 404 | | Boston | MA | 02109 | |
| Tantie Juvenile Residential Facility | 5050 NE 168th Street | | Okeechobee | FL | 34972 | |
| TECHLINK, INC | 1200 MACARTHUR BLVD | | Mahwah | NJ | 07430 | |
| TECHNICAL YOUTH, LLC | 8365 KEYSTONE CROSSING, SUITE 104 | | Indianapolis | IN | 46240 | |
| TECHSTAR CONSULTING, INC | 28411 NORTHWESTERN HWY, SUITE 640 | | Southfield | MI | 48034 | |
| TechTalent | 222 WEST LAS COLINAS BLVD, SUITE # 540, E | | Irving | TX | 75039 | |
| Tennessee Dept of Children's Services | 2140 Lake Park Blvd. | | Richardson | TX | 75039 | |
| teradyne Infotech, Inc | 436 6th Avenue North | | Nashville | TN | 37243 | |
| TerraPower LLC | 24155 Drake Rd, Suite # 120 | | Farmington Hills | MI | 48335 | |
| Texas Library Association | 330 120th Avenue NE, Suite 100 | | Bellvue | WA | 98005 | |
| Texthelp Inc (Education Group) | 3355 Bee Cave Road | | Austin | TX | 78746-6763 | |
| THE ENDEAVOR | 100 Unicorn Park Dr Ste 5 | | Woburn | MA | 01801 | |
| The Fifth Third Bank | 730 Main St, Suite 2D | | Millis | MA | 02054 | |
| THE HARTFORD | P O Box 630337 | | Cincinnati | OH | 45263-0337 | |
| The Hartford | GROUP BENEFITS DIVISION | ONE HARTFORD PLAZA | Hartford | CT | 06155 | |
| The Hartford | P O Box 660916 | | Dallas | TX | 75266-0916 | |
| The Harvest Community Initiative | 305 Lake Drive | | Ferriday | LA | 71334 | |
| The L. Warner Companies, Inc. | 9690 Deereco Road | Suite 650 | Timonium | MD | 21093 | |
| The Law Offices of Morley J. Nair | 67 Buck Road, Suite B-55 | | Huntington Valley | PA | 19006 | |
| The Marick Group | 25 Catoctin Circle SE #1318 | | Leesburg | VA | 20175 | |
| The Nasdaq OMX Group, Inc. | Wells Fargo Bank | 401 Market Street | Philadelphia | PA | 19106 | |
| The Other Idea | 4590 Mac Arthur Blvd, Floor 5 | | Newport Beach | CA | 92660 | |
| The Private Bank & Trust Company | 120 S. LaSalle Street | | Chicago | IL | 60603 | |
| Thomas Law LLC | 50 South State Street, Suite 250 | | Denver | CO | 80209 | |
| Thomasville Community Resource Center | 501 Varnedoe Streeet | | Thomasville | GA | 31799 | |
| Thrive Networks, Inc | 661 Pleasant Street | | Norwood | MA | 02062 | |
| Tiger Analytics LLC | 4524 Carlyle Ct, Suite 2024 | | Santa Clara | CA | 95054 | |
| Tima Consulting Ltd | PO Box 548 | | Nelson | New Zealand | 7040 | INTL |
| Trade Risk Guaranty Brokerage Services, I | 211 East main Street  Suite C | | Bozeman | MT | 59715 | |
| Tremor Video | 1501 Broadway, Suite 801 | | New York | NY | 10036 | |
| TRILLIAN TECHNOLOGIES, LLC | 1604 SPRING HILL ROAD, SUITE 200 | | Vienna | VA | 22182 | |
| TriZetto Corporation | 9655 Maroon Circle | | Englewood | CO | 80112 | |
| Truescape | Level 2, | 122 Riccarton Road | Christchurch | New Zealand | 8140 | INTL |
| UNION JUVENILE RESIDENTIAL SCH | 14692 NE COUNTY ROAD 199 | | RAIFORD | FL | 32083 | |
| USM BUSINESS SYSTEMS, INC | 14175 SULLYFIELD CIRCLE, SUITE #400 | | Chantilly | VA | 20151 | |
| Valent USA Corporation | 1600 Riviera Avenue Suite 200 | | Walnut Creek | CA | 94596-8025 | |
| ValidaTek | 1655 N. Fort Myer Drive | | Arlington | VA | 22209 | |
| VDART, INC | 11180 STATE BRIDGE ROAD, STE 402 | | Alpharetta | GA | 30022 | |
| Verinon Technology Solutions LTD | 3395 N Arlington Heights Road | | Arlington Heights | IL | 60004 | |
| Viacom | PO Box 2232 | | Secaucus | NJ | 07094-2232 | |
| VINCENTBENJAMIN, LLC | Accounts Payable Dept | 2415 E CAMELBACK ROAD, SUITE 1000 | Phoenix | AZ | 85016 | |
| VISTEX, INC | 2300 Barrington Road | | Hoffman Estates | IL | 60169 | |

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| Volusia County School District | 200 North Clara Avenue | | Deland | FL | 32720 | |
| Vonage Digital Voice | 23 Main Street | | Holmdel | NJ | 07733 | |
| Vorenkamp Educational Consulting LLC | 1147 Oak Harbor Dr | | Morgan City | LA | 70380 | |
| Vulcan Materials Company | 1701 Valley View Dr | | Birmingham | AL | 35209 | |
| Wallace Community College | 1141 Wallace Drive | | Dothan | AL | 36303 | |
| Wallace Gregg Elementary | 515 Francis Marion Rd | | Florence | SC | 29506 | |
| Washington Co School District | 802 Washington St | | Plymouth | NC | 27962 | |
| Washington County School Program at Okeechobee | Youth Development Center | 7202 HWY 441 North | Okeechobee | FL | 34972 | |
| Washington Elementary School District | 4650 W. Sweetwater | | Glendale | AZ | 85304 | |
| Watermark Estate Management Services | 10230 N.E Points Drive, Suite 200 | | Kirkland | WA | 98033 | |
| WAYNE CO SCHOOL DISTRICT (KY) | 1025 S MAIN ST | | MONTICELLO | KY | 42633 | |
| Wells Fargo | 176 Croghan Spur Rd | 3rd Floor | Charleston | SC | 29407 | |
| Wells Fargo Vendor Financial Services, In (Brainchild Copier) | P O Box 740540 | | Atlanta | GA | 30374-0540 | |
| Weslaco ISD | 319 West Fourth Street | | Weslaco | TX | 78596-0266 | |
| Wesley Heights Elementary School (PK-5) | 1801 Amber Drive | | Columbus | GA | 31907 | |
| West Clay Elementary School (K-6) | 9414 Joe Stevens Road | | Cedar Bluff | MS | 39741 | |
| WEST ORANGE-COVE CISD (TX 4845090) | P O BOX 1107 | | ORANGE | TX | 77631 | |
| West Oso ISD | 5050 Rockford Dr | | Corpus Christi | TX | 78416-2530 | |
| WestH-Larsen Shipping US | C/O Saga Welco, P.O. Box 8367 | | Savannah | GA | 31412 | |
| Westside Elementary School | 5800 APPLEGATE DR | | SPRING HILL | FL | 34606 | |
| WILLISTON ELEMENTARY SCHOOL | 801 S MAIN ST | | WILLISTON | FL | 32696 | |
| Winterville Charter Academy | 4160 Bayswater Road | | Winterville | NC | 28590 | |
| Woodsboro Elementary School | 408 S. Kasten | | Woodsboro | TX | 78393-0770 | |
| Worldrex Technology Ltd. (Brainchild Study Buddy) | Room 1506, 15/F Takshing House | 20 Des Voeux Road Central | Hong Kong | CHINA | | INTL |
| Wright-Patt Credit Union | P. O. Box 340134 | | Beavercreek | OH | 45434-0134 | |
| XSICON SOLUTIONS, LLC | 1420 SPRING HILL ROAD, SUITE 202 | | McLean | VA | 22102 | |
| Yazoo County Junior High School (7-8) | 6781 Highway 49 Frontage Road | | Yazoo City | MS | 39194 | |
| ZERO CHAOS | 420 S. ORANGE AVE, SUITE 600 | | Orlando | FL | 32801 | |

**Fill in this information to identify the case:**

Debtor name __Quadrant 4 System Corporation__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __17-19689__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                             *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Stratitude, Inc. | 6601 Koll Center Pkwy<br>Suite 132<br>Pleasanton, CA 94566 | BMO Financial Group | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Stratitude, Inc. | 6601 Koll Center Pkwy<br>Suite 132<br>Pleasanton, CA 94566 | BIP Capital | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |