Fill in this information to identify the case:

Debtor name    Stratitude, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    17-30724

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

|  |  | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | $72.52 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Freemont Bank | Checking - Operating | 1437 | $136,917.17 |
| 3.2. | Freemont Bank | Checking - Payroll | 1496 | $0.00 |
| 3.3. | Bank of America | Checking - Operating | 2310 | $8,491.52 |
| 3.4. | BMO Harris Bank, N.A. | Checking - Collections | 8165 | $680,066.93 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | None | | $0.00 |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$825,548.14

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  Stratitude, Inc.
Name

Case number *(if known)* 17-30724

**Part 2:**  **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. Security Deposit - Stratitude Office
Holder:  West State Co LP $3,400.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. Prepaid Expenses Immigration Fees. The Debtor's records reflect a prepayment of $29,005.00 being paid to the Department of Homeland Security. This amount is amortized over 36 months (the duration for each work permit). The Debtor does not know how much of the payment, if any, is considered as a prepayment by the Department of Homeland Security. Unknown

8.2. Book entries reflect face value of approximately $9,649.88 as miscellaneous prepaid expenses however the Debtor does not believe they exist any longer. $0.00

8.3. Recruiting Services
Holder of Prepayment:  Dice Career Solutions Inc. $6,915.00

8.4. Employee Advance - Employee Payroll - Wage advances for various employees arriving from India to assist with moving and settlement expenses. $2,061.05

8.5. Prepayment for post petition consulting fees and costs
Holder of Prepayment: Silverman Consulting, Inc. $15,000.00

8.6. Prepayment for post petition legal fees and costs
Holder of Prepayment: Adelman & Gettleman, Ltd. $5,217.00

9. **Total of Part 2.** $32,593.05
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:  919,810.00  -  28,008.00  = ....  $891,802.00
face amount  doubtful or uncollectible accounts

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor    Stratitude, Inc.
          Name                                          Case number *(If known)*  17-30724

| 11b. Over 90 days old: | 148,853.00 | - | 123,605.00 | =.... | $25,248.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**                                                         $917,050.00
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**
**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**
**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**
**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**
**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>See Exhibit to Questions 39-41 attached hereto. | Unknown | | Unknown |
| 40. | **Office fixtures**<br>See Exhibit to Questions 39-41 attached hereto. | Unknown | | Unknown |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>See Exhibit to Questions 39-41 attached hereto. | Unknown | | Unknown |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.   None | $0.00 | | $0.00 |

| Debtor | Stratitude, Inc. | Case number *(If known)*  17-30724 |
|---|---|---|
| | Name | |

**43.**  **Total of Part 7.**                                                                                        $0.00
Add lines 39 through 42. Copy the total to line 86.

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**
  ■ No
  ☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 8**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

  ■ No. Go to Part 9.
  ☐ Yes Fill in the information below.

**Part 9**    **Real property**

**54. Does the debtor own or lease any real property?**

  ☐ No. Go to Part 10.
  ■ Yes Fill in the information below.

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
|     6601 Koll Center Pkwy.<br>    Suite 132<br>    Pleasanton, CA 94506 | Leasehold | Unknown | | Unknown |
| 55.2. | | | | |
|     39159 Paseo Padre Parkway<br>    Suite 216<br>    Freemont, CA 94538<br><br>    This lease was rejected as of 10/13/2017 by Order of Court entered 10/20/2017 [Docket No. 36] | Leasehold - co-signer with Agama Solutions, Inc. | Unknown | | $0.00 |

**56.**  **Total of Part 9.**                                                                                        $0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**
  ■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor    Stratitude, Inc.
       Name

Case number *(if known)*  17-30724

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** <br> See Exhibit to Questions 60-65 attached hereto. | Unknown | | Unknown |
| 61. | **Internet domain names and websites** <br> See Exhibit to Questions 60-65 attached hereto. | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** <br> See Exhibit to Questions 60-65 attached hereto. | Unknown | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** <br> See Exhibit to Questions 60-65 attached hereto. | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property** <br> See Exhibit to Questions 60-65 attached hereto. | Unknown | | Unknown |
| 65. | **Goodwill** <br> See Exhibit to Questions 60-65 attached hereto. | Unknown | | Unknown |

66.  **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.
                                                                                       $0.00

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

| Debtor | Stratitude, Inc. | Case number *(if known)*  17-30724 |
|---|---|---|
| | Name | |

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor) | |
| | None         0.00  -       0.00  =<br>            Total face amount    doubtful or uncollectible amount | $0.00 |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | None                          Tax year | $0.00 |
| **73.** | **Interests in insurance policies or annuities** | |
| | None | $0.00 |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | See Exhibit to Questions 74-75 attached hereto.<br>**Nature of claim**<br>**Amount requested**        $0.00 | Unknown |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | See Exhibit to Questions 74-75 attached hereto.<br>**Nature of claim**<br>**Amount requested**        $0.00 | Unknown |
| | Claims against Agama Solutions, Inc. arising out of the Stratitude/Agama Transaction as defined in the Disclaimer attached as Exhibit A hereto.<br>**Nature of claim**       Multiple<br>**Amount requested**        $861,000.00 | $861,000.00 |
| **76.** | **Trusts, equitable or future interests in property** | |
| | None | $0.00 |
| **77.** | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | None | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    Stratitude, Inc.
          Name

Case number *(if known)*  17-30724

78.    **Total of Part 11.**
       Add lines 71 through 77. Copy the total to line 90.                                    $861,000.00

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ▪ No
       ☐ Yes

Debtor    Stratitude, Inc.                                Case number *(If known)*  17-30724
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $825,548.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $32,593.05 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $917,050.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **Unknown** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **Unknown** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $861,000.00 **Plus unknowns** | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,636,191.19 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,636,191.19 **Plus unknowns** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# Schedule A/B Part 7:

## Questions 39-41
## Office furniture, fixtures, and equipment

SCHEDULE A/B PART 7:
QUESTIONS 39-41
OFFICE EQUIPMENT (OWNED)

| General Description | Quantity | Type | Location | Current Value |
|---|---|---|---|---|
| Wooded 4 shelved rack | 1 | Office Furniture | Pleasanton, CA | Unknown |
| Steel 5 shelved rack | 1 | Office Furniture | Pleasanton, CA | Unknown |
| Steel closed Almirah (for stationery) | 1 | Office Furniture | Pleasanton, CA | Unknown |
| Filing cabinet (4 shelved) | 2 | Office Furniture | Pleasanton, CA | Unknown |
| Steel rack 3 shelved | 1 | Office Furniture | Pleasanton, CA | Unknown |
| L shaped wooden desk | 1 | Office Furniture | Pleasanton, CA | Unknown |
| Wooden desks | 8 | Office Furniture | Pleasanton, CA | Unknown |
| Fixed arm chairs | 8 | Office Furniture | Pleasanton, CA | Unknown |
| Swivel chairs | 15 | Office Furniture | Pleasanton, CA | Unknown |
| Side Draws for wooden tables | 12 | Office Furniture | Pleasanton, CA | Unknown |
| Two shelved wooden rak | 1 | Office Furniture | Pleasanton, CA | Unknown |
| MFC 9560 CDW Brother Printer | 1 | Office Equipment | Pleasanton, CA | Unknown |
| MFC 8480 DN Brother Printer | 1 | Office Equipment | Pleasanton, CA | Unknown |
| MFC 7860 DW Brother Printer | 2 | Office Equipment | Pleasanton, CA | Unknown |
| Small wooden conference table | 1 | Office Furniture | Pleasanton, CA | Unknown |
| Dell Monitors | 7 | Office Equipment | Pleasanton, CA | Unknown |
| Sofa two seater | 1 | Office Furniture | Pleasanton, CA | Unknown |
| Sofa single seater | 2 | Office Furniture | Pleasanton, CA | Unknown |
| Wooden filing cabinet | 1 | Office Equipment | Pleasanton, CA | Unknown |
| Portable refrigerator | 1 | Kitchen Equipment | Pleasanton, CA | Unknown |
| Microwave | 1 | Kitchen Equipment | Pleasanton, CA | Unknown |
| Wooden storage rack for kitchen supplies | 1 | Kitchen Equipment | Pleasanton, CA | Unknown |
| Softboard | 2 | Office Fixture | Pleasanton, CA | Unknown |
| Semi softboard and whiteboard | 2 | Office Fixture | Pleasanton, CA | Unknown |
| Whiteboard Medium | 5 | Office Fixture | Pleasanton, CA | Unknown |
| Whiteboard Large | 1 | Office Fixture | Pleasanton, CA | Unknown |
| Projector Screen | 1 | Office Fixture | Pleasanton, CA | Unknown |
| Projector - DELL | 1 | Office Equipment | Pleasanton, CA | Unknown |
| Artificial decorative plants | 1 | Other | Pleasanton, CA | Unknown |
| Center Table | 1 | Office Furniture | Pleasanton, CA | Unknown |
| Dell - Yoga Laptop | 1 | Office Equipment | Pleasanton, CA | Unknown |
| Lenova Thinkpad | 1 | Office Equipment | Pleasanton, CA | Unknown |
| Dell | 1 | Office Equipment | Pleasanton, CA | Unknown |
| Lenova  Laptop | 1 | Office Equipment | Pleasanton, CA | Unknown |
| HP Laptop | 1 | Office Equipment | Pleasanton, CA | Unknown |
| Mitel Desk IP Phones | 6 | Office Equipment | Pleasanton, CA | Unknown |
| Yealink IP Desk phones | 17 | Office Equipment | Pleasanton, CA | Unknown |
| Paper Shreddars | 2 | Office Equipment | Pleasanton, CA | Unknown |
| Miscellaneous office furnishings, fixtures and supplies | | | Pleasanton, CA | Unknown |

SCHEDULE A/B PART 7:
QUESTIONS 39-41
OFFICE EQUIPMENT (LEASED)

| General Description | Quantity | Type | Location | Current Value |
|---|---|---|---|---|
| Toshiba printer and copier | 1 | Office Equipment | Pleasanton, CA | Unknown |
| Ready Refresh by Nestle/Arrowhead Water Filter | 1 | Kitchen Equipment | Pleasanton, CA | Unknown |

# Schedule A/B Part 10:

## Questions 60-65
## Other intangibles, or
## intellectual property

## Schedule A/B Part 10, Questions 60-65, Other Intangibles, or Intellectual Property

| TYPE OF ASSET | DESCRIPTION | VALUE |
|---|---|---|
| Intangible asset | Customer list | Unknown |
| Intangible Asset | Zen application - Software product developed by Debtor | Unknown |
| Intangible Asset | Ajile application - Software product developed by Debtor | Unknown |
| Internet Domain Name | http://www.stratitude.com | Unknown |
| Miscellaneous intangible assets and intellectual property relating to Debtor's business | | Unknown |

## EXHIBIT TO

## BANKRUPTCY SCHEDULE B, PART 11, ALL OTHER ASSETS

## QUESTION 74 – Causes of Action against third parties

## QUESTION 75 – Other contingent and unliquidated claims or causes of action

EXHIBIT TO BANKRUPTCY SCHEDULE B, PART 11, ALL OTHER ASSETS

QUESTION 74 - Causes of action against third parties

QUESTION 75 - Other contingent and unliquidated claims or causes of action

On November 3, 2016, Quadrant 4 System Corporation (**"Q4"**)(debtor in that Chapter 11 Case pending in this District as Case No. 17-19689, filed 6/29/17) acquired 100% of the issued and outstanding common stock of Stratitude, Inc., debtor herein (**"Debtor"**), pursuant to that certain Stock Purchase Agreement dated as of November 3, 2016 between "Stratitude, Inc. and The Shareholders of Stratitude, Inc.", as sellers, and Q4, as purchaser, for approximately $6.2 million. The shareholders of the Debtor prior to such acquisition were Messrs. Ashish Sanan (39.4%), Pankaj Kalra (39.4%), and Khannan Sankaran (21.2%) (collectively, the **"Former Shareholders"**).  Concurrently with such stock acquisition, and as a condition thereof, the Debtor acquired certain of the assets of Agama Solutions, Inc., a California corporation (**"Agama"**), pursuant to that certain Asset Purchase Agreement dated as of November 3, 2016 between Agama, as seller, and the Debtor, as purchaser (collectively, the **"Stratitude/Agama Transactions"**).

A little over 3 weeks thereafter, on November 29, 2016, the United States Attorney's Office for the Northern District of Illinois (**"U.S. Attorneys"**) filed a criminal complaint against two of Q4's principal shareholders, who at that time were also officers and directors of Q4 and the Debtor, entitled *United States of America v. Nandu Thondavadi and Dhru Desai*, Case No. 16CR772 (USDC N.D. IL, E.D.) (**"Criminal Action"**) [Docket No. 1]. On November 30, 2016, Messrs. Thondavadi and Desai (**"Criminal Defendants"**) were arrested by agents of the Federal Bureau of Investigation in connection with the Criminal Action. The Criminal Action arises out of alleged violations of, inter alia, the federal securities and interstate wire laws, and false statements made to the Securities and Exchange Commission (**"SEC"**), including allegations that the Criminal Defendants intentionally provided Q4's audit firms with false information for public filings with the SEC concerning two or more of Q4's major asset acquisitions in order to inflate the purchase prices reported, and in turn, increase the stock prices for Q4's publicly held stock. The Criminal Defendants resigned as officers and directors of Q4 and the Debtor on December 5, 2016.

On June 29, 2017, the U.S. Attorneys filed a Criminal Information in the Criminal Action [Docket No. 50] adding multiple additional charges against the Criminal Defendants, including misappropriation of monies from Q4 and others over a period of years; causing "Fake Revenue" to be recorded on Q4's books and records; causing the concealment of numerous liabilities of Q4, including federal tax liability and tax returns; and numerous other acts of misconduct and wrongdoing.

The Debtor's current management is unfamiliar with the negotiations, determination of purchase price, and any other actions between the Criminal Defendants and the Former Shareholders or any other third parties leading up and relating to, or arising under, the closing of the Stratitude/Agama Transactions, or any time thereafter. In light of the nature of the allegations in the Criminal Action, the Debtor does not know if any actions of the Criminal Defendants concerning the Stratitude/Agama Transactions may have created any significant claims and

causes of action, including other contingent and unliquidated claims and causes of action, against either or both of the Criminal Defendants, their affiliates, representatives, agents, successors and assigns, as well as any number of other persons or entities, for matters as yet unknown and/or whose identities are as yet undetermined.

In the course of the Chapter 11 Case, information may be discovered by the Debtor's management and representatives, which the Debtor will bring to the attention of the Bankruptcy Court, Office of the United States Trustee, the Official Committee of Unsecured Creditors serving in the Chapter 11 Case, U.S. Attorneys, SEC, and other federal and/or state governmental agencies, as applicable, and to the extent practicable.

In depth investigations of the Stratitude/Agama Transactions and all persons and entities involved therewith, including, without limitation, all post-closing activities relating thereto, will likely be conducted by a subsequently appointed Creditor Trustee or Chapter 7 bankruptcy trustee following the completion of the Debtor's ongoing marketing and sale efforts pursuant to orders of the court and anticipated additional orders of the Court. Dependent on the outcome of such investigations, one or more causes of action, if any, may be commenced sometime in the future as to persons and/or entities to be determined.

As such, as of the date hereof, the existence, nature and extent of any and all assets of the Debtor responsive to Questions 74 and 75 above are unknown.

Fill in this information to identify the case:

Debtor name     Stratitude, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   17-30724

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** BIP Lender, LLC<br>Creditor's Name<br>c/o Nelson Mullins<br>1 Post Office Square<br>Attn: Peter J. Haley<br>Boston, MA 02109<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>All Assets | $5,474,623.41 | Unknown |

Creditor's email address, if known

Describe the lien
Junior Blanket
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
11/3/2016
Last 4 digits of account number

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
BMO Financial - Senior Lien

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** BMO Financial Group<br>Creditor's Name<br>c/o Vedder Price P.C.<br>222 N. LaSalle Street, Suite 2600<br>Attn: Douglas J. Lipke, Esq.<br>Chicago, IL 60603<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>All Assets | $8,481,271.41 | Unknown |

Creditor's email address, if known

Describe the lien
Senior Blanket
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
7/1/2016
Last 4 digits of account number

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor    Stratitude, Inc.
          Name

Case number (if known)    17-30724

- [ ] No
- [✓] Yes. Specify each creditor,
  including this creditor and its relative
  priority.
  BIP Lender, LLC - Junior Lien

- [ ] Contingent
- [✓] Unliquidated
- [ ] Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $13,955,894.
                                                                                                                          82

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BIP Lender, LLC<br>3575 Piedmont Road<br>Building 15, 7th Floor, Suite 730<br>Attn: Todd Knudsen<br>Atlanta, GA 30305 | Line  2.1 | |
| BMO Harris Bank<br>111 West Monroe Street<br>Suite 4W<br>Attn: Jack Kane<br>Chicago, IL 60603 | Line  2.2 | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 2

Fill in this information to identify the case:

Debtor name _____Stratitude, Inc._____

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) ___17-30724_____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>    * Employees listed on Exhibit to<br>    Question 2.1 attached hereto | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $129,449.22 | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>*Benefits include paid time off (PTO), State of<br>California sick pay, City of San Francisco sick pay,<br>and commission/bonus. | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>    * See "Basis for the claim" below | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>*Employees' prepetition priority wage claims, as<br>more fully described in the Debtor's motion filed<br>10/13/2017 [Dkt. No. 15], was approved by Order<br>entered 10/19/2017 [Dkt. No. 34] and were fully<br>paid. | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Stratitude, Inc. | Case number (if known) | 17-30724 |
| | Name | | |

**2.3**

Priority creditor's name and mailing address

**California Department of Revenue**
Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0540

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
◼ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◼ No
☐ Yes

$0.00    $0.00

**2.4**

Priority creditor's name and mailing address

**California Employment Development
Dept**
722 Capitol Mall #5098
Sacramento, CA 95814

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
◼ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◼ No
☐ Yes

Unknown    $0.00

**2.5**

Priority creditor's name and mailing address

**City of Freemont**
39550 Liberty Street
P.O. Box 5006
Fremont, CA 94537-5006

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
◼ Unliquidated
☐ Disputed .

Basis for the claim:

Is the claim subject to offset?
◼ No
☐ Yes

$12,707.02    $0.00

**2.6**

Priority creditor's name and mailing address

**Commonwealth of Massachusetts**
100 Cambridge St.
Boston, MA 02114

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
◼ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
◼ No
☐ Yes

Unknown    $0.00

| Debtor | Stratitude, Inc. | Case number (if known) | 17-30724 |
|--------|------------------|------------------------|----------|
|        | Name             |                        |          |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|-----|---|---|---|---|

**2.7**

Priority creditor's name and mailing address
**Delaware Dept of Labor Empl. Training**
1114 S Dupont Hwy # 104
Dover, DE 19901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

Unknown   $0.00

**2.8**

Priority creditor's name and mailing address
**Donald R. White, Tax Collector**
Alameda County Office of the Treasurer
1221 Oak Street
Oakland, CA 94612

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

$460.17   $0.00

**2.9**

Priority creditor's name and mailing address
**Henry C. Levy, Treasurer**
Almeda County Treasurer Tax Collector
1221 Oak Street, Room 131
Oakland, CA 94612

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

$257.05   $0.00

**2.10**

Priority creditor's name and mailing address
**Illinois Department of Revenue**
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

Unknown   $0.00

| Debtor | Stratitude, Inc. | Case number (if known) | 17-30724 |
|--------|------------------|------------------------|----------|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|
| | **Illinois Department of Revenue** | *Check all that apply.* | | |
| | P.O. Box 19008 | ☐ Contingent | | |
| | Springfield, IL 62794-9008 | ◾ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ◾ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|
| | **Illinois Dept. of Employment Security** | *Check all that apply.* | | |
| | 33 South State Street | ☐ Contingent | | |
| | 9th Floor | ◾ Unliquidated | | |
| | Chicago, IL 60603 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Taxes | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ◾ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | Special Procedures Branch | ☐ Contingent | | |
| | 230 S. Dearborn, Suite 3030A | ◾ Unliquidated | | |
| | Attn: STOP 5010-CHI | ☐ Disputed | | |
| | Chicago, IL 60604 | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ◾ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | 4330 Watt Ave. | ☐ Contingent | | |
| | Sacramento, CA 95821 | ◾ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ◾ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| Debtor | Stratitude, Inc. | | Case number (if known) | 17-30724 |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $0.00 |
|---|---|---|---|---|

Pennsylvania Department of Revenue
103 S Mercer St.
New Castle, PA 16101

*Check all that apply.*
☐ Contingent
◼ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

◼ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,521.00 | $0.00 |
|---|---|---|---|---|

State of New Jersey- CBT
Division of Taxation
50 Barrack St.
Trenton, NJ 08608

*Check all that apply.*
☐ Contingent
◼ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

◼ No
☐ Yes

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,369.50 |

Accu Source Consulting
T-9,A block, Himagiri Green Forest Apts
Sliver Oak Street, JP Nagar 7th Phase
Bangalore, INDIA 00078-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional Services

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ◼ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Advantage Technical Resourcing Inc
P O Box 4785
Boston, MA 02212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ◼ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,055.00 |
|---|---|---|---|

Agama Solutions, Inc.
39159 Paseo Padre Parkway
Suite 216
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
◼ Disputed

**Basis for the claim:**  Intercompany

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ◼ No  ☐ Yes

| Debtor | Stratitude, Inc. | | Case number (if known) | 17-30724 |
| --- | --- | --- | --- | --- |
| | Name | | | |

**3.4**

**Nonpriority creditor's name and mailing address**
Agile Health Technologies Inc
2728 Forgue Dr.
Ste 106
Naperville, IL 60564

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services

**Is the claim subject to offset?** ■ No  ☐ Yes

$13,130.00

---

**3.5**

**Nonpriority creditor's name and mailing address**
Anjani Etech Solutions Inc
34475 Mound Rd
Ste A
Sterling Heights, MI 48310

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services

**Is the claim subject to offset?** ■ No  ☐ Yes

$0.50

---

**3.6**

**Nonpriority creditor's name and mailing address**
ASHISH SANAN
46751 Crawford Street
Fremont, CA 94539

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Former Owner; Claim from Stock Purchase Agreement

**Is the claim subject to offset?** ■ No  ☐ Yes

Unknown

---

**3.7**

**Nonpriority creditor's name and mailing address**
Atharva Technologies Inc.
75 Executive Dr.
Suite # 115
Aurora, IL 60504

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services

**Is the claim subject to offset?** ■ No  ☐ Yes

Unknown

---

**3.8**

**Nonpriority creditor's name and mailing address**
Benjay Corporation
3592 Wolf Place
Santa Clara, CA 95051

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Professional Services

**Is the claim subject to offset?** ■ No  ☐ Yes

$15,767.00

---

**3.9**

**Nonpriority creditor's name and mailing address**
CADATA SOFT LLC
3333 BOWERS AVE
SUITE 130
SANTA CLARA, CA 95054

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services

**Is the claim subject to offset?** ■ No  ☐ Yes

$0.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
California Creative Solutions Inc
13475 Danielson St,  #220
Poway, CA 92064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services

**Is the claim subject to offset?** ■ No  ☐ Yes

$9,120.00

---

| Debtor | Stratitude, Inc. | Case number (if known) | 17-30724 |
|--------|------------------|------------------------|----------|
|        | Name             |                        |          |

**3.11** Nonpriority creditor's name and mailing address
Clear Technologies, LLC
4475 South Clinton Ave
South Plainfield, NJ 07080

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Sub-Contractor Services

Is the claim subject to offset? ☑ No ☐ Yes

$5,040.00

**3.12** Nonpriority creditor's name and mailing address
Cloud Big Data Technologies LLC
12200 Ford Road
Suite A405
Dallas, TX 75234

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Sub-Contractor Services

Is the claim subject to offset? ☑ No ☐ Yes

$22,400.00

**3.13** Nonpriority creditor's name and mailing address
Comcast
9602 South 300 West
Sandy, UT 84070

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities (Internet/Cable)

Is the claim subject to offset? ☑ No ☐ Yes

$141.27

**3.14** Nonpriority creditor's name and mailing address
CQUENT SYSTEMS INC.
3415 N Kennicott Ave.
Suite B
Arlington Heights,, IL 60004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Sub-Contractor Services

Is the claim subject to offset? ☑ No ☐ Yes

$13,440.00

**3.15** Nonpriority creditor's name and mailing address
Dana Michael Ritter, PC
7041 Koll Center Parkway
Suite 230
Pleasanton, CA 94566

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Immigration Attorney

Is the claim subject to offset? ☑ No ☐ Yes

$1,325.00

**3.16** Nonpriority creditor's name and mailing address
Datalysys, LLC
6063 Frantz Rd, Suite 206
Dublin, OH 43017

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Sub-Contractor Services

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

**3.17** Nonpriority creditor's name and mailing address
Dizer Corp
1912 Mentor Ave.
Painesville, OH 44077

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Sub-Contractor Services

Is the claim subject to offset? ☑ No ☐ Yes

$1,125.00

| Debtor | Stratitude, Inc. | Case number (if known) | 17-30724 |
| --- | --- | --- | --- |
| | Name | | |

**3.18** | **Nonpriority creditor's name and mailing address**
EYork Consulting Inc
1025 First ST SE
Suite 1110
Washington, DC 20003

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sub-Contractor Services

Is the claim subject to offset? ■ No ☐ Yes

$28,800.00

---

**3.19** | **Nonpriority creditor's name and mailing address**
Financial Servicing, LLC / Its Assigns
11885 Lackland Road
Saint Louis, MO 63146

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.20** | **Nonpriority creditor's name and mailing address**
Fremont Bank- First Bankcard
Commercial Card
P.O. Box 2457
Omaha, NE 68103

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Corporate Credit Card

Is the claim subject to offset? ■ No ☐ Yes

$3,228.30

---

**3.21** | **Nonpriority creditor's name and mailing address**
Global Tech Resources Inc
dba-dB Professionals
1111 Plaza Drive, Suite 103
Schaumburg, IL 60173

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sub-Contractor Services

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.22** | **Nonpriority creditor's name and mailing address**
Graybar Financial Services
11885 Lackland Road
Saint Louis, MO 63146

Date(s) debt was incurred _

Last 4 digits of account number  1684

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor (phone systems)

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.23** | **Nonpriority creditor's name and mailing address**
Guardian
1333 North California Blvd.
Suite 100
Walnut Creek, CA 94569

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance (Dental, vision, long-term life)

Is the claim subject to offset? ■ No ☐ Yes

$0.50

---

**3.24** | **Nonpriority creditor's name and mailing address**
Hi Q Software Solutions
2727 Walsh Ave
# 207
Santa Clara, CA 95051

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Sub-Contractor Services

Is the claim subject to offset? ■ No ☐ Yes

$5,452.00

| Debtor | Stratitude, Inc. | Case number (if known) | 17-30724 |
|---|---|---|---|
| | Name | | |

**3.25** | **Nonpriority creditor's name and mailing address**
Humetis Technologies Inc
4478 Route 27 Suite 201
Kingston, NJ 08528-0615

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services☐

Is the claim subject to offset? ☐ No ☐ Yes

$96.00

---

**3.26** | **Nonpriority creditor's name and mailing address**
Intellyk, Inc
15 Corporate Place South
Suite 450
Piscataway, NJ 08854

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services☐

Is the claim subject to offset? ■ No ☐ Yes

$18,200.00

---

**3.27** | **Nonpriority creditor's name and mailing address**
J2 Efax Service
6922 Hollywood Boulevard
Suite 500
Hollywood, CA 90028

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Dues and Subscriptions

Is the claim subject to offset? ■ No ☐ Yes

$157.50

---

**3.28** | **Nonpriority creditor's name and mailing address**
KHANNAN SANKARAN
512 LABRO CT.
SAN RAMON, CA 94582

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Former Owner; Claim from Stock Purchase Agreement

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.29** | **Nonpriority creditor's name and mailing address**
Lead IT Corporation
1999 Wabash Ave
Suite # 210
Springfield, IL 62704

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services

Is the claim subject to offset? ■ No ☐ Yes

$44,064.00

---

**3.30** | **Nonpriority creditor's name and mailing address**
Medha Consulting Group, LLC
27 Judson Street
Suite # 6B
Edison, NJ 08837

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services

Is the claim subject to offset? ■ No ☐ Yes

$7,800.00

---

**3.31** | **Nonpriority creditor's name and mailing address**
Mentis Solutions, Inc
55 Carter Drive
Suite 212
Edision, NJ 08817

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services

Is the claim subject to offset? ■ No ☐ Yes

$35,064.00

| Debtor | Stratitude, Inc. | Case number (if known) | 17-30724 |
|---|---|---|---|

Name

**3.32** | **Nonpriority creditor's name and mailing address**
Microsoft
One Microsoft Way
Redmond, WA 98052

Date(s) debt was incurred _
Last 4 digits of account number  43e1

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Dues & Subscriptions

Is the claim subject to offset? ■ No ☐ Yes

$1,872.00

---

**3.33** | **Nonpriority creditor's name and mailing address**
Microsoft
One Microsoft Way
Redmond, WA 98052

Date(s) debt was incurred _
Last 4 digits of account number  d704

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Dues & Subscriptions

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

**3.34** | **Nonpriority creditor's name and mailing address**
Monster Worldwide, Inc.
133 Boston Post Road
Weston, MA 02493

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Dues & Subscriptions

Is the claim subject to offset? ■ No ☐ Yes

$1,000.00

---

**3.35** | **Nonpriority creditor's name and mailing address**
PANKAJ KALRA
3248 BRUCE DR
FREMONT, CA 94538

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Former Owner; Claim from Stock Purchase Agreement

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.36** | **Nonpriority creditor's name and mailing address**
PROACTIVE TEK
1262 Citadelle Street
Tracy, CA 95304

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services

Is the claim subject to offset? ■ No ☐ Yes

$1,320.00

---

**3.37** | **Nonpriority creditor's name and mailing address**
Prodium Consulting LLC
19 Eggert Ave.
Metuchen, NJ 07109

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Sub-Contractor Services

Is the claim subject to offset? ■ No ☐ Yes

$392.00

---

**3.38** | **Nonpriority creditor's name and mailing address**
Red Mesa, LLC
698 56th Street
Oakland, CA 94609

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sub-Contractor Services

Is the claim subject to offset? ■ No ☐ Yes

$3,800.00

---

| Debtor | Stratitude, Inc. | Case number (if known) | 17-30724 |
|---|---|---|---|
| | Name | | |

**3.39**  Nonpriority creditor's name and mailing address
Sandy Lanes Ventures, Inc.
34065 Castlehaven Road
Agua Dulce, CA 91390

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sub-Contractor Services

Is the claim subject to offset? ■ No  ☐ Yes

$3,463.00

**3.40**  Nonpriority creditor's name and mailing address
Sigma Communications
1078 Ticonderoga Drive
Sunnyvale, CA 94087

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Sub-Contractor Services

Is the claim subject to offset? ■ No  ☐ Yes

$0.69

**3.41**  Nonpriority creditor's name and mailing address
Spout Analytics Inc
Commerce Commercial Credit Inc
P.O.Box 204605
Dallas, TX 75320-4605

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Sub-Contractor Services

Is the claim subject to offset? ■ No  ☐ Yes

$656.80

**3.42**  Nonpriority creditor's name and mailing address
Sprint
6200 Sprint Parkway
Overland Park, KS 66251

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Cell Phones

Is the claim subject to offset? ■ No  ☐ Yes

$1,876.66

**3.43**  Nonpriority creditor's name and mailing address
Upstream Global Services Inc
19 B, Crosby Drive
Suite 130
Bedford, MA 01730

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sub-Contractor Services

Is the claim subject to offset? ■ No  ☐ Yes

$15,502.00

**3.44**  Nonpriority creditor's name and mailing address
Utility Smart
2525 E. Camelbeck Road
Suite 820
Phoenix, AZ 85016

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset? ■ No  ☐ Yes

$507.34

**3.45**  Nonpriority creditor's name and mailing address
VARNAR, INC
46090 Lake Center Plaza
Suite 108
Sterling, VA 20165

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sub-Contractor Services

Is the claim subject to offset? ■ No  ☐ Yes

$28,560.00

| Debtor | Stratitude, Inc. | Case number (if known) | 17-30724 |
| | Name | | |

**3.46** Nonpriority creditor's name and mailing address
Vtekh Inc
33 W Higgins Road
Suite 5060
S Barrington, IL 60010

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Sub-Contractor Services

Is the claim subject to offset? ☑ No ☐ Yes

$8.50

**3.47** Nonpriority creditor's name and mailing address
Yash Technologies Inc
455 Avenue of the Cities
East Moline, IL 61244

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Sub-Contractor Services

Is the claim subject to offset? ☑ No ☐ Yes

$6,872.33

**3.48** Nonpriority creditor's name and mailing address
Ziontech Solutions Inc
2665 North 1st Street
Suite 200
San Jose, CA 95134

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Sub-Contractor Services

Is the claim subject to offset? ☑ No ☐ Yes

$2,928.00

**3.49** Nonpriority creditor's name and mailing address
Zoom Imaging Solutions, Inc.
200 S. Harding Blvd.
Roseville, CA 95678

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Office Expense

Is the claim subject to offset? ☑ No ☐ Yes

$315.31

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 144,428.46 |
| 5b. Total claims from Part 2 | 5b. + $ | 331,250.20 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 475,678.66 |

# Schedule E/F Part 1

# Question 2.1
# (Potential priority creditors benefit claims)

| FILE No. | Employee | COMMISSION/BONUS | PTO ACCRUAL | CA Sick Pay | SFO Sick Pay | Total |
|---|---|---|---|---|---|---|
| 258 | AARTI GUPTA | | | | 1,905.40 | 1,905.40 |
| 235 | Aditya Aggrawal | - | | 2,880.00 | | 2,880.00 |
| 174 | Akshaya Mashnakar | - | | 2,061.13 | | 2,061.13 |
| 160 | Amrut S Koltey | 1,008.00 | | 2,158.57 | | 3,166.57 |
| 300 | ANCHAL TRIPATI | 484.50 | | | 1,206.92 | 1,691.42 |
| 260 | Ankur Jain | 792.00 | | | | 792.00 |
| 281 | ANVI GUPTA | - | | 1,536.00 | | 1,536.00 |
| 232 | ARCHANA LAKSHMANAN | - | | | | - |
| 236 | Archit Kansal | - | | | | - |
| 303 | ARMAN SEHGAL | - | | 1,297.33 | | 1,297.33 |
| 198 | Arpit Khandelwal | - | | 3,600.00 | | 3,600.00 |
| 301 | ASISPAL SINGH | - | | 1,323.58 | | 1,323.58 |
| 262 | Ayush Mani Subedi | - | | | | - |
| 237 | Ayyappa Kumar Neerukonda | - | | 2,688.00 | | 2,688.00 |
| 309 | BHANVI SANGAR | - | | 661.67 | | 661.67 |
| 263 | Dinesh Saniyal | 7,520.00 | | | | 7,520.00 |
| 239 | Divya Piplani | - | | | | - |
| 284 | FRANCHESCA FERNANDES | - | | | | - |
| 265 | Harshdeep Singh | | | 2,544.00 | | 2,544.00 |
| 245 | Irfan Sunesara | | | 2,364.00 | | 2,364.00 |
| 308 | JATINDER KAUR | | | 765.33 | | 765.33 |
| 222 | JAYMIT SHAH | | | 1,296.00 | | 1,296.00 |
| 196 | Jocelyn Enverga | | | | | - |
| 268 | Kanwar Buttar | | | | | - |
| 270 | MANJEET KAUR | | | 890.85 | | 890.85 |
| 272 | Mierzhati Tulafu | | | 2,016.00 | | 2,016.00 |
| 252 | Ninad Desai | | | 2,112.00 | | 2,112.00 |
| 253 | ONKARJIT SANDHU | | | 1,058.13 | | 1,058.13 |
| 281 | PAYAL KUNJIR | | | | 2,448.00 | 2,448.00 |
| 305 | RAJINI BADE | | | 968.25 | | 968.25 |
| 284 | Rucha Gade | | | 1,267.20 | | 1,267.20 |
| 285 | Safa Alkalouti | | | | 4,680.00 | 4,680.00 |
| 287 | Sampath C Kamineni | | | 2,400.00 | | 2,400.00 |
| 74 | Sandeep Kandukoori | | | | | - |
| 290 | Shirley Sudhakar | | | 1,824.00 | | 1,824.00 |
| 291 | SINDHUJA KODIVALASA | | | | | - |
| 298 | SUNAYNA TYAGI | | | | 1,749.00 | 1,749.00 |
| 257 | TRAPTI SHUKLA | | | 1,776.00 | | 1,776.00 |
| 306 | VANITA RAO | | | 660.00 | | 660.00 |
| 141 | Viroopaksha Vardhineni | 624.00 | | 3,806.40 | | 3,806.40 |
| 169 | Vishal Kapoor | | | 3,024.00 | 754.87 | 4,402.87 |
| | | | | | | - |
| **OFFICE STAFF** | | | | | | |
| 177 | Koduvayur Venkatachalam, Subraman | - | 18,461.54 | | | 18,461.54 |
| 235 | Paramasivam, Jayashanker | 2,162.84 | 8,197.12 | | | 10,359.96 |
| 299 | Sahota, Sushma | 854.82 | 1,661.54 | | | 2,516.35 |
| 97 | Sankaran, Khannan | - | 6,230.77 | | | 6,230.77 |
| 214 | Sripada, Satyanarayana | 1,231.45 | 5,192.31 | | | 6,423.76 |
| 312 | Sriram, Ajay Haravu | 7,767.25 | | | | 7,767.25 |
| 313 | Steele, Robert H | - | | | | - |
| 276 | Zhang, Mingfang | - | 7,538.46 | | | 7,538.46 |
| **Total** | | 22,444.86 | 47,281.73 | 46,978.45 | 12,744.18 | 129,449.22 |

Fill in this information to identify the case:

Debtor name   Stratitude, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   17-30724

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | See Exhibit to Schedule G attached hereto |
| List the contract number of any government contract | |

# EXHIBIT TO

# BANKRUPTCY SCHEDULE G

## Executory contracts and unexpired leases

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| 3i Infotech | 450 Raritan Center Pkwy | Suite #B | Edison | NJ | 08837 | |
| Accusource Consulting | 1363 Shore Line/west Green Forest Aprts | Silver Oak Street, JP Nagar 7th Phase | Bangalore | | | INDIA |
| ADP Inc. | P O Box 31001-1874 | | Pasadena | CA | 91110-1874 | |
| AGILE HEALTH TECH | P O Box 4785 | | Boston | MA | 02212 | |
| Akshaya, Inc. | 2728 Forque Dr. | Suite 106 Naperville | Naperville | IL | 60564 | |
| Anjali Htech Solutions, Inc. | 1241 Guarra Lane | Suite 100 | Pleasanton | CA | 94566 | |
| Arrowhead Water | 34575 Mound Rd. | Suite A | Sterling Heights | MI | 48310 | |
| ATHARVA, INC | 6661 Dixie Highway | Suite 4 | Louisville | KY | 40258 | |
| Benaiy Corporation | 75 Executive Dr. | Suite #115 | Aurora | IL | 60504 | |
| CAD/VA SOFT LLC | 3592 Wolf Pl | | Santa Clara | CA | 95051 | |
| California Creative Solutions, Inc. | 3333 BOWERS AVE | SUITE 130 | SANTA CLARA | CA | 95054 | |
| Cigna HealthCare | 13475 Danielson St. | SUITE #220 | Poway | CA | 92064 | |
| | 1340 Treat Blvd. | Suite 599 | Walnut Creek | CA | 94597 | |
| Clear Technologies, LLC | 4475 South Clinton Ave | | South Plainfield | NJ | 07080 | |
| | 12200 Ford Road | Suite 405 | Dallas | TX | 75234 | |
| CloudBigData Technologies | | | | | | |
| Comcast | 9602 South 300 West | | Sandy | UT | 84070 | |
| | 3415 N Kennicott Ave. | Suite B | Arlington Heights | IL | 60004 | |
| COUENT SYSTEMS, INC | | | | | | |
| Dice Career Solutions Inc. | 4599 Collections Center Dr. | | Chicago | IL | 60693 | |
| Diaspark Inc | 1292 Hamilton Ave. | | Painesville | OH | 44077 | |
| DPC Consulting LLC | 42618 Soft Street | | Fremont | CA | 94539 | |
| E-York Consulting Inc | 1025 First St SE | Suite 1110 | Washington | DC | 20003 | |
| Global Tech Resources Inc | 1111 Plaza Drive | Suite 103 | Schaumburg | IL | 60173 | |
| Grayzar Financial Services | 11885 Lackland Road | | St Louis | MO | 63146 | |
| GSSOFT, INC | 44793 Stillmeet Blvd. | Suite 205 | Fremont | CA | 94538 | |
| Gustam Inc | 1383 North California Blvd. | Suite 100 | Walnut Creek | CA | 94569 | |
| Hi Q Software Solutions | 2800 5th St. | Suite 120 | Davis | CA | 95616 | |
| Humelis Technologies Inc | 4478 Route 27 | Suite 201 | Kingston | NJ | 08528-0615 | |
| InPursuit Technologies LLC | 6837 Eden Street | | Dublin | CA | 94568 | |
| IntegrateTek | 37816 Fruitwood CT | | Fremont | CA | 94536 | |
| IntelLik Inc | 15 Corporate Place South | Suite 450 | Piscataway | NJ | 08854 | |
| J2 Blox Service | 6922 Hollywood Boulevard | Suite 500 | Hollywood | CA | 90028 | |
| JobDiva Inc | P O Box 876 | | New York | NY | 10268 | |
| Key Business Solutions, Inc | 4798 Duckhorn Dr. | | Sacramento | CA | 95834 | |
| Kolla Soft Inc | 14301 N 87th Street | Suite #317 | Scottsdale | AZ | 85260 | |
| Lead IT Corporation | 1999 Wabash Ave. | Suite #210 | Serinefield | IL | 62704 | |
| Mathioil Consulting | | | | | | |
| Medha Consulting Group, LLC | 27 Judson Street | Suite #68 | Edison | NJ | 08837 | |
| | 55 Carter Drive | Suite 212 | Edison | NJ | 08817 | |
| Mentis Solutions, Inc | | | | | | |
| | 3626 E. Little Cottonwood Lane | | Sandy | UT | 84092 | |
| Microsoft | | | | | | |
| Monster Worldwide Inc | P.O. Box 740889 | | Los Angeles | CA | 90074-0889 | |
| Murco Management | 39111 Paseo Padre Pkwy | Suite 310 | Fremont | CA | 94538 | |
| Toshiba (printer lease) | 39159 Paseo Padre Parkway | Suite 216 | Fremont | CA | 94538 | |
| Numero Uno Software Inc | 1407 Johnson Ave. | | San Jose | CA | 95129 | |
| Orris InfoLab Pvt Ltd | No. 2E, Sriaman Nagar, 1st Main Street, Vignarajapuram, Vengaivasal, Chennai, 600073 | | | | | |
| Parkim Security Consultants | P O Box 12398 | | Salem | OR | 97309 | |
| PROACTIVE TEK | 1262 Citadelle Street | | Tracy | CA | 95304 | |
| Prodium Consulting LLC | 19 Eggert Ave. | | Metuchen | NJ | 07109 | |
| Red Wasp LLC | 2461 East Morelos Street | | Chandler | AZ | 85225 | |
| Sandy Lanes Ventures LLC | 34065 Castlehaven Road | | Agua Dulce | CA | 91390 | |
| Savi Technologies, Inc | 2775 Cruse Road | Suite 2501 | Lawrenceville | GA | 30044 | |
| Shlshr Infotek Inc | 105 Onyx Pl | | Athens | GA | 30605 | |
| Snowpal Software Services Inc | 23456 Morning Walk Drive | | Ashburn | VA | 20148 | |
| Software Global Ltd | 2512 South Interstate 35 | Suite #125 | Austin | TX | 78704 | |
| Spout Analytics Inc | P.O. Box 204605 | | Dallas | TX | 75320-4605 | |
| SumTotal | 6021 Connel Parkway | | Overland Park | KS | 66251 | |
| Summitee Incorporated | 7802 Parsons Blvd | | Fresh Meadows | NY | 11366 | |

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| Taproot Solutions | 401, Golden Bear Dr. | Suite #280 | Austin | TX | 78738 | |
| Tekforce Corp | 2410 Camino Ramon | Suite 213C | San Ramon | CA | 94583 | |
| Tekvista Inc | 2140 Peralta Blvd | | Fremont | CA | 94536 | |
| Trineca Consulting Ser | 7032 Castle Peak Dr. | | West Hill | TX | 91307 | |
| Unikon IT Inc | 440 Cobia Drive | Suite 1504 | Kary | TX | 77494 | |
| Universal Software Corp | 1 Olde North Road | Suite 303 | Chelmsford | MA | 01924 | |
| UPSTREAM GLOBAL SERVICE | 19 B. Crosby Drive | Suite 130 | Bedford | MA | 01730 | |
| Utility Smart | 2525 E. Camelbeck Road | Suite 820 | Phoenix | AZ | 85016 | |
| | 46090 Lake Center Plaza | Suite 108 | Sterling | VA | 20165 | |
| VARNAR, INC | | | | | | |
| VED SOFTWARE SERVICES | 37811 West 12 Mile Road | Suite 201 | Farmington Hills | MI | 48331 | |
| Work Inc | 33 W Higgins Road | Suite 5060 | South Barrington | IL | 60010 | |
| West Side CO LP | 5925 Sonoma Drive | | Pleasanton | CA | 94566 | |
| Winsight Consulting Inc | 224 Aaikanes Dr. | | Sunnyvale | CA | 94086 | |
| Yash Tecnologies Inc | 605, 17th Avenue | | East Moline | IL | 61244 | |
| Ziontech Solutions Inc | 2665 North 1st Street | Suite 200 | San Jose | CA | 95134 | |
| Zoom Imaging Solutions Inc | 200 S. Harding Blvd | | Roseville | CA | 95678 | |
| Acclon Labs | 1121 Boyce Road | Suite 1400 | Pittsburg | PA | 15241 | |
| Advantage Technical Resourcing | 210 Norwood Park | | South Norwood | MA | 02062 | |
| Advantis Global, Inc | 301 Howard St. | Suite 1400 | San Francisco | CA | 94105 | |
| Agama Solutions Inc | 39159 Paseo Padre Parkway | Suite 216 | Fremont | CA | 94538 | |
| | 2400 Meadowbrook Parkway | | Duluth | GA | 30096 | |
| American Cyber Systems | | | | | | |
| Apex 2000 Inc | 14104 Robert Paris Court | | Chantilly | VA | 20151 | |
| Armando Montelongo | 2935 Thousand Oaks Dr | Number 6-285 | San Antonio | TX | 78247 | |
| Atlantic Partners | 6001 Broken Sound Parkway | Suite 414 | Boca Raton | FL | 33487 | |
| ATR International Inc. | 1230 Oakmead Parkway | Suite 110 | Sunnyvale | CA | 94085 | |
| Avalon Staffing, LLC | 590 Harvest Park Dr. | Suite 414 | Brentwood | CA | 94513 | |
| Bayside Solution | 6210 Stoneridge Mall Rd. | Suite 200 | Pleasanton | CA | 94588 | |
| BCBS/Zerochaos/Guide Well | 5011 Gate Parkway Building 100 | Suite 100 | Jacksonville | FL | 32256 | |
| Beacon Hill Staffing | 1960 EAST GRAND Ave. | Suite 1170 | Segundo | CA | 90245 | |
| COHERENT, INC | 5100 PATRICK HENRY DRIVE | | Santa Clara | CA | 95054 | |
| Compvue | 440 N Wolfe Road | | Sunnyvale | CA | | |
| Corporate Biz Solutions | 525 Milltown Road | Unit 208 | North Brunswick | NJ | 08902 | |
| CSW | 587 E Bidwell St. | Suite 325 | San Francisco | CA | 94305 | |
| Data Inc | 72 Summit Ave. | | Montvale | NJ | 07645 | |
| Disys | 8220 Greensboro Drive | Suite 1000 | McLean | VA | 2210 | |
| Elastic Search | 800 West El Camino Real | Suite 350 | Mountain View | CA | 94040 | |
| Enterprise Solutions Inc | 5001 Diehl Road | Suite 130 | Naperville | IL | 60563 | |
| EverStirng Technology Ltd | 1820 Gateway Drive | Suite 400 | San Mateo | CA | 95454 | |
| | 2025 Gateway Place | Suite 205 | San Jose | CA | 95110 | |
| Ezdata systems | | | | | | |
| FCS Solutions | | | | | | |
| FireEye Inc | 1440 McCarthy Blvd | | Milpitas | CA | 95035 | |
| HAPPIEST MINDS TECHNOLOGIES | 2051 JUNCTION AVE | | SAN JOSE | CA | 95131 | |
| HUMETIS TECHNOLOGIES, INC | 102-2680 Matheson Blvd E Mississauga ON L4W OA5 Canada | | | | | |
| Infinera Corporation | | | | | | |
| Informatica Corporate | 2100 Seaport Blvd | | Redwood City | CA | 94063 | |
| Insight Global | 101 Metro Drive | Suite 655 | San Jose | CA | 95110 | |
| iSpace, Inc | 2381 Rosecrans Ave | Suite 110 | El Segundo | CA | 90245 | |
| K2 Partnering | 220 West Exchange Street | Suite 106 | Providence | RI | 02903 | |
| Kforce | 1001 E. Palm Ave. | | Tampa | FL | 33605 | |
| LWI Financial Inc | 10 Almaden Blvd | | San Jose | CA | 95113 | |
| MANIFOLD PRTNERS, LLC | 455 MARKET STREET | SUITE 1200 | SAN FRANCISCO | CA | 94105 | |
| Matrix Resources | 160 Spear St | Suite 250 | San Francisco | CA | 94105 | |
| MDVIP | 3875 NW Corporate Blvd | Suite 900 | Boca Raton | FL | 33431 | |
| Mice Groups | 1730 S Amphlett Blvd | Suite 100 | San Mateo | CA | 94402 | |
| MINDSOURCE, INC | 555 CLYDE AVENUE | SUITE 100 | MOUNTAIN VIEW | CA | 94043 | |
| Model N, Inc | 1600 Seaport Blvd | Suite 400 | Redwood City | CA | 94063 | |
| Modis | 10151 Drwood Pkwy | | Jacksonville | FL | 32256 | |
| Mondo Staffing | 221 Main Street | Suite 400 | San Francisco | CA | 94105 | |

| Entity Name | Billing Address Line 1 | Billing Address Line 2 | Billing City | Billing State/Province | Billing Zip/Postal Code | International |
|---|---|---|---|---|---|---|
| NARVAR, INC | 999 BAYHILL DRIVE | SUITE 135 | SAN BRUNO | CA | 94066 | |
| NexaBryte | 46 Shelton Road | Suite 202 | Piscataway | NJ | 08854 | |
| NITYA INFOTECH CORP | 666 Plainsboro Road | Suite 1335 | Plainsboro | NJ | 08536 | |
| Nltya Infotech Corporation | 2652 Hidden Valley Dr | Suite 102 | Pittsburgh | PA | 15241 | |
| NTT DATA | 45 Accord Park Drive | | Norwell | MA | 02061 | |
| Pay Stand | 100 Enterprise Way | Suite C109 | Scotts Valley | CA | 95066 | |
| | 2055 Laurelwood Road | Suite 210 | Santa Clara | CA | 95054 | |
| Persistent Systems | | | | | | |
| Phillus Healthcare | 501 Corporate Centre Dr. | Suite 540 | Franklin | TN | 37067 | |
| Pro Unlimited (FIREEYE) | 1350 Old Bayshore Highway | Suite 350 | Burlingame | CA | 94010 | |
| Public Consulting Group | 148 State Street | | Boston | MA | 02109 | |
| RSIRELO | | | | | | |
| Sigma Resources LLC | 7950 Saltsburg Road | Suite 2 | Pittsburgh | PA | 15239 | |
| Silver Spring Networks | 230 West Tasman Drive | | San Jose | CA | 95134 | |
| Smartworks LLC | 55 Carter Dr | Suite 107 | EDISON | NJ | 08817 | |
| Soluqenix Corp | 601 Valencia Ave. | Suite 260 | Brea | CA | 92823 | |
| Spire Systems Inc. | 111 Anza Boulevard | Suite 312 | Burlingame | CA | 94010 | |
| Strategic Staffing Solutions | 6080 Center Drive. | Suite 600 | Los Angeles | CA | 90045 | |
| Symantec | | | | | | |
| Tac Worldwide/Advantage Technical | 888 Washington Street | | Dedham | MA | 02026 | |
| Talent Space | 2570 N First Street | Suite 400 | San Jose | CA | 95131 | |
| TALENTBURST, INC | 679 WORCESTER ROAD | | NATICK | MA | 01760 | |
| Tavant Technologies Inc | 3965 Freedom Circle | Suite 750 | Santa Clara | CA | 95054 | |
| TCS/CMCA | 4354 S. Sherwood Forest Blvd. | Suite 175 | Baton Rouge | LA | 70816 | |
| Teamsoft Technologies LLC | 4677 Old Ironsides Drive | Suite 410 | Santa Clara | CA | 95054 | |
| Tech Mahindra Americas Inc | 2140 Lake Park Blvd. | Suite 300 | Richardson | TX | 75080 | |
| Tesla Motors | 3500 Deer Creek Road | | Palo Alto | CA | 94304 | |
| UCT | 26462 Corporate Avenue | | Hayward | CA | 94545 | |
| UST Global Inc | 5 Polaris Way | | Aliso Viejo | CA | 92656 | |
| Valiantica, Inc | 888 Saratoga Avenue | Suite 210 | San Jose | CA | 95129 | |
| YahooWorkforceLogic | 20428 Osage Avenue | Suite B | Torrance | CA | 90503 | |
| YOH IT | 1500 Spring Garden | | Philadelphia | PA | 19130 | |

Fill in this information to identify the case:

Debtor name __Stratitude, Inc.__

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  17-30724

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Quadrant 4 System Corporation | 1501 E. Woodfield Road Suite 205 South Schaumburg, IL 60173 | BIP Lender, LLC | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Quadrant 4 System Corporation | 1501 E. Woodfield Road Suite 205 South Schaumburg, IL 60173 | BMO Financial Group | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name    Stratitude, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    17-30724

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11-13-17        x _____
                                Signature of individual signing on behalf of debtor

                                Robert H. Steele
                                Printed name

                                Chief Executive Officer
                                Position or relationship to debtor

# SEE ALSO: DISCLAIMER OF ROBERT H. STEELE ATTACHED AS EXHIBIT A HERETO AND MADE A PART HEREOF.

## EXHIBIT A

### DISCLAIMER OF ROBERT H. STEELE REGARDING BANKRUPTCY SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

The Declaration of Robert H. Steele in Support of Chapter 11 Petition and First-Day Motions filed in this Chapter 11 Case on October 13, 2017 [Docket No. 9] is incorporated herein by express reference thereto.

On November 3, 2016, Quadrant 4 System Corporation (**"Q4"**), a publicly held corporation, under the direction of its principals, Nandu Thondavadi (**"Thondavadi"**) and Dhru Desai (**"Desai"**), acquired 100% of the issued and outstanding common stock of Stratitude, Inc., a California corporation, debtor herein (**"Debtor"** or **"Stratitude"**), pursuant to that certain Stock Purchase Agreement dated as of November 3, 2016 between "Stratitude, Inc. and The Shareholders of Stratitude, Inc.", as sellers, and Q4, as purchaser, for approximately $6.2 million (the **"Stratitude SPA"**). The "Shareholders of Stratitude, Inc." were: Ashish Sanan - 39.4%; Pankaj Kalra - 39.4%; and Khannan Sankaran - 21.2% (collectively, the **"Former Shareholders"**). Concurrently therewith and as a condition thereof, Stratitude acquired certain of the assets of Agama Solutions, Inc., a California corporation (**"Agama"**), pursuant to that certain Asset Purchase Agreement dated as of November 3, 2016 between Agama, as seller, and Stratitude, as purchaser (the **"Agama APA"**, and together with the Stratitude SPA, the **"Transactions"** or **"Closing"**). Upon the Closing, Thondavadi and Desai took over the management of Stratitude. Upon information and belief, the Former Shareholders were, and continue to be, the sole shareholders of Agama. Mr. Sankaran continues to be employed by the Debtor in a managerial role.

A little over 3 weeks following the Closing, on November 29, 2016, the United States Attorney's Office for the Northern District of Illinois filed a criminal complaint against Thondavadi and Desai (collectively, the **"Criminal Defendants"**) entitled *United States of America v. Nandu Thondavadi and Dhru Desai*, Case No. 16CR772 (USDC N.D. IL, E.D.) (**"Criminal Action"**). On November 30, 2016, the Criminal Defendants were arrested by agents of the Federal Bureau of Investigation in connection with the Criminal Action. The Criminal Action arises out of alleged violations of, inter alia, the federal securities and interstate wire laws, and false statements made to the Securities and Exchange Commission (**"SEC"**), including allegations that Thondavadi and Desai misappropriated funds from Q4, created fictitious revenues, concealed liabilities, and intentionally provided Q4's audit firms with false information for public filings with the SEC concerning two or more of Q4's major asset acquisitions in order to inflate the purchase prices reported, and in turn, increase the stock prices for Q4's publicly held stock.  The Criminal defendants each resigned as officers and directors of Q4 and Stratitude on December 5, 2016.

Following the Criminal Defendants' resignation, Mr. Sankaran served as the de facto Chief Executive Officer of Stratitude. Robert H. Steele, was appointed as Q4's new Chief Executive Officer on December 12, 2016, and with the remaining members of Q4's Board of Directors, assumed an overview role of Stratitude, as Q4's new wholly owned subsidiary, and Stratitude's assets, business and operations. With the support of the Debtor's senior secured

lender, BMO Harris Bank, N.A. Mr. Steele was also appointed to the Board of Q4 effective March 16, 2017.

On December 15, 2016, Q4's new management caused the public filing of a Form 8-K with the SEC stating that Q4's Board had "concluded that certain of the Company's [Q4] previously issued financial statements should no longer be relied on in light of the matters previously disclosed in Item 8.01 of the Company's December 6, 2016 Form 8-K." Fifteen (15) prior financial statements for Q4 filed for the period 3/31/13 - 12/31/15 were identified as no longer being reliable. As a result, all Q4 financial statements prepared during 2016, and during 2017 (to the extent such information is based on pre-2017 information), including, any used in connection with the Transactions, should also be viewed as no longer being reliable.

On June 29, 2017, as a direct result of the actions of the Criminal Defendants, Q4 filed a voluntary Chapter 11 Case in this District as Case No. 17-19689 (**"Q4 Chapter 11 Case"**).

Also on June 29, 2017, the U.S. Attorneys filed a Criminal Information in the Criminal Action [Docket No. 50] adding multiple additional charges against the Criminal Defendants, including misappropriation of monies from Q4 and others over a period of years; causing "Fake Revenue" to be recorded on Q4's books and records; causing the concealment of numerous liabilities of Q4, including federal tax liability and tax returns; and numerous other acts of misconduct and wrongdoing.

Since his appointment as CEO of Q4, and with the Debtor being a wholly owned subsidiary of Q4, Mr. Steele has worked closely with the other members of the Q4 Board, Q4's outside financial consultants, Silverman Consulting, Inc., who were retained on January 16, 2017, and members of the Debtor's management and staff to familiarize himself with the assets and business of the Debtor; oversee, preserve and improve operations; and analyze and implement strategies designed to maximize the value of the Debtor's assets for the benefit of the Debtor's creditors and all other interested parties. With the help of Q4's outside financial consultants, Mr. Steele is now familiar, to the extent practicable, with some of the Debtor's prior and most of its current day-to-day operations, business affairs, books and records.

By resolution dated August 31, 2017, Q4, as sole shareholder of the Debtor, adopted resolutions in lieu of a meeting in accordance with Section 603 of the California Corporations Code, electing Robert H. Steele, Philip M. Firrek, Thomas E. Sawyer and Michael A. Silverman, as the members of the Debtor's Board of Directors (these individuals also constitute Q4's Board). Concurrently therewith, by resolution dated August 31, 2017, the Debtor's newly elected Board of Directors, with the support of the Debtor's senior secured lender, BMO Harris Bank, N.A., appointed Mr. Steele as the Debtor's sole officer, and he did accept the roles of President, Chief Executive Officer, Chief Financial Officer, Secretary and Chairman of the Debtor.

Mr. Steele and other members of the Debtor's current management are unfamiliar with: (a) the Debtor's operations, assets, liabilities, books, records, financial condition, and reliability of financial information, preceding the Closing of the Transactions, and possibly certain post-Closing matters as well; (b) the nature and extent of any and all intercompany transactions between Stratitude and Agama prior to the Closing, and to some extent, following the Closing; (c) the negotiations, determination of purchase price, and any other actions between the Criminal

Defendants and the Former Shareholders or any other third parties leading up and relating to, or arising under, the Closing of the Transactions; (d) any and all matters involving the Debtor from and after the Closing through and including the December 5, 2016 resignation of the Criminal Defendants as officers and directors of the Debtor and Q4; and (e) any and all actions by or on behalf of the Criminal Defendants continuing to date. In light of the nature of the allegations in the Criminal Action, the Debtor does not know if any actions of the Criminal Defendants concerning the Transactions may have created any claims and causes of action, including other contingent and unliquidated claims and causes of action, against either or both of the Criminal Defendants, their affiliates, representatives, agents, successors and assigns, as well as any number of other persons or entities, for matters as yet unknown and/or whose identities are as yet undetermined.

In addition, the Debtor's current management's access to the Debtor's pre-November 3, 2016 books, records and financial information is limited to summaries, in large part. As noted, information sought in various Schedules/SOFA questions concerning time periods pre-dating the November 3, 2016 Closing of the Transactions is unknown by the Debtor, unavailable to the Debtor, and/or not deemed sufficiently reliable by the Debtor.

As such, neither Mr. Steele nor any of the Debtor's other representatives are able to represent or warrant that any such information reflected in the Bankruptcy Schedules and Statement of Financial Affairs (**"Schedules/SOFA"**) is complete or without any inaccuracy. Some or all of the financial and other information contained in the Schedules/SOFA must be viewed in the light thereof. In all, inconsistencies or uncertainties concerning items and entries in the Debtor's books and records, upon which information has been included in the Schedules/SOFA, is noted to the extent practicable.

Nonetheless, significant effort has been made to reflect all information herein to the best of Mr. Steele's knowledge, information and belief, as true and correct as practicable under the difficult circumstances of this Chapter 11 Case. Any and all necessary amendments to the Schedules/SOFA will be filed as and when appropriate, based upon such further matters as they develop or are discovered.

---------------------------------------------------------------------------------------------------------------------

*End.*