**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re                                                    )
                                           )
                                           )      Bankruptcy No. _____
                                           )
                   Debtor.      )      Chapter               _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:     $_____

Amount of Expense Reimbursement Sought:     $_____

This is an:       Interim Application _____           Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated:  _____                    _____
                                                                                      (Counsel)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DISTRICT**

| | |
|---|---|
| *In re* | Chapter 11 |
| QUADRANT 4 SYSTEM CORPORATION, *et al.*[1] | Case No. 17-19689 |
| | (Jointly administered) |
| Debtors. | Honorable Jack B. Schmetterer |
| | Hearing: October 23, 2018 at 10:00 a.m. |

**NOTICE OF MOTION**

*Please take notice* that on October 23, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer, or any other judge sitting in his stead, in Courtroom 682 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and will present the *Third and Final Application of Amherst Partners, LLC for Compensation & Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors of Quadrant 4 System Corporation, et al.*, a copy of which is enclosed and served upon you.

Date: October 2, 2018

*Sugar Felsenthal Grais & Helsinger LLP*

By: /a/ Michael A. Brandess
    One of Its Attorneys

Mark S. Melickian. (IL No. 6229843)
Michael A. Brandess (IL No. 6299158)
**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone:  312.704.9400
Facsimile:   312.372.7951

---

[1] The Debtors in these jointly administered chapter 11 cases are Quadrant 4 Systems Corporation and Stratitude, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018, a true and correct copy of the *Third and Final Application of Amherst Partners, LLC for Compensation & Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors of Quadrant 4 System Corporation, et al.* was served via the Court's CM/ECF system upon all registered counsel.

By: /s/ Michael A. Brandess
One of Its Attorneys

### Service List

*Via CM/ECF*

Attorney for U.S. Securities and Exchange Commission
- Sonia U Chae    chaes@sec.gov

Attorney(s) for BMO Harris Bank, N.A.
- Stephanie K. Hor-Chen    schen@vedderprice.com, ecfdocket@vedderprice.com
- Douglas J. Lipke    dlipke@vedderprice.com, ecfdocket@vedderprice.com

*U.S.* Trustee
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

Attorney(s) for First Tek, Inc. and First Tek Services Private Limited
- Mark L Radtke    mradtke@shawfishman.com, kbobb@shawfishman.com
- Brian L Shaw    bshaw100@shawfishman.com, cknez@shawfishman.com
- Peter L Berk plberk@orb-legal.com, hmilman@orb-legal.com, milmanhr42820@notify.bestcase.com, hmbonesteel@gmail.com

Attorney for BIP Quadrant 4 System Debt Fund I, LLC
- Matthew T. Gensburg    MGensburg@gcklegal.com
- Peter J Haley peter.haley@nelsonmullins.com, marie.moss@nelsonmullins.com

Attorney(s) for Debtors
- Chad H. Gettleman    cgettleman@ag-ltd.com
- Erich Buck    ebuck@ag-ltd.com, aweir@ag-ltd.com
- Nicholas R. Dwayne ndwayne@ag-ltd.com
- Scott Alstreda    rsalstreda@nixonpeabody.com

Attorney for Khannan Sankaran, Pankaj Kalra, Ashish Sanan
- David A. Newby    dnewby@momlaw.com, lholub@momlaw.com

Attorney for Quadrant 4 System Corporation
- R Scott Alsterda    rsalsterda@nixonpeabody.com
- Nathan Q. Rugg Nathan.Rugg@bfkn.com, jean.montgomery@bfkn.com

Attorney for Quadrantfour Software Solutions (Pvt) Limited
- Mark A. Carter     mcarter@lksu.com, aterry@lksu.com, jbanasiak@lksu.com
- Peter E. Cooper    pcooper@lksu.com, shennessey@lksy.com, aterry@lksu.com

Attorney for BIP Quadrant 4 System Debt Fund I, LLC
- Peter J Haley      peter.haley@nelsonmullins.com, marie.moss@nelsonmullins.com

Attorney for Jordan & Zito LLC
- Gregory J. Jordan   gjordan@jz-llc.com

Attorney for Cigna Health and Life Insurance Company
- Richard B. Polony rpolony@hinshawlaw.com, sedelmai@hinshawlaw.com, courtfiling@hinshawlaw.com, cortiz@hinshawlaw.com

Attorney for Schaumburg CC Owner, LLC
- Marc S Lichtman agent007@lichtmanpartners.com, keisen@lichtmanpartners.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> QUADRANT 4 SYSTEM CORPORATION, *et al*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-19689 <br><br> (Jointly Administered) <br><br> Honorable Jack B. Schmetterer <br><br> Hearing: October 23, 2018 at 10:00 a.m. |

**THIRD AND FINAL APPLICATION OF AMHERST PARTNERS, LLC FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF QUADRANT 4 SYSTEM CORPORATION, ET AL.**

**QUADRANT 4**

Amherst Partners, LLC ("*Amherst*"), former financial advisor to the Official Committee of Unsecured Creditors (the "*Committee*") in these jointly administered chapter 11 cases, submits this *Third and Final Application of Amherst Partners, LLC for Compensation & Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors* of Quadrant 4 System Corporation, *et al.* (Quadrant 4) (the "*Final Application*" of "*Application*"). In support of this Application, Amherst states:

**JURISDICTION & VENUE**

The Court has jurisdiction over this matter under §§ 1334 and 157(a) of title 28 of the United States Code and Local Rule 5082-1. This is a core proceeding under § 157(b)(2) of title 28 of the United States Code. Venue is proper in this district under §§ 1408 and 1409 of title 28 of

---

[1] The Debtors in these jointly administered chapter 11 cases are Quadrant 4 System Corporation and Stratitude, Inc.

the United States Code.

The statutory predicates for the relief requested in this Third and Final Application are §§ 328, 503(b), and 507(a)(2) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Local Rule 5082-1.

### BACKGROUND

On June 29, 2017 (the "*Petition Date*"), Quadrant 4 System Corporation ("*Quadrant 4*" or, the "*Debtor*") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Court, initiating its bankruptcy case.

On July 6, 2017 (the "*Retention Date*"), the Office of the United States Trustee (the "*U.S. Trustee*") appointed the Committee to represent the interests of Quadrant 4's unsecured creditors under § 1102 of the Bankruptcy Code. That same day, the Committee selected Amherst as its financial advisor.

On July 21, 2017, the Committee filed an application to retain Amherst as its financial advisor (the "*Application*"). On July 28, 2017, the Court entered an order approving the Application effective as of July 6, 2017. (Dkt. 81).

On August 3, 2017, the Court entered an order establishing procedures for the payment of interim compensation and reimbursement of expenses of professionals (the "*Interim Compensation Procedures*"), which included Amherst. (Dkt. 103). The Interim Compensation Procedures provided for the payment of 80% of Amherst's fees and 100% of its expenses on a monthly basis. The Interim Compensation Procedures provide, among other things, that Amherst must circulate each monthly fee statement (the "*Monthly Fee Statement*") to Quadrant 4's secured creditors—BMO Harris Bank, N.A. and BIP Quadrant 4 System Debt Fund I, LLC, and the office

2

of the U.S. Trustee (the "*Notice Parties*").  The Notice Parties are entitled 14 days to object to any Monthly Fee Statement prior to payment.[2]

On October 13, 2017, Stratitude, Inc. ("*Stratitude,*" and together with Quadrant 4, the "*Debtors*") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Court, initiating its bankruptcy case.

On October 19, 2017, the Court entered an order approving the joint administration of the Stratitude and Quadrant 4 bankruptcy cases. (Dkt. 192).

On October 24, 2017, the U.S. Trustee filed an Amended Notice of Appointment of Official Committee of Unsecured Creditors' Committee, adding a Stratitude creditor to the Committee. (Dkt. 195).

On July 6, 2018, the Committee and the Debtors filed an Amended Joint Plan of Liquidation (the "*Plan*").  (Dkt. 455).  On August 24, 2018, the Court entered an order confirming the Plan.  (Dkt. 527).  On September 13, 2019, the Plan was made effective and, pursuant to the Plan, the Committee was terminated.  (Dkt. 536).

### AMHERST'S PRIOR INTERIM FEE APPLICATIONS

Amherst submitted its *First Interim Application Amherst Partners, LLC for Compensation & Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors* (the "*First Interim Application*") in this case seeking $29,898.75 in fees and $645.72 in expenses for the period beginning on the Petition Date and ending on October 31, 2017 (the "*First Interim Period*"). (Dkt. 242).

---

[2] On August 8, 2018, the Court entered an order *sua sponte* vacating the order approving Interim Compensation Procedures.  (Dkt. 500).

3

The Court issued an order (the "*First Interim Fee Order*") granting Amherst's fees and expenses requested under the First Interim Application. (Dkt. 256).

Amherst submitted its *Second Interim Application Amherst Partners, LLC for Compensation & Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors* (the "*First Interim Application*") in this case seeking $35,316.25 in fees and $864.00 in expenses for the period beginning on November 1, 2017 and ending February 28, 2018 (the "*Second Interim Period*"). (Dkt. 397).

On June 5, 2018, the Court entered an order (the "*Second Interim Fee Order*") granting Amherst's fees and expenses requested under the Second Interim Application. (Dkt. 421).

### AMHERST'S FEES & EXPENSES DURING THE THIRD AND FINAL PERIOD

This application is Amherst's Third and Final request for allowance of fees and reimbursement of expenses. ***The fees sought herein pertain to time spent and expenses incurred in the Quadrant 4 bankruptcy case and not that of Stratitude, which will be invoiced separately.*** By this Application, Amherst seeks an order (a) allowing and approving compensation in the amount of $3,788.75 for professional services rendered by Amherst for the period beginning March 1, 2018 and ending September 13, 2018 (the "*Fee Application Period*"); (b) approving all fees and expenses incurred by Amherst from the Retention Date through September 13, 2018 (the "*Final Application Period*") on a final basis; and (c) authorizing payment to Amherst for all unpaid amounts approved under this Application.

Amherst has submitted one monthly fee statement and incurred several additional months of time during the Fee Application Period. The following is a summary of Amherst's Fee Statements during this time:

4

| Date Circulated | Period Covered | Fees Requested | Expenses Requested | Fees Authorized on Interim Basis | Expenses Authorized |
|---|---|---|---|---|---|
| 6/11/2018 | 4/1/2018–5/31/18 | $900.00 | $0.00 | $720.00 | $0.00 |
| N/A | 6/12/2018–9/12/2018 | $2,888.75 | $0.00 | $0.00 | $0.00 |
| **Total** | | $3,788.75 | $0.00 | $720.00 | $0.00 |

Amherst is currently owed $1,624.38 in unpaid fees from the Quadrant 4 bankruptcy estate.[3]

### A. Narrative Summary of Services Rendered & Expenses Incurred by Amherst

All of the services for which compensation is requested were rendered to or for the benefit of general unsecured creditors, as requested by the Committee in connection with Quadrant 4's case.

The time described in the two fee statements attached to this Third and Final Application represents the actual amount of time spent or, in certain instances, less than the actual amount of time spent by Amherst's professionals that rendered the described services. In certain instances, the time reflected in the billing statements has been reduced in an effort by Amherst to eliminate excessive, duplicative, or in hindsight, unnecessary or unproductive services.

Amherst's customary hourly rates of compensation for professionals during the Application Period range from $375 to $400. Those rates are comparable to rates charged by other practitioners having the same level of experience, expertise, and standing for similar services.

---

[3] Amherst prepared only one set of invoices for Quadrant 4 and Stratitude from June 1, 2018 through September 13, 2018. Because services were rendered equally on behalf of both estates during this time, Amherst has bifurcated its compensation request between the Quadrant 4 and Stratitude estates.

5

Amherst strives to limit its fees wherever possible. Amherst's standard practice is to avoid billing for services deemed duplicative, administrative or otherwise not necessary or beneficial to firm clientele, whether in chapter 11 or otherwise.

### B. Summary of Services Rendered

During the Fee Application Period, Amherst spent a total of 9.9 hours providing professional services on behalf of the Committee in connection with this case.

| Name | Title | Hourly Rate | Total Hours | Total |
|---|---|---|---|---|
| Sheldon Stone | Partner | $400 | 3.05 | $1,220.00 |
| James Morden | Managing Dir. | $375 | 6.85 | $2,568.75 |
| Total | | | 9.9 | $3,788.75 |

In compliance with Local Rules 5082-1B and C, Amherst has classified its services for this Fee Application Period into three separate categories as described below:[4]

#### 1) General Case Administration

Amherst spent 3.05 hours at a cost of $1,150.00 during the Application Period on matters relating to administration of this case. This category includes time spent on case administrative tasks, corresponding with other case professionals regarding various strategy concerns and addressing any transition related issues concerning the liquidating trust.

| Name | Title | Hourly Rate | Total Hours | Total |
|---|---|---|---|---|
| Sheldon Stone | Partner | $400 | 0.25 | $100.00 |
| James Morden | Managing Dir. | $375 | 2.8 | $1,050.00 |
| Total | | | 3.05 | $1,150.00 |

#### 2) Avoidance Actions

Amherst spent 0.25 hours at a gross cost of $93.75 on matters related to analyzing potential avoidance actions of Quadrant 4's estate.

---

[4] Each category of services is identified in Amherst's detailed monthly billing statements, attached to this Final Application as *Exhibits A-B*.

6

| Name | Title | Hourly Rate | Total Hours | Total |
|---|---|---|---|---|
| James Morden | Managing Dir. | $375 | 0.25 | $93.75 |
| Total | | | 0.25 | $93.75 |

*3) Plan*

Amherst spent 6.6 hours at a gross cost of $2,545.00 on matters related to the Plan and its related documents. This category primarily includes time spent analyzing the plan documents and assisting in the preparation of a proffer of the confirmation hearing.

| Name | Title | Hourly Rate | Total Hours | Total |
|---|---|---|---|---|
| Sheldon Stone | Partner | $400 | 2.8 | $1,120.00 |
| James Morden | Managing Dir. | $375 | 3.8 | $1,425.00 |
| Total | | | 6.6 | $2,545.00 |

**C. Amherst Provided a Benefit to the Estate During the Fee Application Period**

Amherst's professionals expended a total of 9.9 hours in connection with this case during the Application Period. The time spent and expenses incurred during the Application Period were necessary and appropriate under the circumstances in line with the factors enumerated by 11 U.S.C. § 330. Amherst submits that the amount requested by this Application is fair and reasonable when considering (a) the complexity of this case; (b) the time expended by Amherst's professionals; (c) the nature of the services rendered; (d) the value of those services; and (e) the costs of comparable services for skilled practitioners in other bankruptcy and non-bankruptcy matters, Amherst submits that the compensation sought by this Application represents a fair and reasonable amount for the services rendered during the Application Period.

**D. Notice**

Twenty-one (21) days' notice of this Fee Application has been, or will be, given to all known creditors and known equity security holders in the chapter 11 cases by U.S. Mail, postage prepaid. Furthermore, a copy of this Motion was served on twenty-one (21) days' notice via

7

CM/ECF, upon: (a) the United States Trustee; (b) counsel to the Debtors; (c) counsel to the Debtors' secured lenders, BMO and BIP; and (d) other parties in interest having filed and served requests for notice in the chapter 11 cases pursuant to Bankruptcy Rule 2002. Amherst requests that, pursuant to Bankruptcy Rules 2002 and 9007, the Court deem the foregoing notice sufficient under the circumstances, and that no further notice be required.

*Wherefore*, Amherst requests that this Court grant this Application and (a) allow and approve compensation to Amherst in the amount of $3,788.75 for professional services rendered by Amherst for the Fee Application Period; (b) allow and approve compensation to Amherst in the amount of $69,003.75 for professional services rendered by Amherst during the Final Application Period (including amounts previously paid to Amherst), and reimbursement in the amount of $1,509.72 for actual and necessary expenses incurred by Amherst during the Final Application Period (including amounts previously paid to Amherst) on a final basis; and; (c) authorize payment to Amherst for all unpaid amounts under this Application.

October 2, 2018                              *Sugar Felsenthal Grais & Helsinger LLP*

                                             By:   /s/ Michael A. Brandess

                                             Mark S. Melickian. (IL No. 6229843)
                                             Michael A. Brandess (IL No. 6299158)
                                             30 N. LaSalle St., Ste. 3000
                                             Chicago, Illinois 60602
                                             Telephone:  312.704.9400
                                             Facsimile:   312.372.7951
                                             mmelickian@SFGH.com
                                             mbrandess@SFGH.com